UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re   Fred Dale Van Winkle

                    Debtor(s).            No. _____

## SIGNATURE PAGE: DECLARATION BY DEBTOR

I declare under penalty of perjury that the information provided in the petition is true and correct.

> Check **one** box:
> ☒   Summary, schedules, and statements are included in this filing: I declare under penalty of perjury that I have read the summary and schedules, [consisting of ____ sheets], and that I have read the answers contained in the statement of financial affairs and any attachments thereto, and that they are true and correct.
> **OR**
> ☐   Summary, schedules, and statement of financial affairs are not included in this filing.

**My attorney has assured me that he or she understands that failure to file an electronic version of this declaration which shows my signature[1] at the same time the petition is filed may result in no case having been commenced and the electronic file will be closed. Unless otherwise ordered by the Court, any filing fee paid will not be refunded.**

I request relief in accordance with the chapter of title 11, United States Code, specified in the petition.

Check box if appropriate:

☒   [*If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7*] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

_____          _____
Signature of debtor            Date           Signature of joint debtor       Date

☐   [*If petitioner is not an individual*] I declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.

_____          _____
Signature of authorized individual           Printed name of authorized individual

_____          _____
Title of authorized individual                Date

[1] **New Mexico Local Rules on Signatures: NM LBR 5005-4.2 & 4.3, NM LBR 9011-4**

NM LF 902

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                   Best Case Bankruptcy