Certificate Number: 00437-NM-CC-021014190


00437-NM-CC-021014190

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>May 20, 2013</u>, at <u>4:31</u> o'clock <u>PM MDT</u>, <u>Fred D. Van Winkle</u> received from <u>Black Hills Children's Ranch, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of New Mexico</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

| | | |
|---|---|---|
| Date: <u>May 20, 2013</u> | By: | <u>/s/Rebecca S. Lancaster</u> |
| | Name: | <u>Rebecca S. Lancaster</u> |
| | Title: | <u>Credit Counselor</u> |

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).