B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of New Mexico

In re: Fred Dale Van Winkle

Debtor(s)

Case No. _____
Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:** <br> First National Bank of Ruidoso | **Describe Property Securing Debt:** <br> Condominium - value based on current listing price - on the market for sale for $119,000 <br> Location: 702 White Mountain, #11, Ruidoso NM 88355 |
| Property will be (check one): <br> ☐ Surrendered　　　■ Retained <br><br> If retaining the property, I intend to (check at least one): <br> ☐ Redeem the property <br> ☐ Reaffirm the debt <br> ■ Other. Explain _Retain and continue to make payments_ (for example, avoid lien using 11 U.S.C. § 522(f)). <br><br> Property is (check one): <br> ■ Claimed as Exempt　　　☐ Not claimed as exempt | |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** <br> -NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ YES　　　☐ NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date _____　　　Signature _/s/ Fred W. Van Winkle_____
　　　　　　　　　　　　　　　　　　　　　　　Fred Dale Van Winkle
　　　　　　　　　　　　　　　　　　　　　　　Debtor

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com　　　Best Case Bankruptcy