# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1084–1 | User: jackie | Date Created: 5/21/2013 |
| Case: 13–11743–j7 | Form ID: b9a | Total: 14 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Fred Dale Van Winkle | PO Box 1691 | Ruidoso, NM 88355 |
| ust | United States Trustee | PO Box 608 | Albuquerque, NM 87103–0608 |
| tr | Clarke C. Coll | PO Box 2288 | Roswell, NM 88202–2288 |
| aty | R Trey Arvizu, III | PO Box 1479 | Las Cruces, NM 88004–1479 |
| 3225789 | Amex | P.O. Box 981537 | El Paso, TX 79998 |
| 3225790 | Bank Of America | Po Box 17054 | Wilmington, DE 19850 |
| 3225791 | Brian Van Winkle | P.O. Box 141 | La Luz, NM 88337 |
| 3225792 | Cap One | Po Box 85520 | Richmond, VA 23285 |
| 3225787 | First National Bank of Ruidoso | Attn Officer/Managing or General Agent | 451 Sudderth   Ruidoso, NM 88345 |
| 3225788 | John and Ellen B. Williams dba Belleview | Valley Land Co. c/o W. T Martin, Jr. | PO Box 2168   Carlsbad, NM 88221–2168 |
| 3225796 | NM Taxation &Revenue Department | PO Box 8575 | Albuquerque, NM 87198–8575 |
| 3225793 | Richard Hawthorne, Esq. | 1221 Mechem Dr. #2 | Ruidoso, NM 88345 |
| 3225794 | Roger E. Yarbro, Esq. | PO Box 480 | Cloudcroft, NM 88317 |
| 3225795 | Wfnnb/Bealls | Po Box 2974 | Mission, KS 66201 |

TOTAL: 14