# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

In re:
Fred Dale Van Winkle

Debtor.                                            Case No.

## CERTIFICATION THAT DEBTOR
## HAS NO SPOUSE, PURSUANT TO NM LBR 1002-1(a)(1)

Pursuant to New Mexico Local Bankruptcy Rule 1002-1(a)(1), I certify that I have no spouse.

I declare under penalty of perjury that the information provided herein is true and correct.

_/s/ Fred Dale Van Winkle_
Debtor's signature
Address:     702 White Mountain, #11
             Ruidoso, NM 88355
Telephone:
Fax:
Email:

**NM LF 900**
Page 1 of 1