UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

**FRED DALE VAN WINKLE**
    Debtor.                                    No. 7-13-11743-JR

**CERTIFICATE OF MAILING OF DEBTOR'S
TAX RETURN AND PAYMENT ADVICES**

COMES NOW Debtor, through his attorney of record, R. "Trey" Arvizu, III and certifies that a copy the Debtor's 2012 federal tax return and pay advices were electronically transmitted this 27th day of May, 2013 to Clarke C. Coll, Chapter 7 Trustee, via DocLink, https://doclink.bms7.com/index.html.

<u>Electronically filed</u>
R. "Trey" Arvizu, III
Attorney for Debtor
2508 N. Telshor Blvd.
Las Cruces NM  88011
Tel:  (575) 527-8600
Fax:  (575) 527-1199
trey@arvizulaw.com