# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

In Re: Fred Dale Van Winkle,

Debtor.                                                  No. 13-11743-j7

## DISCLOSURE OF COMPENSATION FOR
## SERVICES RENDERED UNDER FED. R. BANKR. P.2016

Clarke C. Coll and the law firm of Coll Bros. Law, LLC., attorneys for Clarke C. Coll, Chapter 7 Trustee, in the above styled and numbered case, file this disclosure of compensation for services rendered, as required by § 329 of the Bankruptcy Code and Fed. R. Bankr. P. 2016 and state as follows:

1. No compensation for legal services rendered and reimbursement of expenses incurred in representation of the Trustee has been promised to Clarke C. Coll or Coll Bros. Law, LLC.

2. The source of payment of compensation to Clarke C. Coll and Coll Bros. Law, LLC. will come from the liquidation of unencumbered assets of the Debtor or the liquidation of assets in which such estate has equity, together with funds recovered by the Trustee pursuant to his avoiding powers.

3. Clarke C. Coll and the firm of Coll Bros. Law, LLC. has agreed not to share compensation with any other person or entity except that of employees of its office, may share in compensation received in connection with representation of the Chapter 7 Trustee in this case and members may share in any Trustee's fee that is paid to Clarke C. Coll, Chapter 7 Trustee.

EXHIBIT 'A'

4. Compensation paid to Clarke C. Coll and Coll Bros. Law, LLC. for services rendered or to be rendered in connection with this case is to be a reasonable fee, based upon customary hourly rates normally charged to general retainer clients of Coll Bros. Law, LLC. and customary hourly rates charged within the District of New Mexico.

5. Coll Bros. Law, LLC. proposes to charge hourly rates of $200.00 per hour for Clarke C. Coll and hourly rates of $50.00 per hour for paralegal services. Hourly rates for attorney and paralegal will be charged based on the individual's normal billing rate, legal expertise and experience.

6. Clarke C. Coll and Coll Bros. Law, LLC. will be representing the Chapter 7 Trustee in this case. Paralegals of the office of Coll Bros. Law, LLC. may perform services for the Trustee depending upon the type of assistance that the Trustee will need in carrying out his duties.

7. Coll Bros. Law, LLC. will charge travel time for out of town travel at one half the attorney or paralegal's normal hourly billing rate, which is the customary practice of Coll Bros. Law, LLC.

8. Coll Bros. Law, LLC. will charge expenses to this Estate as follows:

Photocopies – at .15 cents per page
Long Distance telephone calls – to be determined at actual cost
Facsimile transmissions (incoming) – to be determined at actual cost
Facsimile transmissions (outgoing) – to be determined at actual case
Postage, Federal Express and other overnight mail - at actual cost
Mileage - .55.5 cents per mile
Other costs as they are incurred

Respectfully submitted
Clarke C. Coll and Coll Bros. Law, LLC.

Clarke C. Coll/S/Submitted Electronically
Clarke C. Coll
Attorney for Chapter 7 Trustee
P O Box 2288
Roswell, NM 88202
(575) 623-2288
(575) 627-0122 Fax