UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In Re: Fred Dale Van Winkle,

Debtor.                                                                 No.   13-11743-j7

# VERIFIED STATEMENT OF PROPOSED ATTORNEY(S) FOR TRUSTEE

Clarke C. Coll, states as follows:

1. My name is Clarke C. Coll. I am over the 18 years of age and am competent to testify as to the matters contained herein and have personal knowledge thereof.

2. I am an attorney at law duly admitted to practice in the State of New Mexico and this Court.

3. I am a member of the firm Coll Bros. Law, LLC. and I maintain an office at 408 West College Blvd., Roswell, New Mexico.

4. To the best of my knowledge, Coll Bros. Law, LLC and I have no connection with the debtor, any creditor or other party in interest in this proceeding, or their respective attorneys or accountants, the United States Trustee or any person employed by the Office of the U. S. Trustee except to represent the Trustee.

5. To the best of my knowledge, neither my firm, including staff, nor I hold any interest adverse to the estate in the matter for which the firm and I are to be employed.

6. I verify under penalty of perjury that the foregoing is true and correct.

<u>Clarke C. Coll/S/Submitted Electronically</u>
Clarke C. Coll
P O Box 2288
Roswell, NM 88202
(575) 622-2288
(575) 627-0122 Fax

Exhibit "B"