Dennis Chavez Federal Building and United States Courthouse
500 Gold Avenue SW, 10th Floor
PO Box 546
Albuquerque, NM 87103−0546
505−348−2500/866−291−6805
www.nmb.uscourts.gov

Case No.: 13−11743−j7
Chapter: 7
Judge: Robert H. Jacobvitz
Judge/341 Location: JR

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

**In re Debtor(s):**

Fred Dale Van Winkle
PO Box 1691
Ruidoso, NM 88355
SSN/ITIN(if any): xxx−xx−9361

## NOTICE OF POSSIBLE DIVIDEND

The trustee has notified the court that there are assets in this case from which a dividend may be paid. In order to share in any payment from the estate, you must a must file a proof of claim with the clerk by the indicated deadline:

(a) For creditors who are not governmental units: not later than 90 days after the date of service of this notice.

(b) For creditors which are governmental units:

the LATER of –

(1) 180 days after the date of the order for relief/voluntary petition,
or
(2) 90 days after the date of service of this notice.

A proof of claim form (Official Form B 10) for use in filing a claim can be obtained at the United States Courts Web site: http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx or at any bankruptcy clerk's office. Creditors who have already filed claims need not file them again.

Norman H. Meyer, Jr.
Clerk of Court

nm_ntcpossdvd133.jsp − 6/19/13