# Notice Recipients

District/Off: 1084–1  User: louise  Date Created: 6/19/2013
Case: 13–11743–j7  Form ID: ntcpossd  Total: 16

**Recipients of Notice of Electronic Filing:**
ust         United States Trustee         ustpregion20.aq.ecf@usdoj.gov
tr          Clarke C. Coll                clarkecoll@gmail.com
aty         Clarke C. Coll                clarkecoll@gmail.com
aty         R Trey Arvizu, III            trey@arvizulaw.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Fred Dale Van Winkle          PO Box 1691         Ruidoso, NM 88355
3225789     Amex          P.O. Box 981537          El Paso, TX 79998
3225790     Bank Of America          Po Box 17054          Wilmington, DE 19850
3225791     Brian Van Winkle          P.O. Box 141          La Luz, NM 88337
3225792     Cap One          Po Box 85520          Richmond, VA 23285
3231713     First National Bank          414 Tenth Street          Alamogordo, NM 88310
3225787     First National Bank of Ruidoso          Attn Officer/Managing or General Agent          451 Sudderth          Ruidoso, NM 88345
3225788     John and Ellen B. Williams dba Belleview          Valley Land Co. c/o W. T Martin, Jr.          PO Box 2168          Carlsbad, NM 88221–2168
3225796     NM Taxation &Revenue Department          PO Box 8575          Albuquerque, NM 87198–8575
3225793     Richard Hawthorne, Esq.          1221 Mechem Dr. #2          Ruidoso, NM 88345
3225794     Roger E. Yarbro, Esq.          PO Box 480          Cloudcroft, NM 88317
3225795     Wfnnb/Bealls          Po Box 2974          Mission, KS 66201

TOTAL: 12