# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-11743 J  
**Case Name:** WINKLE, FRED VAN  

**Period Ending:** 06/20/13

**Trustee:** (510150)   Clarke C. Coll  
**Filed (f) or Converted (c):** 05/21/13 (f)  
**§341(a) Meeting Date:** 06/18/13  
**Claims Bar Date:** 09/17/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Condominium - value based on current listing pri  (See Footnote) | 119,000.00 | 37,768.45 | | 0.00 | 110,000.00 |
| 2 | 7.1060 acres of land on a permanent foundation a  (See Footnote) | 300,000.00 | 14,670.77 | | 0.00 | 250,000.00 |
| 3 | 1/2 interest 311.3 acres of farmland (292.9 acre  (See Footnote) | 23,347.50 | 23,347.50 | | 0.00 | 23,347.50 |
| 4 | 30 acres of grazing land/horse property with two  (See Footnote) | 230,000.00 | 200,000.00 | | 0.00 | 200,000.00 |
| 5 | Oil and Gas Lease (receives $146.47 annually) -, | 500.00 | 500.00 | | 0.00 | 500.00 |
| 6 | Checking account First National Bank of Ruidoso | 268.45 | 0.00 | | 0.00 | FA |
| 7 | Furniture, appliances and electronics | 3,000.00 | 0.00 | | 0.00 | FA |
| 8 | Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Watch and misc. jewelry | 2,500.00 | 0.00 | | 0.00 | FA |
| 10 | Potential legal malpractice suit against Attorne | Unknown | 0.00 | | 0.00 | FA |
| 11 | Claim of 1/3 of $26,176.89. Corporate unclaimed | 8,638.37 | 8,638.37 | | 0.00 | 8,638.37 |
| 12 | 2012 Honda CVR - titled in debtor's name and Eli | 0.00 | 0.00 | | 0.00 | FA |
| 13 | 2002 Ford Expedition | 3,900.00 | 0.00 | | 0.00 | FA |
| 13 | **Assets**   Totals  (Excluding unknown values) | **$691,654.32** | **$284,925.09** | | **$0.00** | **$592,485.87** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 13-11743 J | **Trustee:** (510150) Clarke C. Coll | |
| **Case Name:** WINKLE, FRED VAN | **Filed (f) or Converted (c):** 05/21/13 (f) | |
| | **§341(a) Meeting Date:** 06/18/13 | |
| **Period Ending:** 06/20/13 | **Claims Bar Date:** 09/17/13 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| RE PROP# 1  Judgment lien attaches to property 1,2 & 4 | | | | | |
| RE PROP# 2  Judgment lien attaches to property 1,2 & 4 | | | | | |
| RE PROP# 3  Dry land farm -311.2 acres-value approx $150 per acre | | | | | |
| RE PROP# 4  Judgment lien attaches to property 1,2 & 4 | | | | | |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 1, 2014     **Current Projected Date Of Final Report (TFR):** December 1, 2014