

IT IS ORDERED

Date Entered on Docket: June 20, 2013

_____
The Honorable Robert H Jacobvitz
United States Bankruptcy Judge



_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In Re: Fred Dale Van Winkle,

    Debtor.                                                                             No. 13-11743-j7

### ORDER PERMITTING EMPLOYMENT OF
### CLARKE C. COLL AND COLL BROS. LAW, LLC. AS ATTORNEY FOR TRUSTEE

     THIS MATTER coming before the Court upon the Trustee's Application to Employ Clarke C. Coll and Coll Bros. Law, LLC., as Attorney for Trustee, upon consideration, the Court finds that the employment of Clarke C. Coll and Coll Bros. Law, LLC., as Attorney for Trustee, is advisable and in the best interest of the estate, and that the compensation rates to be charged are outlined in the Exhibit "A" of the Application For Employment filed in this case. All fees, costs and gross receipts tax charged, are subject to ultimate approval of the Bankruptcy Court under Bankruptcy Code §§ 328, 330 and 331.

     IT IS THEREFORE ORDERED that the application to employ Clarke C. Coll and Coll Bros. Law, LLC. as Attorney for Trustee is hereby approved.

                                                ### End of Order ###

Submitted by:

<u>Clarke C. Coll/S/Submitted Via E-mail</u>
Clarke C. Coll, Chapter 7 Trustee
P O Box 2288
Roswell, NM 88202
(575) 623-2288
(575) 627-0122 Fax

Approved by:
<u>Approved Via E-Mail   6.18.13 @ 4:15 p.m.</u>
Alice Nystel Page, Trial Attorney
United States Trustee
P O Box 608
Albuquerque, NM 87103
(505) 248-6544
(505) 248-6558 Fax