```
                          United States Bankruptcy Court
                              District of New Mexico
In re:                                                         Case No. 13-11743-j
Fred Dale Van Winkle                                           Chapter 7
         Debtor                      CERTIFICATE OF NOTICE

District/off: 1084-1           User: louise                Page 1 of 2          Date Rcvd: Jun 19, 2013
                               Form ID: ntcpossd           Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2013.
db          +Fred Dale Van Winkle,    PO Box 1691,    Ruidoso, NM 88355-1691
3225791     +Brian Van Winkle,    P.O. Box 141,   La Luz, NM 88337-0141
3231713     +First National Bank,    414 Tenth Street,    Alamogordo, NM 88310-6764
3225787     +First National Bank of Ruidoso,     Attn Officer/Managing or General Agent,    451 Sudderth,
              Ruidoso, NM 88345-6009
3225788      John and Ellen B. Williams dba Belleview,     Valley Land Co. c/o W. T Martin, Jr.,    PO Box 2168,
              Carlsbad, NM 88221-2168
3225793     +Richard Hawthorne, Esq.,    1221 Mechem Dr. #2,    Ruidoso, NM 88345-7224
3225794     +Roger E. Yarbro, Esq.,    PO Box 480,    Cloudcroft, NM 88317-0480
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
3225789     +EDI: AMEREXPR.COM Jun 19 2013 23:43:00      Amex,    P.O. Box 981537,    El Paso, TX 79998-1537
3225790     +EDI: BANKAMER2.COM Jun 19 2013 23:43:00      Bank Of America,    Po Box 17054,
              Wilmington, DE 19850-7054
3225792      EDI: CAPITALONE.COM Jun 19 2013 23:43:00      Cap One,    Po Box 85520,    Richmond, VA 23285
3225796     +EDI: NMTRD.COM Jun 19 2013 23:43:00      NM Taxation & Revenue Department,     PO Box 8575,
              Albuquerque, NM 87198-8575
3225795     +EDI: WFNNB.COM Jun 19 2013 23:43:00      Wfnnb/Bealls,    Po Box 2974,    Mission, KS 66201-1374
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 21, 2013**                        **Signature:**       *Joseph Speetjens*

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2013 at the address(es) listed below:
          Clarke   C. Coll    clarkecoll@gmail.com,  nm14@ecfcbis.com
          Clarke   C. Coll    on behalf of Trustee Clarke C. Coll clarkecoll@gmail.com,  nm14@ecfcbis.com
          R Trey Arvizu, III     on behalf of Debtor Fred Dale Van Winkle trey@arvizulaw.com,
 polly@arvizulaw.com;eva@arvizulaw.com;office@arvizulaw.com;laptop@arvizulaw.com
          United States Trustee    ustpregion20.aq.ecf@usdoj.gov
                                                                                                                               TOTAL: 4

| | |
|---|---|
| Dennis Chavez Federal Building and United States Courthouse<br>500 Gold Avenue SW, 10th Floor<br>PO Box 546<br>Albuquerque, NM 87103−0546<br>505−348−2500/866−291−6805<br>www.nmb.uscourts.gov | Case No.: 13−11743−j7<br>Chapter: 7<br>Judge: Robert H. Jacobvitz<br>Judge/341 Location: JR |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

**In re Debtor(s):**

Fred Dale Van Winkle
PO Box 1691
Ruidoso, NM 88355
SSN/ITIN(if any): xxx−xx−9361

### NOTICE OF POSSIBLE DIVIDEND

The trustee has notified the court that there are assets in this case from which a dividend may be paid. In order to share in any payment from the estate, you must a must file a proof of claim with the clerk by the indicated deadline:

(a) For creditors who are not governmental units: not later than 90 days after the date of service of this notice.

(b) For creditors which are governmental units:

the LATER of –

(1) 180 days after the date of the order for relief/voluntary petition,
or
(2) 90 days after the date of service of this notice.

A proof of claim form (Official Form B 10) for use in filing a claim can be obtained at the United States Courts Web site: http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx or at any bankruptcy clerk's office. Creditors who have already filed claims need not file them again.

Norman H. Meyer, Jr.
Clerk of Court

nm_ntcpossdvd133.jsp – 6/19/13