# Notice Recipients

District/Off: 1084−1   User: jackie   Date Created: 8/5/2013
Case: 13−11743−j7   Form ID: ntprmgmt   Total: 3

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     ustpregion20.aq.ecf@usdoj.gov
aty     R Trey Arvizu, III     trey@arvizulaw.com

    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Fred Dale Van Winkle     PO Box 1691     Ruidoso, NM 88355

    TOTAL: 1