```
                            United States Bankruptcy Court
                               District of New Mexico
In re:                                                              Case No. 13-11743-j
Fred Dale Van Winkle                                                Chapter 7
         Debtor                      CERTIFICATE OF NOTICE
District/off: 1084-1          User: jackie              Page 1 of 2           Date Rcvd: Aug 05, 2013
                              Form ID: ntprmgmt         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2013.
db         +Fred Dale Van Winkle,    PO Box 1691,    Ruidoso, NM 88355-1691

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 07, 2013**                    **Signature:** _/s/ Joseph Speetjens_

```
District/off: 1084-1          User: jackie              Page 2 of 2              Date Rcvd: Aug 05, 2013
                              Form ID: ntprmgmt         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2013 at the address(es) listed below:
           Clarke  C. Coll    clarkecoll@gmail.com,  nm14@ecfcbis.com
           Clarke  C. Coll    on behalf of Trustee Clarke C. Coll clarkecoll@gmail.com,  nm14@ecfcbis.com
           R Trey Arvizu, III    on behalf of Debtor Fred Dale Van Winkle trey@arvizulaw.com,
      polly@arvizulaw.com;eva@arvizulaw.com;office@arvizulaw.com;laptop@arvizulaw.com
           United States Trustee    ustpregion20.aq.ecf@usdoj.gov
                                                                                          TOTAL: 4

| | |
|---|---|
| Dennis Chavez Federal Building and United States Courthouse<br>500 Gold Avenue SW, 10th Floor<br>PO Box 546<br>Albuquerque, NM 87103−0546<br>505−348−2500/866−291−6805<br>www.nmb.uscourts.gov | Case No.: 13−11743−j7<br>Chapter: 7<br>Judge: Robert H. Jacobvitz<br>Judge/341 Location: JR |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

**In re Debtor(s):**

Fred Dale Van Winkle
PO Box 1691
Ruidoso, NM 88355
SSN/ITIN(if any): xxx−xx−9361

## NOTICE TO CHAPTER 7 DEBTOR
## OF REQUIREMENT TO FILE A STATEMENT REGARDING
## COMPLETION OF A COURSE IN PERSONAL FINANCIAL MANAGEMENT

1. You are required to complete a course in personal financial management from an approved debtor education course provider and file with the court a statement, using form NM OF 23, as evidence of completing the course. The form is enclosed with this notice. *See* Federal Rule of Bankruptcy Procedure 1007(b)(7).

   If this is a joint case, each spouse must file a separate form NM OF 23.

   A list of approved debtor education course providers for the District of New Mexico is available on the Internet at www.usdoj.gov/ust (click on "Credit Counseling & Debtor Education"), or you may call or visit the Clerk's Office for assistance in locating an approved debtor education course provider.

2. You must attach the course provider's certificate of completion to your statement (form NM OF 23) and **FILE THE STATEMENT WITH THE COURT WITHIN 60 DAYS OF THE DATE OF THE MEETING OF CREDITORS UNDER § 341, OR <u>August 19, 2013</u>**. *See* Federal Rule of Bankruptcy Procedure 1007(c).

   <u>Note</u>: If you have requested that the Court make a determination that you are unable to complete the requirement pursuant to title 11, United States Code, section 109(h)(4), and the Court has entered an order making that determination, file the statement, form NM OF 23, <u>with a copy of the Court's order</u> attached. *See* title 11, United States Code, section 727(a)(11).

3. The Court will not enter a discharge if the statement with the certificate of completion of the course attached is not filed. *See* title 11, United States Code, section 727(a)(11). When appropriate, the case will be closed without entry of discharge. A motion to reopen the case to file the statement requires a fee. *See* title 28, United States Code, section 1930(b), schedule item 11.

Norman H. Meyer, Jr.<br>Clerk of Court

nm_ntcprsnlfnlmgmt.jsp

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

Debtor. _____   Case No. _____

**Debtor's Certification of Completion
of Postpetition Instructional Course in Personal Financial Management** [1]

*Every individual debtor in a chapter 7, chapter 11 in which section 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the two statements and file this document within the time frame indicated below*: [2]

1. ____I certify that on _____, I completed an instructional course in personal financial

    management provided by _____, an approved provider of the course.

    ♦ A document attesting to the completion of the course is attached.

2. ____I certify that I am not required to complete an instructional course in personal financial management

    course because (check one)

    ____I am incapacitated or disabled, as defined in 11 U.S.C section 109(h), or

    ____I am on active military duty in a military combat zone.

    ♦ A copy of the order waiving this requirement is attached.

Date signed: _____   Debtor's signature: _____

                                Debtor's address:    _____

                                                     _____

                                Debtor's telephone:  _____

_____

[1]*See* title 11, U.S.C., sections 727(a)(11) and 1328(g)(1) and Federal Rule of Bankruptcy Procedure 1007(b)(7).

[2]*Filing deadlines*: In a chapter 7 case, file this certification within 60 days of the date first set for the meeting of creditors under section 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file the certification no later than the last payment made by the debtor as required by the plan or the filing of a motion for discharge under section 1141(d)(5)(B) or section 1328(b) of the Bankruptcy Code. *See* Federal Rule of Bankruptcy Procedure 1007(c).

nm_of23.jsp

**NM OF 23**