# Notice Recipients

District/Off: 1084−1     User: admin     Date Created: 08/26/2013
Case: 13−11743−j7     Form ID: b18     Total: 17

**Recipients of Notice of Electronic Filing:**
```
ust     United States Trustee      ustpregion20.aq.ecf@usdoj.gov
tr      Clarke C. Coll             clarkecoll@gmail.com
aty     Clarke C. Coll             clarkecoll@gmail.com
aty     R Trey Arvizu, III         trey@arvizulaw.com
```
TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db          Fred Dale Van Winkle          PO Box 1691         Ruidoso, NM 88355
3225789     Amex        P.O. Box 981537         El Paso, TX 79998
3225790     Bank Of America       Po Box 17054        Wilmington, DE 19850
3225791     Brian Van Winkle      P.O. Box 141        La Luz, NM 88337
3225792     Cap One       Po Box 85520        Richmond, VA 23285
3231713     First National Bank         414 Tenth Street        Alamogordo, NM 88310
3225787     First National Bank of Ruidoso        Attn Officer/Managing or General Agent        451 Sudderth       Ruidoso, NM 88345
3225788     John and Ellen B. Williams dba Belleview      Valley Land Co. c/o W. T Martin, Jr.      PO Box 2168       Carlsbad, NM 88221−2168
3225796     NM Taxation &Revenue Department       PO Box 8575         Albuquerque, NM 87198−8575
3225793     Richard Hawthorne, Esq.         1221 Mechem Dr. #2        Ruidoso, NM 88345
3225794     Roger E. Yarbro, Esq.       PO Box 480        Cloudcroft, NM 88317
3225795     Wfnnb/Bealls        Po Box 2974         Mission, KS 66201
3240899     Yarbro &Associates, P.A.        P.O. Box 480        Cloudcroft, NM 88317
```
TOTAL: 13