# UNITED STATES BANKRUPTY COURT
# DISTRICT OF NEW MEXICO

In re: FRED DALE VAN WINKLE,  )
                                                )   No. 13–11743-j7
                       Debtor.  )   Chapter 7

## NOTICE OF FILING
## MOTION FOR RELIEF FROM AUTOMATIC STAY

**Martin, Dugan & Martin**
W. T. Martin, Jr.
509 W. Pierce St.
P.O. Box 2168
Carlsbad, NM 88221-2168
(575) 887-3528
Fax (575) 887-2136
e-mail: martinlaw@zianet.com

**PURSUANT TO NM LBR *4001-1.3*, YOU ARE HEREBY GIVEN NOTICE THAT** Belleview Valley Land Co., Inc., John H. Williams and Ellen B. Williams (*hereinafter jointly referred in the singular to as "Williams"*), secured creditors of the Debtor, by and through their attorney, W. T. Martin, Jr., of Martin, Dugan & Martin, have filed a Motion for relief from automatic stay. A copy of the Motion, with the attached exhibits, accompanies this Notice. (*The Motion describes the relief sought and provides the necessary information to give adequate notice.*) You have the right to object to the Motion. **Any objection to the Motion must be filed 21 days from the service of this Notice. If you do not file an objection, then Williams will ask the Bankruptcy Court to grant the relief sought in the Motion.**

**Martin, Dugan & Martin**

By_____
W. T. Martin, Jr.
509 W. Pierce St.
P.O. Box 2168
Carlsbad, NM 88221-2168
(575) 887-3528
Fax (575) 887-2136
e-mail: martinlaw@zianet.com
Attorney for Movants

# CERTIFICATE OF SERVICE

Martin, Dugan & Martin certifies that on the 30th day of August, 2013, the foregoing Notice was mailed first class mail, postage paid to the follow:

Amex
P.O. Box 981537
El Paso, TX 79998

Bank of America
P.O. Box 17054
Wilmington, DE 19850

Brian Van Winkle
P.O. Box 141
Las Luz, NM 88337

Cap One
P.O. Box 85520
Richmond, VA 23285

First National Bank of Ruidoso
Attn: Officer/Managing or General Agent
451 Sudderth
Ruidoso, NM 88345

IRS
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114

Richard Hawthorne, Esq.
1221 Mechem Dr. #2
Ruidoso, NM 88345

Roger E. Yarbro, Esq.
P.O. Box 480
Cloudcroft, NM 88317

Wfnnb/Bealls
P.O. Box 2974
Mission, KS 66201

R. Trey Arvizu, III
P.O. Box 1479
Las Cruces, NM 88004

Clarke Coll
P.O. Box 2288
Roswell, NM 88202

Martin, Dugan & Martin

By_____
W. T. Martin, Jr.