IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

**FRED DALE VAN WINKLE,**

    Debtor.                                                     No. 13-11743-j7

## MOTION TO AVOID JUDICIAL LIEN

Debtor, Fred Dale Van Winkle, through his undersigned attorney, files this Motion to Avoid Judicial Lien of Belleview Valley Land Co., John Williams and Ellen B. Williams (hereinafter referred to as "Creditors) based on the following grounds:

1. Debtor commended this case on May 21, 2013 by filing a voluntary petition for relief under Chapter 7 of Title 11 of the United States Bankruptcy Code.

2. Debtor scheduled the Creditor in their bankruptcy schedules as a secured creditor in Schedule D.

3. The Debtor also scheduled certain real estate located at 702 White Mountain, #11, Ruidoso, NM in Schedule A and has exempted his equity in the property on Schedule C pursuant to the New Mexico homestead exemption.

4. The deadline to object to the Debtor's exemptions has expired with no objections being filed.

5. The judicial lien (Transcript of Judgment) filed on August 17, 2010 and attached hereto as Exhibit "A" impairs the Debtor's homestead exemption.

6. This Court has jurisdiction over this motion as it is filed pursuant to 11 U.S.C. Section 522(f)(1)(A) to avoid and cancel a judicial lien held by creditor.

WHEREFORE, Debtor respectfully requests that an Order be entered which would avoid or cancel the judicial lien attached hereto as Exhibit "A" and for such additional or alternative relief as the Court deems necessary.

1

Submitted,

<span style="margin-left:auto;">Electronically filed
R. "Trey" Arvizu, Esq.
Attorney for Debtor
PO Box 1479
Las Cruces, NM  88004
(575) 527-8600
fax:  (575) 527-1199
trey@arvizulaw.com</span>

I CERTIFY that the foregoing was electronically filed with the Court via the CM/ECF system.  All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on this 23rd day of September 2013.

Electronically submitted
R. "Trey" Arvizu, III

# TWELFTH JUDICIAL DISTRICT COURT
# COUNTY OF OTERO
# STATE OF NEW MEXICO



2010 AUG 17 PM 1:25

JAN PERRY

CLERK_____ BY_____

## TRANSCRIPT OF JUDGMENT

CASE NUMBER: CV-2008-76 DIV. II

NATURE OF ACTION: Counterclaim for Violation of Subdivision Act

JUDGMENT CREDITORS: Belleview Valley Land Co., John Williams and Ellen Bl. Williams

**JUDGMENT DEBTOR: FRED VAN WINKLE**

### AMOUNT OF JUDGMENT

| DAMAGES | COSTS | TOTAL | RATE OF INTEREST |
|---|---|---|---|
| $234,944.31 plus Attorney Fees to be determined by the Court. | $640.99 | $235,585.30 + costs plus Attorney Fees to be determined by the Court. | 8.75% per annum calculated from July 23, 2010. |

| DATE OF JUDGMENT: | HOW SATISFIED & REMARKS |
|---|---|
| August 13, 2010 ATTORNEY FOR JUDGMENT CREDITOR: **W. T. Martin, Jr.** Martin, Dugan & Martin 509 W. Pierce St. P.O. Box 2168 Carlsbad, NM 88221-2168 (575) 887-3528 Fax (575) 887-2136 | |

LINCOLN COUNTY-NM
RHONDA B BURROWS, CLERK
201005126
Book2010 Page 5126
1 of 2
08 17/2010 03:22:34 PM
BY IURE

EXHIBIT

Case 13-11743-t7 Doc 23 Filed 08/30/13 Entered 08/30/13 09:02:49 Page 5 of 40
Case 13-11743-t7 Doc 23 Filed 08/30/13 Entered 08/30/13 11:02:22 Page 5 of 40
Exhibit A    Page 1 of 2

I, **Jan Perry**, Clerk of the District Court of the Twelfth Judicial District of the State of New Mexico, within and for the County of Otero, do hereby certify the foregoing to be a true transcript of the judgment of said Court, now of record in my office.

**IN WITNESS WHEREOF**, I have hereunto set my hand and Seal of said Court this 17 day of August, 2010.

(SEAL)

JAN PERRY
CLERK OF THE DISTRICT COURT

By: _____
Deputy



LINCOLN COUNTY-NM
RHONDA B BURROWS, CLERK
201005126
Book2010 Page 5126
2 of 2
08/17/2010 03:22:34 PM
BY DIANE