UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

FRED DALE VAN WINKLE,
Debtor.                                          Case No. 13-11743-j7

### NOTICE OF DEADLINE FOR FILING OBJECTIONS TO DEBTOR'S MOTION TO AVOID JUDICAL LIEN OF BELLEVIEW VALLEY LAND CO., JOHN WILLIAMS AND ELLEN B. WILLIAMS

PLEASE TAKE NOTICE that on September 23, 2013, Fred Dale Van Winkle, through his attorney R. "Trey" Arvizu, III, filed a Motion to Avoid Judicial Lien of Belleview Valley Land Co., John Williams and Ellen B. Williams ("Motion"). A copy of the Motion is enclosed herewith.

IF YOU OBJECT TO THIS MOTION, you must file an objection with the Clerk of the United States Bankruptcy Court, Dennis Chavez Federal Building and United States Courthouse, Tenth Floor, 500 Gold Avenue SW, PO Box 546, Albuquerque, NM 87103-0546 within 20 days of the date of mailing of this Notice. If you are an attorney, you must electronically file your objection. You must provide a copy of your objection to R. "Trey" Arvizu, III, PO Box 1479, Las Cruces, NM 88004-1479.

The document can be viewed for a per page fee via the PACER (Public Access to Electronic Court Records) system. Log on to PACER at ecf.nmb.uscourt.gov/cgi-bin/login.pl. For registration and use instruction, see pacer.psc.uscourts.gov/index.html.

If objections are timely filed, a hearing to consider them will be held on short notice to the movant and any objecting party. If no objections are timely filed, the Court may consider entry of an order granting the motion.

Date of mailing: September 23, 2013            s/Electronically filed
                                               R. "Trey" Arvizu, III.
                                               Attorney for Debtor
                                               PO Box 1479
                                               Las Cruces, NM 88004
                                               Tel: (575) 527-8600
                                               Fax: (575) 527-1199
                                               trey@arvizulaw.com

I certify that I mailed a copy of this notice with the corresponding Motion, via first class mail to the following parties of interest this 23[th] day of September 2013:

W.T. Martin, Jr.
Martin, Dugan & Martin
509 W. Pierce St.
PO 2168
Carlsbad, NM 88221-2168

1

Clarke Coll
Trustee
P.O. Box 2288
Roswell, NM  88201-2288

And electronically transmitted to:

- United States Trustee     ustpregion20.aq.ecf@usdoj.gov

<u>Electronically filed</u>
R. "Trey" Arvizu, III