IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:
**FRED DALE VAN WINKLE,**

    Debtor.          No. 13-11743-j7

## RESPONSE TO MOTION TO LIFT STAY

COMES NOW Debtor, Fred Dale Van Winkle, by and through his attorney of record, R. "Trey" Arvizu, III, and file this Response to creditors, Belleview Valley Land Co., Inc. John H. Williams and Ellen B. Williams' Motion to Lift Stay based on the following:

1. The Debtor objects to relief of stay to the extent that foreclosure proceedings would be allowed to proceed against the Debtor's primary residence in Ruidoso, NM.

2. There is sufficient equity in the real estate to pay other creditors. The trustee should be required to liquidate the property.

3. The Debtor is filing a Motion to Avoid Lien on his primary residence contemporaneously herewith.

WHEREFORE, Debtor respectfully requests that the Motion to Lift Stay be denied.

        Electronically filed
        R. "Trey" Arvizu, III
        Attorney for Debtor
        PO Box 1479
        Las Cruces NM 88004-1479
        (575) 527-8600
        Fax: (575) 527-1199

CERTIFICATE OF SERVICE

I CERTIFY that the foregoing was electronically filed with the Court via the CM/ECF system. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on this 23rd day of September, 2013.

Electronically filed
R. "Trey" Arvizu, III