IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

FILED at 8:30 o'clock AM
SEP 25 2013
United States Bankruptcy Court
Albuquerque, New Mexico

In re:
FRED DALE VAN WINKLE,

Debtor.   No. 13-11743-j7

## RESPONSE TO MOTION TO LIFT STAY

1. I, Brian Van Winkle, object to the Creditor being allowed to foreclose on the property at 382 Riata Road, Otero County, New Mexico. The trustee should liquidate the property so that I can be paid for the repairs and improvements that I have made since my father, Fred Van Winkle, gave me the property over 10 years ago and is my personal homestead.

2. I object to the Creditor being allowed to foreclose on the property at 382B Riata Road, Otero County, New Mexico. The trustee should liquidate the property so that I can be reimbursed for the repairs and improvements that I have made on behalf of my father, Fred Van Winkle, preparing this property for sale after it having been returned to his ownership by the court.

3. The Debtor has filed a proof of claim on my behalf as I am not represented in this case since the estate owes me for repairs and improvements on the Otero County properties.

I am asking that the Creditor's Motion for Relief of Stay be denied.

*Brian Van Winkle*

Brian Van Winkle

PO Box 141, La Luz, NM 88337

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