# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW MEXICO

In re:  )
**FRED DALE VAN WINKLE**,  )
      ) No. 13-11743-j7
    Debtor.  )

## REPLY TO DEBTOR'S MOTION TO AVOID JUDICIAL LIEN

**Martin, Dugan & Martin**
W. T. Martin, Jr.
509 W. Pierce St.
P.O. Box 2168
Carlsbad, NM 88221-2168
(575) 887-3528
Fax (575) 887-2136
e-mail: martinlaw@zianet.com

COME NOW **Belleview Valley Land Co., Inc., John H. Williams** and **Ellen B. Williams** (*hereinafter jointly referred to as "Williams"*) by and through their attorney, W. T. Martin, Jr., of Martin, Dugan & Martin, and for their ***Reply to Debtor's Motion to Avoid Judicial Lien*** filed by the Debtor, **Fred Van Winkle** (*hereinafter referred to as "Debtor"*) state:

1. On August 13, 2010, the Otero County District Court, in Otero County Cause Number CV-2008-76-Div. II, entered a Final Judgment in Williams's favor and against the Debtor, Fred Dale Van Winkle (*hereinafter referred to as "Fred"*). The Final Judgment resulted from Van Winkle's violation of the New Mexico County Subdivision Act and the Otero County Subdivision Ordinance.

2. On August 17, 2010, Williams recorded a ***Transcript of Judgment*** reflecting the judgment with the County Clerk of Lincoln County, New Mexico. (*A copy of the* ***Transcript of Judgment*** *is attached as* ***Exhibit "A"*** *and is incorporated herein as if fully set forth.*)

    a. The filing of the ***Transcript of Judgment*** created a judicial lien against any real property in which Fred owned an interest in Lincoln County, New Mexico.

3. More than one year passed between the filing of the ***Transcript of Judgment*** and the Debtor's filing of the Chapter 7 Petition in this Bankruptcy proceeding.

4. Valid perfected judicial liens, which precede bankruptcy, survive and are enforceable after bankruptcy. (*See,* **11 U.S.C. §§ 506(d)** and **522(c)(2)**). The bankruptcy discharge does not prevent post-petition enforcement of valid liens. The secured creditor may proceed to enforce the lien, as an *in rem* action, and is not barred by the injunctive terms of **11 U.S.C. § 524. Chandler Bank of Lyons v. Ray, 804 F.2d 577 (10th Cir.1986)**. Williams's judicial lien is secured to the value of the Lincoln County property and can *only* be

avoided pursuant to **11 U.S.C. §522(f)** to the extent that it impairs an exemption to which the debtor would have been entitled and no more. **In re Hermanson, 84 B.R. 729 (Bankr. D. Colo. 1988)**.

5. The Williams' judgment lien is only avoidable for $60,000.00, which is the homestead exemption under New Mexico law, **§42-10-9 N.M.S.A. 1978 Comp.** The remaining equity in the home is available to lien holders for purposes of satisfying amounts owed on liens, including Williams's judgment lien.

**Martin, Dugan & Martin**

By_____
W. T. Martin, Jr.
509 W. Pierce St.
P.O. Box 2168
Carlsbad, NM 88221-2168
(575) 887-3528
Fax (575) 887-2136
e-mail: martinlaw@zianet.com
Attorney for Williams

Martin, Dugan & Martin certifies that the foregoing Response was electronically filed with the Court via the CM/ECF system. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the 8th day of October 2013.

_____
W. T. Martin, Jr.

# TWELFTH JUDICIAL DISTRICT COURT
# COUNTY OF OTERO
# STATE OF NEW MEXICO



FILED
DISTRICT COURT OF
OTERO COUNTY, N.M.
2010 AUG 17 PM 1: 25
JAN PERRY
CLERK_____BY_____

## TRANSCRIPT OF JUDGMENT

CASE NUMBER: CV-2008-76 DIV. II

NATURE OF ACTION: Counterclaim for Violation of Subdivision Act

JUDGMENT CREDITORS: Belleview Valley Land Co., John Williams and Ellen Bl. Williams

JUDGMENT DEBTOR: FRED VAN WINKLE

### AMOUNT OF JUDGMENT

| DAMAGES | COSTS | TOTAL | RATE OF INTEREST |
|---|---|---|---|
| $234,944.31 plus Attorney Fees to be determined by the Court. | $640.99 | $235,585.30 + costs plus Attorney Fees to be determined by the Court. | 8.75% per annum calculated from July 23, 2010. |

| DATE OF JUDGMENT: | HOW SATISFIED & REMARKS |
|---|---|
| August 13, 2010 | |
| **ATTORNEY FOR JUDGMENT CREDITOR:** | |
| W. T. Martin, Jr.<br>Martin, Dugan & Martin<br>509 W. Pierce St.<br>P.O. Box 2168<br>Carlsbad, NM 88221-2168<br>(575) 887-3528<br>Fax (575) 887-2136 | |

LINCOLN COUNTY-NM
RHONDA B BURROWS, CLERK
201005126
Book2010 Page 5126
1 of 2
08/17/2010 03:22:34 PM
BY DIANE

EXHIBIT A

I, **Jan Perry,** Clerk of the District Court of the Twelfth Judicial District of the State of New Mexico, within and for the County of Otero, do hereby certify the foregoing to be a true transcript of the judgment of said Court, now of record in my office.

**IN WITNESS WHEREOF**, I have hereunto set my hand and Seal of said Court this _17_ day of _August_, 2010.

(SEAL)

JAN PERRY
CLERK OF THE DISTRICT COURT

By: _____
Deputy

LINCOLN COUNTY-NM
RHONDA B BURROWS, CLERK
201005126
Book2010 Page 5126
2 of 2
08/17/2010 03:22:34 PM
BY DIANE