# UNITED STATES BANKRUPTY COURT
## DISTRICT OF NEW MEXICO

In re: FRED DALE VAN WINKLE,  )
                                          )   No. 13–11743-j7
               Debtor.    )   Chapter 7

## NOTICE OF HEARING ON CREDITORS, BELLEVIEW VALLEY LAND CO., INC., JOHN H. WILLIAMS AND ELLEN B. WILLIAMS MOTION FOR RELIEF FROM AUTOMATIC STAY

**Martin, Dugan & Martin**
W. T. Martin, Jr.
509 W. Pierce St.
P.O. Box 2168
Carlsbad, NM 88221-2168
(575) 887-3528
Fax (575) 887-2136
e-mail: martinlaw@zianet.com

**PLEASE TAKE NOTICE** that on November 25, 2013 at 11:00 am, a hearing will be held before the Honorable Robert H. Jacobvitz, United States Bankruptcy Judge, Federal Building and United States Courthouse, 500 N. Richardson, Roswell, New Mexico to consider Belleview Valley Land Co., Inc., John H. Williams and Ellen B. Williams Motion for Relief from Automatic Stay and any objections filed.

NOTE: "Counsel/parties may appear by telephone if a written request is received in the Court's Chambers at least one business day prior to the hearing. Requests should be sent by e-mail to jacobvitzstaff@nmcourt.fed.us. The e-mail must have a subject heading that includes the word "telephone" correctly spelled. The test of the request must contain your name, the case name, date and time of hearing, and the number at which you can be reached when we call you for the hearing. Do not send your request to the Clerk's office and do not file your request as a pleading.

SUBMITTED BY:

**Martin, Dugan & Martin**

By_____
        W. T. Martin, Jr.
        509 W. Pierce St.
        P.O. Box 2168
        Carlsbad, NM 88221-2168
        (575) 887-3528
        Fax (575) 887-2136
        e-mail: martinlaw@zianet.com
        Attorney for Belleview & Williams

## CERTIFICATE OF SERVICE

**I CERTIFY** that the foregoing Notice was electronically filed with the Court by means of the CM/ECF system. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service and/or first class mail, postage paid in accordance with CM/ECF system on this  12th  day of November 2013.

Amex
P.O. Box 981537
El Paso, TX 79998

Bank of America
P.O. Box 17054
Wilmington, DE 19850

Brian Van Winkle
P.O. Box 141
Las Luz, NM 88337

Cap One
P.O. Box 85520
Richmond, VA 23285

First National Bank of Ruidoso
Attn: Officer/Managing or General Agent
451 Sudderth
Ruidoso, NM 88345

IRS
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114

Richard Hawthorne, Esq.
1221 Mechem Dr. #2
Ruidoso, NM 88345

R. Trey Arvizu, III
P.O. Box 1479
Las Cruces, NM 88004

Clarke Coll
P.O. Box 2288
Roswell, NM 88202

Roger E. Yarbro, Esq.
P.O. Box 480
Cloudcroft, NM 88317

Wfnnb/Bealls
P.O. Box 2974
Mission, KS 66201

_____
W. T. Martin, Jr.