UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**

**PRELIMINARY HEARING**
**Before the Honorable Robert H. Jacobvitz**

_x_ Chris Wilson, Courtroom Deputy

_x_ I certify that an electronic sound
recording of this proceeding was made.

FTR Recorded Proceeding_x__
TIME COMMENCED: 11:09 am

**11/25/2013**

CASE NAME/NUMBER:
Fred Dale Van Winkle and Belleview Land Co., Inc., No. 7-13-11743-j7

PH: Bellview Valley Land Co., Inc. / John and Ellen Williams' Motion for Relief from Stay (Doc. 21)
Dtr: Trey Arvizu (Doc. 25), phone
Brian Van Winkle: (Doc. 26) - no appearance
Bellview: WT Martin (phone)

**SUMMARY: Court will grant motion re Otero property and overrule objection of Brian Van Winkle. Mr. Martin to submit order.**