IT IS ORDERED

Date Entered on Docket: December 4, 2013

*Robert H. Jacobvitz* (signature)

_____
The Honorable Robert H Jacobvitz
United States Bankruptcy Judge



_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW MEXICO

I<small>N RE</small>:  
F<small>RED</small> D<small>ALE</small> V<small>AN</small> W<small>INKLE</small>,  )  
   )  
   )    No. 13-11743-j7  
Debtor.   )  
   )

## ORDER LIFTING STAY AS TO DEBTOR'S OTERO COUNTY PROPERTY

SUBMITTED BY:
Martin, Dugan & Martin
W. T. Martin, Jr.
509 W. Pierce St.
P.O. Box 2168
Carlsbad, NM 88221-2168
(575) 887-3528
Fax (575) 887-2136
e-mail: martinlaw@zianet.com

**THIS MATTER** came before this Court on a telephonic hearing at 11:15 a.m. on November 25, 2013, upon the *Motion to Lift Stay* filed by **Belleview Valley Land Co., Inc., John H. Williams** and **Ellen B. Williams** (*hereinafter jointly referred to as "Williams"*). Williams appeared by and through Williams' attorney of record, W. T. Martin, Jr. The Debtor, **Fred Van Winkle**, appeared by and through his attorney, R. "Trey" Arvizu, III. **Brian Van Winkle**, who had filed an objection to the Motion did not appear. This Court heard argument of counsel and has determined that the Williams Motion should be granted and **Brian Van Winkle's** objection denied.

**IT IS THEREFORE ORDERED THAT**:

1. Williams' *Motion to Lift Stay* be, and it hereby is, granted.
2. The lifting of the stay only pertains to the Otero County property to which Williams' judgment lien has attached.
3. Williams may proceed with a foreclosure action to enforce the judgment lien as to the Debtor's Otero County property.
    a. Any surplus proceeds received from the Special Master's sale following a foreclosure judgment shall be paid to the Trustee.
4. **Brian Van Winkle's** objection is overruled and denied.

###END OF ORDER###

SUBMITTED BY:
Martin, Dugan & Martin

   s/submitted electronically
By_____
      W. T. Martin, Jr.
      509 W. Pierce St.
      P.O. Box 2168
      Carlsbad, NM 88221-2168
      (575) 887-3528
      Fax (575) 887-2136
      e-mail: martinlaw@zianet.com
      Attorney for Williams


____Approved by E-mail on December 2, 2103
      R. "Trey" Arvizu, III
      P.O. Box 1479
      Las Cruces, NM 88004-1479
      (575)-527-8600
      Fax (575) 527-1199
      Attorney for Debtor


____Approved by E-mail on Nov. 26, 2103
      Clarke Coll, Trustee


## SERVICE

Martin, Dugan & Martin certifies that the following are entitled to service of the Order:

R. Trey Arvizu, III
P.O. Box 1479
Las Cruces, NM 88004

Clarke Coll
P.O. Box 2288
Roswell, NM 88202