# Notice Recipients

District/Off: 1084−1     User: christa     Date Created: 12/4/2013
Case: 13−11743−j7     Form ID: pdfor1     Total: 4

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Clarke C. Coll | clarkecoll@gmail.com |
| aty | Clarke C. Coll | clarkecoll@gmail.com |
| aty | R Trey Arvizu, III | trey@arvizulaw.com |
| aty | W. T. Martin Jr. | martinlaw@zianet.com |

TOTAL: 4