# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-11743 J
**Case Name:** WINKLE, FRED VAN

**Period Ending:** 03/31/14

**Trustee:** (510150) Clarke C. Coll
**Filed (f) or Converted (c):** 05/21/13 (f)
**§341(a) Meeting Date:** 06/18/13
**Claims Bar Date:** 09/17/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Condominium - value based on current listing pri (See Footnote) | 119,000.00 | 37,768.45 | | 0.00 | 110,000.00 |
| 2 | 7.1060 acres of land on a permanent foundation a (See Footnote) | 300,000.00 | 14,670.77 | | 0.00 | FA |
| 3 | 1/2 interest 311.3 acres of farmland (292.9 acre (See Footnote) | 23,347.50 | 23,347.50 | | 0.00 | 23,347.50 |
| 4 | 30 acres of grazing land/horse property with two (See Footnote) | 230,000.00 | 200,000.00 | | 0.00 | FA |
| 5 | Oil and Gas Lease (receives $146.47 annually) -, | 500.00 | 500.00 | | 0.00 | 500.00 |
| 6 | Checking account First National Bank of Ruidoso | 268.45 | 0.00 | | 0.00 | FA |
| 7 | Furniture, appliances and electronics | 3,000.00 | 0.00 | | 0.00 | FA |
| 8 | Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Watch and misc. jewelry | 2,500.00 | 0.00 | | 0.00 | FA |
| 10 | Potential legal malpractice suit against Attorne | Unknown | 0.00 | | 0.00 | FA |
| 11 | Claim of 1/3 of $26,176.89. Corporate unclaimed | 8,638.37 | 8,638.37 | | 0.00 | 8,638.37 |
| 12 | 2012 Honda CVR - titled in debtor's name and Eli | 0.00 | 0.00 | | 0.00 | FA |
| 13 | 2002 Ford Expedition | 3,900.00 | 0.00 | | 0.00 | FA |
| **13** | **Assets** Totals (Excluding unknown values) | **$691,654.32** | **$284,925.09** | | **$0.00** | **$142,485.87** |

RE PROP# 1    Judgment lien attaches to property 1,2 & 4
RE PROP# 2    Judgment lien attaches to property 1,2 & 4
RE PROP# 3    Dry land farm - 311.3 acres value approx $150 per acre

Printed: 05/01/2014 04:46 PM    V.13.14

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 13-11743 J | | Trustee: | (510150) | Clarke C. Coll |
|---|---|---|---|---|---|
| Case Name: | WINKLE, FRED VAN | | Filed (f) or Converted (c): | 05/21/13 (f) | |
| | | | §341(a) Meeting Date: | 06/18/13 | |
| Period Ending: | 03/31/14 | | Claims Bar Date: | 09/17/13 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

RE PROP# 4     Judgment lien attaches to property 1,2 & 4

**Major Activities Affecting Case Closing:**

Trustee pursuing offer from Debtor family member for certain assets and evaluating estate value of other non-exempt property

February 2014, Trustee received offer from relative from debtor on farm property and trustee evaluating offer; Trustee evaluating property values to determine best course to achieve value to estate

**Initial Projected Date Of Final Report (TFR):** December 1, 2014     **Current Projected Date Of Final Report (TFR):** December 1, 2014