IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

**FRED DALE VAN WINKLE,**

    Debtor.                                No. 13-11743-j7

## SUGGESTION OF DEATH

R. "Trey" Arvizu, III on behalf of the Debtor, Fred Dale Van Winkle, hereby notifies the Court and parties that Debtor, Fred Dale Van Winkle, became deceased on April 28, 2014. The Debtor's daughter, Tammy Sprague, has been appointed to serve as the personal representative of the estate.

                                                       Electronically filed
                                                       R. "Trey" Arvizu, III
                                                       PO Box 1479
                                                       Las Cruces, NM  88004-1479
                                                       (505) 527-8600
                                                       fax: (505) 527-1199

I CERTIFY that the foregoing was electronically filed with the Court via the CM/ECF system. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on this 21st day of July, 2014.

Electronically submitted
R. "Trey" Arvizu