# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

In re:

FRED DALE VAN WINKLE,
Debtor.                                              Case No. 13-11743-j7

NOTICE OF PRELIMINARY HEARING
ON DEBTOR'S MOTION TO AVOID JUDICIAL LIEN OF BELLEVIEW
VALLEY LAND CO., JOHN WILLIAMS AND ELLEN B. WILLIAMS AND
REPLY FILED BY CREDITOS BELLEVIEW VALLEY LAND CO., JOHN WILLIAMS
AND ELLEN B. WILLIAMS

**PLEASE TAKE NOTICE** that on August 25, 2014 at 3:15 p.m. a preliminary hearing will be held before the Honorable Robert H. Jacobvitz, United States Bankruptcy Judge, Dennis Chavez Federal Building and United States Courthouse, 500 Gold Avenue, SW, 13th Floor, Albuquerque, New Mexico to consider Debtor's Motion to Avoid Judicial Lien of Belleview Valley Land Co., John Williams and Ellen B. Williams and reply filed by Belleview Valley Land Co., John Williams and Ellen B. Williams.

NOTE: "Counsel/parties may appear by telephone if a written request is received in the Court's Chambers at least one business day prior to the hearing. Requests should be sent by e-mail to jacobvitzstaff@nmcourt.fed.us. The e-mail must have a subject heading that includes the word "telephone", correctly spelled. The text of the request must contain your name, the case name, date and time of hearing, and the number at which you can be reached when we call you for the hearing. Do not send your request to the Clerk's office and do not file your request as a pleading.

*Submitted,*

Electronically filed
R. "Trey" Arvizu, Esq.
Attorney for Debtor
PO Box 1479
Las Cruces, NM 88004
(575) 527-8600
fax: (575) 527-1199
trey@arvizulaw.com

I CERTIFY that the foregoing was electronically filed with the Court via the CM/ECF system. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on this 4th day of August, 2014.

Electronically filed
R. "Trey" Arvizu, III