UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In Re: Fred Dale Van Winkle,

    Debtor.                                                                                                                                                No. 13-11743-J7

## NOTICE OF DEADLINE FOR FILING OBJECTIONS
## TO TRUSTEE'S MOTION TO SELL PROPERTY OF THE ESTATE

PLEASE TAKE NOTICE that on September 19, 2014, Clarke C. Coll, Chapter 7 Trustee, filed his Motion to Sell Property of the Estate requesting Court authorization of the Trustee's sale of Debtor's Undivided ½ interest in Farmland located in Roosevelt County, New Mexico to Tammy Sprague for $12,500.00 cash. The proposed sale is "as is, where is" with no warranty of title to be conveyed by trustee's deed. The original Motion is on file with the Clerk of the Bankruptcy Court, 500 Gold Ave. SW, Room 10206, Albuquerque, NM 87103 (P O Box 546) (505) 348-2500. The Trustee recommends that this sale be approved and that the offer is reasonable and will benefit the estate.

IF YOU OBJECT TO THIS MOTION, you must file your objection with the Clerk of the Court at the above address within 21 days after the date of the mailing of this notice and you must transmit a copy of said objection to the undersigned and to the Office of the US Trustee, P O Box 608, Albuquerque, NM 87103. If you are an attorney, you must electronically file your objection. If objections are timely filed, a hearing to consider them will be held on short notice to objecting parties only and on counsel listed below. If no objections are filed, the Court may enter an Order granting relief sought without further notice of hearing.

                                                Coll Bros. Law, LLC
                                                _Clarke C. Coll/S/Submitted Electronically_
                                                Clarke C. Coll
                                                Attorney for Trustee
                                                P O Box 2288
                                                Roswell, NM 88202
                                                (575) 623-2288

       I certify that on September 19, 2014, I mailed a copy of this Notice to the Debtors, the Office of the US Trustee, all creditors herein and all counsel of record herein. A copy of the mailing list is attached to the original of this Notice on file with the Clerk of the Bankruptcy Court.

                                                _Clarke C. Coll/S/Submitted Electronically_
                                                Clarke C. Coll