UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:

Fred Dale Van Winkle,

      Debtor.                      No. 13-11743-j7

### ORDER RESULTING FROM PRELIMINARY HEARING ON MOTION TO AVOID LIEN OF BELLEVIEW LAND COMPANY, JOHN H. WILLIAMS AND ELLEN V. WILLIAMS

This matter came before the Court on the Motion to Avoid Lien of Belleview Land Company, John H. Williams and Ellen V. Williams, docket no. 23 (the "Motion"). W. T. Martin appeared for the movants, and Trey Arvizu appeared for the debtor. .

IT IS HEREBY ORDERED:

The Court fixes a deadline of September 22, 2014 for parties to file stipulated facts. The deadline for each party to file its brief is October 6, 2014. The Court will render its decision on the legal issue of whether the Debtor is entitled to allowance of a homestead exemption exists, and then will set a status conference on any additional matters relating to this motion.

                                             _____
                                             Robert H. Jacobvitz
                                             United States Bankruptcy Judge

Entered On Docket: 10/6/14

Copy to:

W. T. Martin
Attorney for Movants
PO Box 2168
Carlsbad, NM 88220

R. Trey Arvizu
Attorney for Debtor
PO Box 1479
Las Cruces, NM 88004-1479