# Notice Recipients

District/Off: 1084–1   User: cwilson   Date Created: 10/6/2014
Case: 13–11743–j7   Form ID: pdfor1   Total: 2

**Recipients of Notice of Electronic Filing:**
aty   R Trey Arvizu, III   trey@arvizulaw.com
aty   W. T. Martin Jr.   martinlaw@zianet.com

TOTAL: 2