IT IS ORDERED

Date Entered on Docket: October 15, 2014

_____
The Honorable Robert H Jacobvitz
United States Bankruptcy Judge



---

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

In Re: Fred Dale Van Winkle,

    Debtor.                                      No. 13-11743-J7

## ORDER AUTHORIZING TRUSTEE
## TO SELL PROPERTY OF THE ESTATE

THIS MATTER came on before the Court on the Trustee's Motion to Sell Property of the Estate filed herein on September 19, 2014 (DOC 38). The Court FINDS that notice of the filing of said Motion was mailed to all creditors and parties in interest herein on September 19, 2014 (DOC 39); that the deadline for filing objections to said Motion, including 3 days for mailing expired on October 14, 2014; no objections or responsive pleadings have been filed. It is therefore

ORDERED that the Trustee's Motion is granted and Trustee is authorized to sell the property of the estate to Tammy Sprague for $12,500.00 upon the terms and conditions set forth in the Motion, payable in cash upon entry of this Order.

### END OF ORDER ###

Submitted by:
Coll Bros. Law, LLC
Clarke C. Coll/S/Submitted Via Order Upload
Clarke C. Coll
Attorney for Trustee
P O Box 2288
Roswell, NM 88202
(575) 623-2288

Copy to:
Office of the US Trustee
P O Box 608
Albuquerque, NM 87103