# Notice Recipients

District/Off: 1084–1     User: cwilson     Date Created: 10/15/2014
Case: 13–11743–j7     Form ID: pdfor1     Total: 3

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     ustpregion20.aq.ecf@usdoj.gov
tr     Clarke C. Coll     clarkecoll@gmail.com
aty     Clarke C. Coll     clarkecoll@gmail.com

TOTAL: 3