# Notice Recipients

District/Off: 1084–1   User: phennessy   Date Created: 11/14/2014
Case: 13–11743–j7   Form ID: pdfor1   Total: 2

**Recipients of Notice of Electronic Filing:**
aty    R Trey Arvizu, III    trey@arvizulaw.com
aty    W. T. Martin Jr.    martinlaw@zianet.com

TOTAL: 2