UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

Clerk's Minutes

PRELIMINARY HEARING
Before the Honorable Robert H. Jacobvitz

_x_Chris Wilson, Courtroom Deputy

_x_ I certify that an electronic sound
recording of this proceeding was made.

FTR Recorded Proceeding_x__
TIME COMMENCED: 3:14 pm

11/24/2014

CASE NAME/NUMBER:
Fred Dale Van Winkle, No. 7-13-11743-j7
Scheduling Conference re: Mtn to Avoid Judicial Lien (Doc. 23)

Dtr: Trey Arvizu, phone
Belleview Valley Land Co., Inc./WIlliams: W.T. Martin, Jr. (phone)

**SUMMARY: FH set 2/10/15 at 1:00 pm in Roswell. Parties to file exhibit lists, witness lists, and exchange exhibits by 1/26/15.**