UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:

Fred Dale Van Winkle,

         Debtor.          No. 13-11743-j7

## ORDER RESULTING FROM PRELIMINARY HEARING ON DEBTORS' MOTION TO AVOID LIEN OF BELLEVIEW VALLEY LAND CO., JOHN WILLIAMS AND ELLEN B. WILLIAMS

This matter came before the Court on the Motion to Avoid Lien filed by the Debtor, docket no. 23 (the "Motion"). R. Trey Arvizu appeared for the Debtor, and W. T. Martin, Jr. appeared for the Belleview Land Co., John Williams, and Ellen B. Williams.

IT IS HEREBY ORDERED:

1. <u>Final Hearing Date and Time</u>. A final hearing on the Motion shall be held on February 10, 2015 at 1:00 p.m. at the Federal Building and Courthouse, 500 North Richardson Street, Roswell, New Mexico. Three hours have been set aside for the hearing.

2. <u>Exhibits</u>. No later than January 26, 2015, the parties shall file and serve a list of exhibits, and shall exchange exhibits, except for rebuttal exhibits that cannot reasonably be anticipated. Parties shall provide three copies of the exhibits to Chambers (one for the Court, one for the Court's law clerk, and one for the witness) prior to commencement of the hearing. Movant's exhibits are to be marked with numbers, and Debtor's exhibits with letters. Each page of any multiple-page exhibit shall be numbered. Exhibits shall be accompanied by a list of the exhibits by number or letter and a brief description or name of each exhibit. If a party intends to proffer more than five exhibits, then the exhibits shall be tabbed and bound in three-ring binders or by some similar binding. Any counsel requiring authentication of any exhibit must so notify

in writing the offering counsel within seven days before the final hearing date, or objection to authenticity will be waived. The Court generally will exclude exhibits not exchanged as required. The parties shall be prepared to notify the Court at the beginning of the hearing which exhibits can be admitted into evidence by stipulation.

      3.    <u>Witnesses</u>.  No later than January 26, 2015, the parties shall file and serve witness lists of persons the party expects to call to testify at the final hearing, except for rebuttal witness that cannot reasonably be anticipated.  The Court may exclude from testifying any witnesses not listed.

      4.    <u>Appraisal Reports</u>.  If a party intends to call an appraiser, the party must provide the other party with an appraisal report no later than January 26, 2015.

      */s/ Robert H. Jacobvitz*
Robert H. Jacobvitz
United States Bankruptcy Judge

Entered on docket:  11/26/14

Copy to:

R. Trey Arvizu
Attorney for Debtors
PO Box 1479
Las Cruces, NM  88004

W. T. Martin, Jr.
Attorney for Belleview Valley Land Co., Inc.,
John Williams and Ellen B. Williams
PO Box 2168
Carlsbad, NM  88221-2168