# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1084–1 | User: cwilson | Date Created: 11/26/2014 |
| Case: 13–11743–j7 | Form ID: pdfor1 | Total: 2 |

**Recipients of Notice of Electronic Filing:**

aty     R Trey Arvizu, III     trey@arvizulaw.com
aty     W. T. Martin Jr.     martinlaw@zianet.com

TOTAL: 2