# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

In Re: Fred Dale Van Winkle

    Debtor.                               No. 13-11743-j7

## TRUSTEE'S REPORT OF SALE

Clarke C. Coll, Trustee of the estate of the above-named Debtor, makes this Report of Sale of estate assets and provides this itemized statement pursuant to FRBP 6004(f)(1). Debtor listed non-exempt assets consisting of Debtor's 1/2 undivided interest in 311.2 acres of farmland located in Roosevelt County, New Mexico, described as follows:

The Northeast quarter (NE1/4) of Section Twenty Three (23), and the Northwest quarter (NW1/4) of Section Twenty Four (24), all in Township 2 South of Range Thirty Two (32) East, N.M.P.M. Trustee filed a Motion to sell property of the estate, "as is, where is" to Debtor's daughter, Tammy Sprague ("Buyer") for a sales price of $12,500.00 payable immediately upon Court Approval of Sale (See Doc 38). Notice of deadline to object was sent to all creditors and parties of interest and no objections were filed and the Court entered its Order Authorizing Trustee to Sell Property of the Estate on October 15, 2014 (See Doc 44). Buyer paid the sum of $12,500.00 pursuant to the offer and Order. The total gross proceeds from the sale of property were $12,500.00 and paid pursuant to the Order Authorizing Trustee's Motion to Sell Property of the Estate.

Dated: December 2, 2014           Clarke C. Coll/S/Submitted Electronically
                                           Clarke C. Coll
                                           Chapter 7 Trustee
                                           P O Box 2288
                                           Roswell, NM 88202
                                           (575) 623-2288