UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In Re: Fred Dale Van Winkle

Debtor.                                                                 No. 13-11743-j7

**TRUSTEE'S APPLICATION TO EMPLOY ACCOUNTANT**
**(Steven W. Johnson, CPA, LLC)**

CLARKE C. COLL, CHAPTER 7 TRUSTEE HEREIN, by his undersigned attorney, pursuant to 11 USC Section 327 (a) and FRBP 2014 hereby applies to this Court for its Order authorizing the employment of Steven W. Johnson, CPA, LLC as accountant for the Trustee to render accounting services to the trustee, and as grounds therefore, states:

    1. Clarke C. Coll is duly qualified and acting Chapter 7 Trustee in this case.

    2. Debtor filed this case as a Chapter 7 case on May 21, 2013.

    3. The Trustee will require an accountant to perform services in connection with the administration of this estate, including but not limited to: consultation concerning and preparation and filing of tax returns and reports and other accounting services for the estate.

    4. Steven W. Johnson, CPA, LLC are accountants duly licensed in the State of New Mexico with offices located at 119 E. Marcy, Suite 106, Santa Fe, NM 87504 (505) 988-2527.

    6. The Trustee has selected this firm because it is experienced in bankruptcy taxation.

7. The terms of employment are the firm's standard hourly rates plus costs plus applicable tax. Said rates are as follows: accountants $165/hr; bookkeeping $65/hr.

8. To the best of the applicant's knowledge, said firm has no connection with the debtor, creditors or any other party in interest, their respective attorneys and accountants, the U. S. Trustee, or any person employed by the Office of the U. S. Trustee. Applicant's statement pursuant to Rule 2014 and the firm's affidavit setting forth any connections with the debtor, creditors, or any other party in interest, their respective attorneys and accountants, the U. S. Trustee, or any person employed in the Office of the U. S. Trustee have been filed concurrently herewith as Exhibit A.

9. Any fees or compensation in this case will be paid only upon application and approval by the Court. It is contemplated that applicant will seek compensation based on the standard hourly rates set forth above.

WHEREFORE, the Trustee prays that this Court enter its Order authorizing the employment of said accounting firm as more fully set forth herein, and for such other and further relief as is just.

        Coll Bros. Law, LLC.
        Clarke C. Coll/S/Submitted Electronically
        Clarke C. Coll
        Attorney for Trustee
        P O Box 2288
        Roswell, NM 88202
        (575) 623-2288

I hereby certify that on 3rd day of December 2014, I electronically filed with the Court via the CM/ECF system this pleading and all attorneys and parties identified with the court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system.

        Clarke C. Coll/S/Submitted Electronically