UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In Re: Fred Dale Van Winkle

Debtor.                                            No. 13-11743-j7

## TRUSTEE'S ACCOUNTANT'S DISCLOSURE STATEMENT PURSUANT TO BANKRUPTCY RULES 2014 AND 2016

STEVE W. JOHNSON of the firm of Steven W. Johnson, CPA, LLC hereby states, in connection with the Application of the Chapter 7 Trustee to Employ Accountant for Trustee filed herein:

1. To the best of the undersigned's knowledge, information and belief, after making reasonable inquiry, said firm has no connection with Debtor, the Debtor's creditors, or any other party in interest in this bankruptcy case, or their respective attorneys or accountants, or with the United States Trustee or any person employed in the office of the United States Trustee, except that the firm represents the Trustee as accountant for this estate and has represented Trustee as accountant in other estates.

2. The arrangements for compensating said firm, if the Court approves the Trustee's employment of said firm is: accountants $165/hr; bookkeeping $65/hr plus costs and tax.

3. Said firm has received no retainer from the estate. All payments to said firm shall be from the estate after application and allowance by this Court.

4. Said firm has received no other transfer, assignment or pledge of property for post-petition legal services.

5. The undersigned firm has not shared or agreed to share with any other person or entity, other than with a member or regular associate or employee of the undersigned firm, any compensation paid or to be paid by the estate in or in connection with this bankruptcy case.

I VERIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

STEVE W. JOHNSON, CPA, LLC

By: Steve W. Johnson
119 E. Marcy St., Suite 106
Santa Fe, NM 87504
(505) 988-2527

I hereby certify that on 3rd day of December 2014, I electronically filed with the Court via the CM/ECF system this pleading as an exhibit to the application to employ accountant and all attorneys and parties identified with the court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system.

Clarke C. Coll/S/Submitted Electronically
Clarke C. Coll, Chapter 7 Trustee