UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In Re: Fred Dale Van Winkle

Debtor.                                                              No. 13-11743-j7

NOTICE OF DEADLINE FOR FILING OBJECTIONS TO APPLICATION
TO EMPLOY ACCOUNTANT FOR CHAPTER 7 TRUSTEE

PLEASE TAKE NOTICE THAT ON 12/3/2014 the Trustee's Application to Employ Accountant was filed herein, requesting Court authorization of the Trustee's employment of Steven W. Johnson, CPA, LLC as accountant for the Trustee. The original of said Application is on file with the Clerk of the Bankruptcy Court, US Courthouse and Federal Building, 500 Gold Ave SW Room 10206, Albuquerque NM 87102 (PO Box 546, Albuquerque, NM 87103) (505) 348-2500. The Application requests approval of said employment on the following terms: accountants $165/hr and bookkeeping $65/hr, plus costs and plus applicable tax. The application states that the trustee requires the services of an accountant to prepare any necessary tax returns for the estate and provide any needed accounting service for the estate. Any fees or compensation will be paid only upon application and approval by the Court. The Application further states accountant has no connection with the trustee, the debtor, or any creditors herein other than its representation herein or representation of trustee in other estates.

**IF YOU OBJECT TO THIS APPLICATION, you must file your objection with the Clerk of the Court, at the aforesaid address, within 21 days after the date of the mailing of this notice and you must transmit a copy of said objection to Clarke C. Coll, Trustee at the address shown below; and to the Office of the US Trustee, P O Box 608, Albuquerque, NM 87103. If you are an attorney, you must electronically file your objection. If objections are timely filed, a hearing to consider them will be held on short notice to objecting parties only and on counsel listed above. If no objections are timely filed, the Court may enter an order granting the relief sought without further notice or hearing.**

The document can be viewed for a per page fee via the PACER (Public Access to Electronic Court Records) system. Log on to PACER at ecf.nmb.uscourts.gov. For registration and instructions, see pacer.psc.uscourts.gov/index.html. You may also view this document from a computer at the Clerk's office between 8:30 a.m. to 4:40 p.m., Monday through Friday at no charge.

                                            Coll Bros. Law, LLC.
                                            Clarke C. Coll/S/Submitted Electronically
                                            Clarke C. Coll
                                            Attorney for Trustee
                                            P O Box 2288
                                            Roswell, NM 88202
                                            (575) 623-2288

I certify that on this 3rd day of December 2014, I mailed a copy of this Notice to the Debtor, the Office of the US Trustee, all creditors herein, and all counsel of record herein. A copy of the mailing list is attached to the original of this Notice on file with the Clerk of the Bankruptcy Court.

                                            Clarke C. Coll/S/Submitted Electronically