# Coll Bros. Law, LLC

# INVOICE

PO Box 2288  
Roswell, NM 88202-2288  
Phone: 575-623-2288  
Fax: 575-627-0122  
Email: collbroslaw@gmail.com

Invoice # 482  
Date: 12/15/2014  
Due Upon Receipt

Clarke C. Coll, TRUSTEE  
Chapter 7 Trustee  
PO BOX 2288  
Roswell, NM 88202-2288

## Statement of Account

| Outstanding Balance | New Charges | Amount in Trust | Payments Received | **Total Amount Outstanding** |
|---|---|---|---|---|
| ( $0.00 | + $1,882.24 ) - ( | $0.00 | + $0.00 ) = | **$1,882.24** |

## Coll, TRUSTEE.Clarke C./Fred Dale Van Winkle-2013-00155

## Fred Dale Van Winkle

**Services**

| Date | Attorney | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 06/18/2013 | CCC | Open file and Prepare Application to Employ Counsel; Prepare Exhibit A and Exhibit B to Application; Prepare proposed Order; Email to UST for Approval; Received Approval via email and revise Order; Finalize and File Application and Exhibits; Revise and finalize Order and upload with court | 1.20 | $200.00 | $240.00 |
| 07/01/2013 | CCC | Review and respond to emails with Debtor's counsel on document production etc. | 0.20 | $200.00 | $40.00 |
| 09/18/2014 | CCC | T/conf with Attorney Trey Arvizu and confirm in writing agreement to sell "as is, where is" no warranty of title. Draft Motion to Sell; Draft Notice; Review file on remaining assets to collect relative to CRP payments; | 1.40 | $200.00 | $280.00 |
| 09/19/2014 | CCC | Download Matrix; Finalize Motion and Notice and file with court and mail out 15 notices with deadline to object | 0.80 | $200.00 | $160.00 |
| 09/23/2014 | CCC | Conf with Attorney Arvizu re; CRP payments post-petition. | 0.20 | $200.00 | $40.00 |

| Date | Attorney | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 09/25/2014 | CCC | Review file and send demand letter for turnover of post-petition CRP payments; | 0.50 | $200.00 | $100.00 |
| 10/14/2014 | CCC | Draft and finalize Order Approving sale and upload with Court | 0.40 | $200.00 | $80.00 |
| 10/16/2014 | CCC | Review entered order and download and email to Arvizu | 0.10 | $200.00 | $20.00 |
| 10/20/2014 | CCC | Review file and follow-up Email demand to Arvizu for accounting and turnover of post-petition CRP payments etc. | 0.30 | $200.00 | $60.00 |
| 12/02/2014 | CCC | Email exchanges with Accountant re: taxes etc.; Draft Disclosure for accountant and email for execution; Review email and Disclosure from Accountant and print and scan for filing with Application | 0.50 | $200.00 | $100.00 |
| 12/03/2014 | CCC | Prepare Application to Employ Accountant; Prepare Notice of Deadline to Objection; draft Order; Download matrix; Finalize and file Application and Notice and mail out to matrix | 1.20 | $200.00 | $240.00 |
| 12/12/2014 | CCC | Review accountant invoice and draft Application and Order and scan bill: Review file and upon accountant employment order entry, Submit invoice and proposed order to UST for approval and file application and submit order | 0.60 | $200.00 | $120.00 |
| 12/15/2014 | CCC | Review billing; Draft Fee Application and Notice and draft Order; Dowload matrix and finalize Application and Notice and file with court and mail out notice etc. | 1.20 | $200.00 | $240.00 |
| | | **Quantity Subtotal** | **8.6** | | |
| | | | | **Services Subtotal** | **$1,720.00** |

## Expenses

| Date | Type | Attorney | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| 09/19/2014 | Expense | CCC | Copies-21 X 0.15 | 1.00 | $3.15 | $3.15 |
| 09/19/2014 | Expense | CCC | Postage Actual-21 x $.048 | 1.00 | $10.08 | $10.08 |
| 12/03/2014 | Expense | CCC | Postage-Actual-21x$.48 | 1.00 | $10.08 | $10.08 |
| 12/03/2014 | Expense | CCC | Copies-21 x $0.15 | 1.00 | $3.15 | $3.15 |
| 12/15/2014 | Expense | CCC | Postage-Actual-21x$.48 | 1.00 | $10.08 | $10.08 |
| 12/15/2014 | Expense | CCC | Copies-actual-21 X 4.15 | 1.00 | $3.15 | $3.15 |
| | | | | **Expenses Subtotal** | | **$39.69** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Clarke C. Coll | Attorney | 8.6 | $200.00 | $1,720.00 |
| | **Quantity Total** | **8.6** | | |
| | | | Subtotal | $1,759.69 |
| | | | NM Taxation & Revenue (7.125%) | $122.55 |
| | | | **Total** | **$1,882.24** |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 482 | 12/15/2014 | $1,882.24 | $0.00 | $1,882.24 |
| | | | **Outstanding Balance** | **$1,882.24** |
| | | | **Amount in Trust** | **$0.00** |
| | | | **Total Amount Outstanding** | **$1,882.24** |

Please make all amounts payable to: Coll Bros. Law, LLC , PO Box 2288, Roswell, NM  88202-2288.  We accept VISA, MASTERCARD, DISCOVER and AMERICAN EXPRESS credit cards.  Please call 575-623-2288 to make payment by credit card or come to our offices at 408 West College Blvd, Roswell, NM.

Payment is due upon receipt.