UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In Re: Fred Dale Van Winkle,

    Debtor.                                                                              No. 13-11743-J7

**NOTICE OF DEADLINE FOR FILING OBJECTIONS TO APPLICATION FOR ALLOWANCE FOR ATTORNEYS FOR TRUSTEE**

PLEASE TAKE NOTICE that on December 15, 2014, Clarke C. Coll (Applicant) filed the Application for Allowance of Compensation for Attorneys for Trustee herein, requesting Court approval of Trustee's attorney's fees and costs incurred in Applicant's representation of the Trustee herein from the period of June 18, 2013 to December 15, 2014. The original of said Application is on file with the Clerk of the Bankruptcy Court, US Courthouse and Federal Building, 500 Gold Ave. SW, Albuquerque, NM 87102. The Application requests approval the total sum of $1,882.24 representing 100% of charges for services performed including costs and tax for said period. The Court, by Order entered June 20, 2013 approved Applicant's employment. No previous application has been filed. Applicant has received no compensation from the estate or any other source. The Application also requests the Court for an Order Allowing the Chapter 7 Trustee to pay funds to attorneys out of the estate.

**IF YOU OBJECT TO THIS APPLICATION, you must file your objection with the Clerk of the Court, at the aforesaid address, within 21 days after the date of the mailing of this notice and you must transmit a copy of said objection the undersigned Attorney/Trustee at the address shown below; and to the Office of the US Trustee, P O Box 608, Albuquerque, NM 87103. If you are an attorney, you must electronically file your objection. If objections are timely filed, a hearing to consider them will be held on short notice to objecting parties only and on counsel listed above. If no objections are filed, an Order will be submitted to the Court granting the relief sought.**

                                            *Submitted by:*
                                            CLARKE C. COLL
                                            By: Clarke C. Coll/S/Submitted Electronically
                                            Clarke C. Coll
                                            Attorney for Chapter 7 Trustee
                                            PO Box 2288
                                            Roswell, NM 88202-2288
                                            (575) 623-2288

DATE OF MAILING:  12/15/2014
I certify that I mailed a copy of this Notice to the Debtors, the Office of the US Trustee, all creditors herein, and all counsel of record herein. A copy of the mailing list is attached to the original of this Notice on file with the Clerk of the Bankruptcy Court.

                                                          Clarke C. Coll/S/Submitted Electronically