Clarke C. Coll, Trustee
Fred D. Van Winkle Bankruptcy Estate
Case No.: 7-13-11743-j7 - Invoice #15601
December 10, 2014
Page two

| Date | Initials | Description | Rate | Time (hrs.) | Amount |
|---|---|---|---:|---:|---:|
| **Accountant** | | | | | |
| 12/3/2014 | SWJ | Review information from Trustee and email questions to him | 165.00 | 0.40 | 66.00 |
| 12/9/2014 | SWJ | begin preparation of tax returns for year ended November 30, 2014 | 165.00 | 1.00 | 165.00 |
| 12/10/2014 | SWJ | Complete preparation of 2013 returns, review and sign returns | 165.00 | 1.00 | 165.00 |
| | | Total Accountant | | 2.40 | 396.00 |
| **Bookkeeper** | | | | | - |
| 12/10/2014 | YCT | Processed 1041 for year ended Nov 30, 2014 | 65.00 | 0.70 | 45.50 |
| 12/10/2014 | MKJ | Reviewed processing and printed letter onto letterhead | 65.00 | 0.20 | 13.00 |
| | | Total Bookkeeper | | 0.90 | 58.50 |
| | | **Total Fees** | | | 454.50 |
| | | Gross Receipts Tax | | | 37.21 |
| | | **Total Billing** | | | 491.71 |