

IT IS ORDERED

Date Entered on Docket: January 7, 2015

_____
**The Honorable Robert H Jacobvitz
United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

**In Re Fred Dale Van Winkle**

**Debtor.**  No. 13-11743-j7

ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT FOR TRUSTEE

THIS MATTER having come on before this Court on the Trustee's Application to Employ Accountant filed on December 3, 2014, requesting authorization to employ Steven W. Johnson, CPA, LLC as accountant for the trustee for purposes of the above-entitled Chapter 7 case, and

The Court, having reviewed the pleadings on file, and being otherwise advised in the premises, FINDS:

1. That the Trustee filed his Application to Employ Accountant on December 3, 2014 (Doc 49).

2. That notice of said Application was mailed on December 3, 2014 to creditors and other parties in interest herein according to the certificate of mailing filed herein on December 3, 2014 (Doc 50).

3. That the deadline for filing Objections to said Application expired on December 29, 2014, including 3 days for mailing. No objections to said employment have been filed to said Application.

4. That said firm does not hold or represent any interest adverse to the estate.

5. That the employment by the Trustee of said firm is necessary and should be authorized.

6. That the terms of employment of said firm agreed to by the Trustee are that said firm will undertake representation as follows: Accountants $165/hr; bookkeeping $65/hr plus applicable tax and costs.

7. That said firm shall submit monthly billing statements to the Trustee for payment of fees and costs; and said firm shall not be entitled to receive payment from the estate prior to entry of a court order approving and authorizing such payment.

IT IS THEREFORE ORDERED that the employment of Steven W. Johnson, CPA, LLC, as accountants for Trustee on the terms and conditions set forth in the Application to Employ said firm filed herein, be and hereby is authorized in accordance with the findings set forth herein.

### END OF ORDER ###

Submitted by:
Coll Bros. Law, LLC.
 Clarke C. Coll/S/Submitted Via Order Upload
Clarke C. Coll
Attorney for Trustee
P O Box 2288
Roswell, NM 88202
(575) 623-2288

Parties entitled to Copy of this Order:
Steve W. Johnson
STEVE W. JOHNSON, CPA, LLC
119 E. Marcy, Suite 106
Santa Fe. NM 87504
(505) 988-2527