# Notice Recipients

District/Off: 1084−1          User: cwilson          Date Created: 1/7/2015
Case: 13−11743−j7            Form ID: pdfor1        Total: 3

**Recipients of Notice of Electronic Filing:**
tr          Clarke C. Coll
aty         Clarke C. Coll          clarkecoll@gmail.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
trustacc     Steven W. Johnson        119 E. Marcy St., Ste. 106        Santa Fe, NM 87504

TOTAL: 1