IT IS ORDERED

Date Entered on Docket: January 8, 2015



_____
The Honorable Robert H Jacobvitz
United States Bankruptcy Judge

_____

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

In Re: Fred D. Van Winkle

    Debtor.          No.   13-11743-j7

### ORDER AUTHORIZING FIRST AND FINAL APPLICATION FOR COMPENSATION FOR ACCOUNTANT'S FEES

  This matter came before the Court on the First and Final Application for allowance of accounting compensation for Steven W. Johnson, CPA, LLC filed herein by Clarke C. Coll, Trustee, on January 5, 2015 (DOC 53). The Court, being fully informed and advised, finds as follows:

  1.  The fee application was not noticed to creditors pursuant to *Bankruptcy Rule 2002 (a)(6)* because it was less than $1,000.00.

  2.  The U.S. Trustee's concurrence was sought and received on December 29, 2014.

  3.  The accounting fees requested are reasonable and proper and should be paid by the estate.

**IT IS THEREFORE ORDERED** that the First and Final Application for Compensation for the Accountant for the Estate is approved and Clarke C. Coll, Trustee, is authorized to pay Steven

W. Johnson CPA, LLC the amount of $454.50 for professional accounting services and

$37.21 for gross receipts taxes, for a total of $491.71 representing 100% of all charges for

services performed; and that the Trustee is authorized and directed to pay said fees and costs to

the extent that there is money available in the estate.

***END OF ORDER***

Respectfully Submitted by:
Clarke C. Coll/S/*Electronically Filed*
Clarke C. Coll, Trustee
PO Box 2288
Roswell, NM 88202
(575) 623-2288

Approved by:
Approved Via E-Mail  12/29/14 @ 2:23p.m.
Alice Nystel Page, Trial Attorney
United States Trustee
P O Box 608
Albuquerque, NM 87103
(505) 248-6544
(505) 248-6558 Fax