# Notice Recipients

District/Off: 1084–1        User: jackie        Date Created: 1/8/2015
Case: 13–11743–j7        Form ID: pdfor1        Total: 3

**Recipients of Notice of Electronic Filing:**
ust      United States Trustee      ustpregion20.aq.ecf@usdoj.gov
tr       Clarke C. Coll
aty      Clarke C. Coll      clarkecoll@gmail.com

TOTAL: 3