IT IS ORDERED

Date Entered on Docket: January 9, 2015



_____
**The Honorable Robert H Jacobvitz**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW MEXICO

In Re: Fred Dale Van Winkle,

    Debtor.                                                                            No. 13-11743-J7

### ORDER ALLOWING COMPENSATION OF ATTORNEYS
### FOR CHAPTER 7 TRUSTEE AND APPROVING FEE APPLICATION
### AND AUTHORIZING PAYMENT

THIS MATTER came before the Court on the Application for Allowance of Compensation for Attorneys for Chapter 7 Trustee and Authorizing Chapter 7 Trustee's Payment filed December 15, 2014 (DOC 51), hereinafter "Fee Application". The Court having reviewed the record and being sufficiently advised FINDS that:

1.     Clarke C. Coll and Coll Bros Law, LLC, hereinafter "Attorneys" were employed as Counsel for the Estate by Order of this Court on June 20, 2013 (DOC 14) and Attorneys affirm that all fees incurred in the Fee Application are with respect to this Bankruptcy Estate.

2. The Attorneys for the Chapter 7 Trustee have filed no previous applications seeking compensation for services in this case.

3. Notice of the Deadline for Filing Objections to Application for Allowance for Attorneys for Trustee and a 21-day objection period was mailed in accordance with the Bankruptcy Code and Rules on December 15, 2014, to the parties on the official mailing list in this case issued by the Clerk of the Court, and was sufficient. (DOC 52)

4. The deadline for filing objections, including three days for mailing, expired on January 8, 2015 and no objections to the Application for Allowance for Attorneys for Trustee were timely filed.

5. The Application for Allowance and Payment of Compensation and Reimbursement of Expenses and Costs complies with Bankruptcy Code §§ 328 and 330 and Bankruptcy Rule 2016.

6. To the extent compensation is allowed by this Order, the compensation sought is reasonable and for actual and necessary services that benefits the estate.

It is therefore ORDERED that Applicant is hereby allowed compensation for all services rendered by Attorneys during the Application Period. Clarke C. Coll (Coll Bros Law, LLC) is allowed the sum of $1,882.24 for the period of June 18, 2013 to December 15, 2014. The total amount of $1,882.24 represents 100% of all charges for services performed during the Application Period and payment is authorized from funds of the estate as compensation.

###END OF ORDER###

Respectfully submitted,
Clarke C. Coll/S/Submitted Via order upload
Clarke C. Coll
Attorney for Chapter 7 Trustee
P O Box 2288
Roswell, NM 88202
(575) 623-2288

Copy To:
U S Trustee
P O Box 608
Albuquerque, NM 87103