# Notice Recipients

District/Off: 1084–1  User: ppaz  Date Created: 1/9/2015
Case: 13–11743–j7  Form ID: pdfor1  Total: 3

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     ustpregion20.aq.ecf@usdoj.gov
tr     Clarke C. Coll
aty     Clarke C. Coll     clarkecoll@gmail.com

TOTAL: 3