```
                        United States Bankruptcy Court
                            District of New Mexico
In re:                                                      Case No. 13-11743-j
Fred Dale Van Winkle                                        Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 1084-1          User: cwilson            Page 1 of 1           Date Rcvd: Jan 07, 2015
                              Form ID: pdfor1          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 09, 2015.
trustacc        #+Steven W. Johnson,    119 E. Marcy St., Ste. 106,    Santa Fe, NM 87501-2092

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2015                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 7, 2015 at the address(es) listed below:
              Clarke  C. Coll    ,   nm14@ecfcbis.com
              Clarke  C. Coll    on behalf of Trustee Clarke C. Coll clarkecoll@gmail.com,   nm14@ecfcbis.com
              R Trey Arvizu, III    on behalf of Debtor Fred Dale Van Winkle trey@arvizulaw.com,
               polly@arvizulaw.com;eva@arvizulaw.com;office@arvizulaw.com;laptop@arvizulaw.com
              United States Trustee    ustpregion20.aq.ecf@usdoj.gov
              W. T.  Martin Jr.    on behalf of Creditor   Belleview Land Co., Inc. martinlaw@zianet.com
                                                                                               TOTAL: 5



**IT IS ORDERED**

**Date Entered on Docket: January 7, 2015**

_____
**The Honorable Robert H Jacobvitz**
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

**In Re Fred Dale Van Winkle**

**Debtor.**  No.  13-11743-j7

ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT FOR TRUSTEE

THIS MATTER having come on before this Court on the Trustee's Application to Employ Accountant filed on December 3, 2014, requesting authorization to employ Steven W. Johnson, CPA, LLC as accountant for the trustee for purposes of the above-entitled Chapter 7 case, and

The Court, having reviewed the pleadings on file, and being otherwise advised in the premises, FINDS:

1.  That the Trustee filed his Application to Employ Accountant on December 3, 2014 (Doc 49).

2. That notice of said Application was mailed on December 3, 2014 to creditors and other parties in interest herein according to the certificate of mailing filed herein on December 3, 2014 (Doc 50).

3. That the deadline for filing Objections to said Application expired on December 29, 2014, including 3 days for mailing.  No objections to said employment have been filed to said Application.

4. That said firm does not hold or represent any interest adverse to the estate.

5. That the employment by the Trustee of said firm is necessary and should be authorized.

6. That the terms of employment of said firm agreed to by the Trustee are that said firm will undertake representation as follows: Accountants $165/hr; bookkeeping $65/hr plus applicable tax and costs.

7. That said firm shall submit monthly billing statements to the Trustee for payment of fees and costs; and said firm shall not be entitled to receive payment from the estate prior to entry of a court order approving and authorizing such payment.

IT IS THEREFORE ORDERED that the employment of Steven W. Johnson, CPA, LLC, as accountants for Trustee on the terms and conditions set forth in the Application to Employ said firm filed herein, be and hereby is authorized in accordance with the findings set forth herein.

### END OF ORDER ###

Submitted by:
Coll Bros. Law, LLC.
<u>Clarke C. Coll/S/Submitted Via Order Upload</u>
Clarke C. Coll
Attorney for Trustee
P O Box 2288
Roswell, NM 88202
(575) 623-2288

<u>Parties entitled to Copy of this Order:</u>
Steve W. Johnson
STEVE W. JOHNSON, CPA, LLC
119 E. Marcy, Suite 106
Santa Fe. NM 87504
(505) 988-2527