IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

**FRED DALE VAN WINKLE,**

    Debtor.                                 No. 13-11743-j7

## WITHDRAWAL BY BRIAN VAN WINKLE OF PROOF OF CLAIM #5

COMES NOW Brian Van Winkle and files this Withdrawal of his Proof of Claim #5 filed on September 20, 2013.

                                              Electronically filed 1.21.15
                                              R. "Trey" Arvizu, III
                                              Attorney for Debtor
                                              PO Box 1479
                                              Las Cruces NM 88004-1479
                                              (575) 527-8600
                                              (575)527-1199 fax
                                              trey@arvizulaw.com

I CERTIFY that the foregoing was electronically filed with the Court via the CM/ECF system. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on this 21st day of January, 2015.

Electronically submitted
R. "Trey" Arvizu, III