# Notice Recipients

District/Off: 1084–1     User: cwilson     Date Created: 1/27/2015
Case: 13–11743–j7     Form ID: pdfor1     Total: 2

**Recipients of Notice of Electronic Filing:**
aty     R Trey Arvizu, III     trey@arvizulaw.com
aty     W. T. Martin Jr.     martinlaw@zianet.com

TOTAL: 2