| | | |
|---|---|---|
| Label Matrix for local noticing<br>1084-1<br>Case 13-11743-j7<br>New Mexico<br>Albuquerque<br>Fri Mar 13 12:41:03 MDT 2015 | Belleview Land Co., Inc.<br>P.O. Box 2168<br>Carlsbad, NM 88221-2168 | United States Bankruptcy Court<br>500 Gold Avenue SW, 10th Floor<br>PO Box 546<br>Albuquerque, NM 87103-0546 |
| Amex<br>P.O. Box 981537<br>El Paso, TX 79998-1537 | Bank Of America<br>Po Box 17054<br>Wilmington, DE 19850-7054 | Brian Van Winkle<br>P.O. Box 141<br>La Luz, NM 88337-0141 |
| CANDICA, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | First National Bank<br>414 Tenth Street<br>Alamogordo, NM 88310-6764 |
| First National Bank of Ruidoso<br>Attn Officer/Managing or General Agent<br>451 Sudderth<br>Ruidoso, NM 88345-6009 | John and Ellen B. Williams dba Belleview<br>Valley Land Co. c/o W. T Martin, Jr.<br>PO Box 2168<br>Carlsbad, NM 88221-2168 | NM Taxation & Revenue Department<br>PO Box 8575<br>Albuquerque, NM 87198-8575 |
| Richard Hawthorne, Esq.<br>1221 Mechem Dr. #2<br>Ruidoso, NM 88345-7224 | Roger E. Yarbro, Esq.<br>PO Box 480<br>Cloudcroft, NM 88317-0480 | United States Trustee<br>PO Box 608<br>Albuquerque, NM 87103-0608 |
| Wfnnb/Bealls<br>Po Box 2974<br>Mission, KS 66201-1374 | Yarbro & Associates, P.A.<br>P.O. Box 480<br>Cloudcroft, NM 88317-0480 | Clarke  C. Coll<br>PO Box 2288<br>Roswell, NM 88202-2288 |
| Fred Dale Van Winkle<br>PO Box 1691<br>Ruidoso, NM 88355-1691 | R Trey Arvizu III<br>PO Box 1479<br>Las Cruces, NM 88004-1479 | Steven W. Johnson<br>119 E. Marcy St., Ste. 106<br>Santa Fe, NM 87501-2092 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Cap One
Po Box 85520
Richmond, VA 23285

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Brian Van Winkle
PO Box 141
La Luz, NM 88337-0141

End of Label Matrix
Mailable recipients    20
Bypassed recipients     1
Total                  21