UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

**FRED DALE VAN WINKLE**
    Debtor.                                           No. 7-13-11743-JR

## NOTICE OF AMENDMENT WITH
## SPECIFICATION OF INFORMATION AMENDED

      On March 18, 2015, I filed amended schedule B. The following specifies the information amended as required by NM LBR 1009-1(b).

*For amendment to Schedule B-Personal Property, please use this format:*

| Type of Property (insert category type from Official Form B 6B) | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Brief explanation of reason for amendment |
|---|---|---|---|---|
| 19. Equitable or Future Interests, Life Estates, etc. | Right of Redemption resulting from foreclosure of properties in Otero County post-petition | | Unknown | Post-petition asset |
| | | | | |

      In accordance with Fed. R. Bankr. P. 9036, NM LBR 9036-1(b) and Fed. R. Civ. P. 5(b)(3), I certify that service of this document was made the day this document was filed, via the notice transmission facilities of the Bankruptcy Court's case management and electronic filing system on persons/entities listed on the notice of electronic filing associated with this document. I further certify that the persons/entities listed on the notice of electronic filing as not having received the notice electronically were served via first class mail postage prepaid the day this document was filed.

                                      Electronically Submitted /s/
                                      R. "Trey" Arvizu, III
                                      Attorney for Debtor
                                      PO Box 1479
                                      Las Cruces NM  88004-1479
                                      (575) 527-8600
                                      Fax:  (575) 527-1199

Electronically submitted
R. "Trey" Arvizu, III

SUBSTANTIAL CONFORMANCE TO THIS FORM IS REQUIRED BY NM LBR 1009-1

                                                                                     NM LF 16
                                                                                     Page 1of 1