UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

    FRED DALE VAN WINKLE,
    Debtor.                                                     Case No. 13-11743-j7

**NOTICE OF DEADLINE FOR FILING OBJECTIONS TO DEBTOR'S
MOTION TO COMPEL ABANDONMENT OF ASSETS PURSUANT TO 11 U.S.C. §554**

    PLEASE TAKE NOTICE that on March 20, 2015, Fred Dale Van Winkle, through his attorney R. "Trey" Arvizu, III, filed a Motion to Compel Trustee's Abandonment of Assets Pursuant to 11 U.S.C. §554 ("Motion"). A copy of the Motion is enclosed herewith.

    IF YOU OBJECT TO THIS MOTION, you must file an objection with the Clerk of the United States Bankruptcy Court, Dennis Chavez Federal Building and United States Courthouse, Tenth Floor, 500 Gold Avenue SW, PO Box 546, Albuquerque, NM 87103-0546 within 21 days of the date of mailing of this Notice plus 3 days mailing. If you are an attorney, you must electronically file your objection. You must provide a copy of your objection to R. "Trey" Arvizu, III, PO Box 1479, Las Cruces, NM 88004-1479.

    The document can be viewed for a per page fee via the PACER (Public Access to Electronic Court Records) system. Log on to PACER at ecf.nmb.uscourt.gov/cgi-bin/login.pl. For registration and use instruction, see pacer.psc.uscourts.gov/index.html.

    If objections are timely filed, a preliminary hearing to consider them will be held on April 15, 2015 at 10:00 a.m. before Judge Jacobvitz. If no objections are timely filed, the Court may consider entry of an order granting the motion.

                                                                  s/Electronically filed
                                                                   R. "Trey" Arvizu, III.
                                                                   Attorney for Debtor
                                                                   PO Box 1479
                                                                   Las Cruces, NM 88004
                                                                   Tel: (575) 527-8600
                                                                   Fax: (575) 527-1199
                                                                   trey@arvizulaw.com

Certificate of Service as attached to original filed with the USBC.

1

Arvizulaw.com Ltd.
R. Trey Arvizu III
P.O. Box 1479
Las Cruces, NM  88004

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN RE:  Fred Dale Van Winkle | CASE NO: 13-11743 |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 7 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: April 15 2015 |
| | Hearing Time: 10 a.m. |
| | Response Date: April 13 2015 |

On 3/20/2015, I did cause a copy of the following documents, described below,

Notice of Deadline for Filing Objections to Debtor's Motion to Compel Abandonment of Assets Pursuant to 11 U.S.C. Section 554,

Motion to Compel Abandonment of Assets Pursuant to 11 U.S.C. Section 554

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 3/20/2015

/s/ R. Trey Arvizu III
R. Trey Arvizu III  6959
Arvizulaw.com Ltd.
P.O. Box 1479
Las Cruces, NM  88004
575 527 8600
trey@arvizulaw.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN RE: Fred Dale Van Winkle | CASE NO: 13-11743 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 7 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: April 15 2015 |
| | Hearing Time: 10 a.m. |
| | Response Date: April 13 2015 |

On 3/20/2015, a copy of the following documents, described below,

Notice of Deadline for Filing Objections to Debtor's Motion to Compel Abandonment of Assets Pursuant to 11 U.S.C. Section 554,

Motion to Compel Abandonment of Assets Pursuant to 11 U.S.C. Section 554

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/20/2015

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Arvizulaw.com Ltd.
R. Trey Arvizu III
P.O. Box 1479
Las Cruces, NM  88004

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

LABEL MATRIX FOR LOCAL NOTICING
1084-1
CASE 13-11743-J7
NEW MEXICO
ALBUQUERQUE
FRI MAR 20 09-31-21 MDT 2015

BELLEVIEW LAND CO. INC.
P.O. BOX 2168
CARLSBAD NM 88221-2168

*EXCLUDE*

~~UNITED STATES BANKRUPTCY COURT~~
~~500 GOLD AVENUE SW 10TH FLOOR~~
~~PO BOX 546~~
~~ALBUQUERQUE NM 87103-0546~~

AMEX
P.O. BOX 981537
EL PASO TX 79998-1537

BANK OF AMERICA
PO BOX 17054
WILMINGTON DE 19850-7054

BRIAN VAN WINKLE
P.O. BOX 141
LA LUZ NM 88337-0141

CANDICA LLC
C O WEINSTEIN AND RILEY PS
2001 WESTERN AVENUE STE 400
SEATTLE WA 98121-3132

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

FIRST NATIONAL BANK
414 TENTH STREET
ALAMOGORDO NM 88310-6764

FIRST NATIONAL BANK OF RUIDOSO
ATTN OFFICERMANAGING OR GENERAL AGENT
451 SUDDERTH
RUIDOSO NM 88345-6009

JOHN AND ELLEN B. WILLIAMS DBA
BELLEVIEW
VALLEY LAND CO. CO W. T MARTIN JR.
PO BOX 2168
CARLSBAD NM 88221-2168

NM TAXATION & REVENUE DEPARTMENT
PO BOX 8575
ALBUQUERQUE NM 87198-8575

RICHARD HAWTHORNE ESQ.
1221 MECHEM DR. #2
RUIDOSO NM 88345-7224

ROGER E. YARBRO ESQ.
PO BOX 480
CLOUDCROFT NM 88317-0480

UNITED STATES TRUSTEE
PO BOX 608
ALBUQUERQUE NM 87103-0608

WFNNBBEALLS
PO BOX 2974
MISSION KS 66201-1374

YARBRO & ASSOCIATES P.A.
P.O. BOX 480
CLOUDCROFT NM 88317-0480

CLARKE C. COLL
PO BOX 2288
ROSWELL NM 88202-2288

*DEBTOR*

FRED DALE VAN WINKLE
PO BOX 1691
RUIDOSO NM 88355-1691

R TREY ARVIZU III
PO BOX 1479
LAS CRUCES NM 88004-1479

STEVEN W. JOHNSON
119 E. MARCY ST. STE. 106
SANTA FE NM 87501-2092