UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

FRED DALE VAN WINKLE,
Debtor.                                             Case No. 13-11743-j7

**NOTICE OF DEADLINE FOR FILING OBJECTIONS TO DEBTOR'S
MOTION TO COMPEL ABANDONMENT OF ASSETS PURSUANT TO 11 U.S.C. §554**

PLEASE TAKE NOTICE that on March 20, 2015, Fred Dale Van Winkle, through his attorney R. "Trey" Arvizu, III, filed a Motion to Compel Trustee's Abandonment of Assets Pursuant to 11 U.S.C. §554 ("Motion"). A copy of the Motion is enclosed herewith.

IF YOU OBJECT TO THIS MOTION, you must file an objection with the Clerk of the United States Bankruptcy Court, Dennis Chavez Federal Building and United States Courthouse, Tenth Floor, 500 Gold Avenue SW, PO Box 546, Albuquerque, NM 87103-0546 within 21 days of the date of mailing of this Notice plus 3 days mailing. If you are an attorney, you must electronically file your objection. You must provide a copy of your objection to R. "Trey" Arvizu, III, PO Box 1479, Las Cruces, NM 88004-1479.

The document can be viewed for a per page fee via the PACER (Public Access to Electronic Court Records) system. Log on to PACER at ecf.nmb.uscourt.gov/cgi-bin/login.pl. For registration and use instruction, see pacer.psc.uscourts.gov/index.html.

If objections are timely filed, a preliminary hearing to consider them will be held on April 15, 2015 at 10:00 a.m. before Judge Jacobvitz. If no objections are timely filed, the Court may consider entry of an order granting the motion.

                                               s/Electronically filed
                                               R. "Trey" Arvizu, III.
                                               Attorney for Debtor
                                               PO Box 1479
                                               Las Cruces, NM 88004
                                               Tel: (575) 527-8600
                                               Fax: (575) 527-1199
                                               trey@arvizulaw.com

Certificate of Service as attached to original filed with the USBC.