IT IS ORDERED

Date Entered on Docket: April 15, 2015

*Robert H. Jacobvitz*
_____
**The Honorable Robert H Jacobvitz**
**United States Bankruptcy Judge**

___

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW MEXICO**

In re:

FRED DALE VAN WINKLE,

    Debtor.                                          No. 13-11743-j7

**ORDER GRANTING MOTION TO COMPEL ABANDONMENT OF PROPERTY**

This matter came before the Court on the Debtor's Motion to Compel Trustee's Abandonment of Assets Pursuant to 11 U.S.C. §554 filed on March 20, 2015 as docket entry #64 (the "Motion"). Having considered the Motion and the record, and the requirements set forth in the Bankruptcy Code and Bankruptcy Rules, and being sufficiently advised;

The Court FINDS: (a) that on March 20, 2015, Debtor filed the Motion; (b) on March 20, 2015, notice of the objection period (docket #65) along with the Motion was served ("Notice") on all creditors and other parties in interest as shown on the mailing list provided to the Court by the Debtor, specifying that objections were to be filed no later than twenty-one days (plus three days mailing) from the date of mailing of the Notice; (c)

1

the Notice was appropriate in the particular circumstances; (d) the objection deadline of April 13, 2015 has expired and no objections to the Motion were filed; (e) the Motion is well taken and should be granted.

THE COURT THEREFORE ORDERS, pursuant to 11 U.S.C. §554(b), that the Motion is granted and that the Court will enter an Order Abandoning Assets pursuant to the terms of the Motion. Said Order will be prepared by Debtor's counsel and uploaded to the Court.

Respectfully Submitted,

*S/electronically Submitted 4.14.15*
R. "Trey" Arvizu, III
Attorney for Debtor
P.O. Box 1479
Las Cruces, NM 88004
(575)527-8600
(575)527-1199 (fax)
trey@arvizulaw.com

Copy to:

Clarke Coll
P.O. Box 2288
Roswell, NM 88202-2288