# Notice Recipients

District/Off: 1084–1  User: cwilson  Date Created: 4/15/2015
Case: 13–11743–j7  Form ID: pdfor1  Total: 3

**Recipients of Notice of Electronic Filing:**
tr  Clarke C. Coll
aty  Clarke C. Coll  clarkecoll@gmail.com
aty  R Trey Arvizu, III  trey@arvizulaw.com

TOTAL: 3