IT IS ORDERED

Date Entered on Docket: April 15, 2015

_____
**The Honorable Robert H Jacobvitz
United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

FRED DALE VAN WINKLE,

    Debtor.                              No. 13-11743-j7

**ORDER ABANDONING ASSETS PURSUANT TO 11 U.S.C. §554**

This matter came before the Court on the Debtor's Motion to Compel Trustee's Abandonment of Assets Pursuant to 11 U.S.C. §554 filed March 20, 2015 as docket entry #64 (the "Motion"). An Order Granting the Debtors' Motion was submitted and entered by the Court contemporaneously herein. The Court being fully advised hereby:

ORDERS ADJUDGES AND DECREES that the Debtor's assets described as his personal residence located at 702 White Mountain, #11, Ruidoso, New Mexico and his right of redemption regarding property that was foreclosed post-petition in Otero County described in amended schedules filed on March 18, 2015 as docket entry #62 are hereby deemed abandoned and removed from the Debtor's bankruptcy estate.

**END OF ORDER**

1

Respectfully Submitted,

<u>*Via electronically 4.14.15*</u>
R. "Trey" Arvizu, III
Attorney for Debtor
P.O. Box 1479
Las Cruces, NM  88004
(575)527-8600
(575)527-1199 (fax)
trey@arvizulaw.com