# Notice Recipients

District/Off: 1084–1 | User: cwilson | Date Created: 4/15/2015
Case: 13–11743–j7 | Form ID: pdfor1 | Total: 1

**Recipients of Notice of Electronic Filing:**
aty     R Trey Arvizu, III     trey@arvizulaw.com

TOTAL: 1