IT IS ORDERED

Date Entered on Docket: April 16, 2015

*Robert H. Jacobvitz* (signature)
_____
**The Honorable Robert H Jacobvitz**
**United States Bankruptcy Judge**



_____

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

**In Re: Fred Dale Van Winkle,**

        **Debtor.**                                                         No. 13-11743-j7

### ORDER APPROVING TRUSTEE'S FINAL REPORT, COURT COSTS, AND TRUSTEE'S COMMISSION AND EXPENSES

      The Trustee of the above-captioned matter has filed a Final Report on March 13, 2015 (DOC 60) in which the Trustee has applied for compensation and expenses in the sum of $2,551.80 and $318.37 respectively (of which $181.82 is for gross receipts tax). The Final Report also proposes payment of Court Costs in the sum of $-0-. The foregoing expenses having been incurred in this proceeding as listed herein, the final report having been noticed to creditors on March 13, 2015 (DOC 61) and no objections having been timely filed thereto, compliance having been made with Bankruptcy Rule 2002(a)(7) and the Court being otherwise fully advised in the premises,

IT IS ORDERED that the Trustee's Final Report is Approved and the Fees and Expenses requested in the Final Report are approved and may be disbursed by the Trustee.

IT IS FURTHER ORDERED that the Trustee shall pay the Court costs set forth above.

IT IS FURTHER ORDERED that any unclaimed funds be paid into the registry of the Bankruptcy Court pursuant to 11 USC Section 347(a) and Bankruptcy Rule 3011.

###END OF ORDER###

Submitted by:

 Clarke C. Coll/S/Submitted Via Order Upload
Clarke C. Coll
Chapter 7 Trustee
P O Box 2288
Roswell, NM 88202
(575) 623-2288

Approved by:

 Alice Nystel Page/S/Approved via email 4/9/2015
Alice Nystel Page
Trial Attorney
Office of the US Trustee
P O Box 508
Albuquerque, NM 87103
(505) 248-6550
(505) 248-6558 Fax