# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1084–1 | User: colling | Date Created: 4/16/2015 |
| Case: 13–11743–j7 | Form ID: pdfor1 | Total: 3 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Clarke C. Coll | |
| aty | Alice Nystel Page | Alice.N.Page@usdoj.gov |
| aty | Clarke C. Coll | clarkecoll@gmail.com |

TOTAL: 3