**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW MEXICO**

| In re: WINKLE, FRED VAN | § | Case No. 13-11743 |
|---|---|---|
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Clarke C. Coll, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $668,306.82
*(without deducting any secured claims)*

Assets Exempt: $70,400.00

Total Distribution to Claimants: $12,719.98

Claims Discharged Without Payment: $44,277.97

Total Expenses of Administration: $5,298.02

3) Total gross receipts of $ 18,018.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $18,018.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $13,860.09 | $13,860.09 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,298.02 | 5,298.02 | 5,298.02 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 56,997.95 | 56,997.95 | 12,719.98 |
| **TOTAL DISBURSEMENTS** | $0.00 | $76,156.06 | $76,156.06 | $18,018.00 |

4) This case was originally filed under Chapter 7 on May 21, 2013. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/12/2015 By: /s/Clarke C. Coll

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1/2 interest 311.3 acres of farmland (292.9 acre | 1110-000 | 12,500.00 |
| CRP payments received post-petition | 1221-000 | 5,518.00 |
| **TOTAL GROSS RECEIPTS** | | $18,018.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

### EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -1 | First National Bank | 4110-000 | N/A | 13,860.09 | 13,860.09 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $13,860.09 | $13,860.09 | $0.00 |

### EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Clarke C. Coll | 2100-000 | N/A | 2,551.80 | 2,551.80 | 2,551.80 |
| Clarke C. Coll | 2200-000 | N/A | 318.37 | 318.37 | 318.37 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 16.16 | 16.16 | 16.16 |

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 27.74 | 27.74 | 27.74 |
| Steve W. Johnson, CPA, LLC | 3410-000 | N/A | 454.50 | 454.50 | 454.50 |
| Steve W. Johnson, CPA, LLC | 3420-000 | N/A | 37.21 | 37.21 | 37.21 |
| Coll Bros. Law , LLC | 3110-000 | N/A | 1,720.00 | 1,720.00 | 1,720.00 |
| Coll Bros. Law , LLC | 3120-000 | N/A | 162.24 | 162.24 | 162.24 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,298.02 | $5,298.02 | $5,298.02 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | None | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 -2 | Richard Hawthorne, Esq. | 7100-000 | N/A | 19,757.78 | 19,757.78 | 4,409.26 |
| 3 -1 | Yarbro & Associates, P.A. | 7100-000 | N/A | 27,751.23 | 27,751.23 | 6,193.12 |
| 4 -1 | CANDICA, LLC | 7100-000 | N/A | 9,488.94 | 9,488.94 | 2,117.60 |
| 5 -1 | Brian Van Winkle (Withdrawn) | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $56,997.95 | $56,997.95 | $12,719.98 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-11743 **Trustee:** (510150) Clarke C. Coll
**Case Name:** WINKLE, FRED VAN **Filed (f) or Converted (c):** 05/21/13 (f)
**§341(a) Meeting Date:** 06/18/13
**Period Ending:** 06/12/15 **Claims Bar Date:** 09/21/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/ Unscheduled Values | 3<br>Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Abandoned OA=§554(a) | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Condominium - value based on current listing pri (See Footnote) | 119,000.00 | 0.00 | | 0.00 | FA |
| 2 | 7.1060 acres of land on a permanent foundation a (See Footnote) | 300,000.00 | 14,670.77 | | 0.00 | FA |
| 3 | 1/2 interest 311.3 acres of farmland (292.9 acre (See Footnote) | 23,347.50 | 23,347.50 | | 12,500.00 | FA |
| 4 | 30 acres of grazing land/horse property with two (See Footnote) | 230,000.00 | 200,000.00 | | 0.00 | FA |
| 5 | Oil and Gas Lease (receives $146.47 annually) -, (See Footnote) | 500.00 | 500.00 | | 0.00 | FA |
| 6 | Checking account First National Bank of Ruidoso | 268.45 | 0.00 | | 0.00 | FA |
| 7 | Furniture, appliances and electronics | 3,000.00 | 0.00 | | 0.00 | FA |
| 8 | Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Watch and misc. jewelry | 2,500.00 | 0.00 | | 0.00 | FA |
| 10 | Potential legal malpractice suit against Attorne (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 11 | Claim of 1/3 of $26,176.89. Corporate unclaimed (See Footnote) | 8,638.37 | 8,638.37 | | 0.00 | FA |
| 12 | 2012 Honda CVR - titled in debtor's name and Eli | 0.00 | 0.00 | | 0.00 | FA |
| 13 | 2002 Ford Expedition | 3,900.00 | 0.00 | | 0.00 | FA |
| 14 | CRP payments received post-petition (u)<br>Debtor was receiving CRP payments from County FSA program and the Trustee demanded turnover of the post-petition payments. The Personal Representative of debtor's estate turned over the payments received to Trustee upon demand. | 0.00 | 5,000.00 | | 5,518.00 | FA |
| **14** | **Assets Totals** (Excluding unknown values) | **$691,654.32** | **$252,156.64** | | **$18,018.00** | **$0.00** |

RE PROP# 1 Trustee has examined the record and cannot avoid the judgment lien. Judgment lien attaches to property 1,2 & 4. No equity available for estate.

RE PROP# 2 Judgment lien attaches to property 1,2 & 4

RE PROP# 3 This is an undivided interest in Farmland that is currently in CRP. Dry land farm -311.2 acres-value approx $150 per acre. Debtors max value approximately $23340. Trustee received offer

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-11743
**Case Name:** WINKLE, FRED VAN

**Period Ending:** 06/12/15

**Trustee:** (510150) Clarke C. Coll
**Filed (f) or Converted (c):** 05/21/13 (f)
**§341(a) Meeting Date:** 06/18/13
**Claims Bar Date:** 09/21/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|

from Debtor's Daughter to purchase "as is, where is" with no warranty of title. Trustee will accept offer subject to court approval to sell since the estate will have no costs associated with sale.

RE PROP# 4 Judgment lien attaches to property 1,2 & 4

RE PROP# 5 Trustee sent information to O & G broker and Landman and was advised that the interest is small and has little value. Cost associated with transfer would exceed benefit to estate

RE PROP# 10 Trustee beleives claim has no value

RE PROP# 11 Trustee investigated claimed asset and upon review and examination, the asset is unlikely to ever materialize. Trustee will abandon.

---

**Major Activities Affecting Case Closing:**

Trustee pursuing offer from Debtor family member for certain assets and evaluating estate value of other non-exempt property

December 2014-Trustee collected and liquidated all assets and hire accountant to prepare estate tax return and upon filing returns, Trustee will pursue TFR.
9/19/2014 Trustee filed Motion to sell. Trustee pursuing sale of RE to daughter; Trustee received info from O & G broker on mineral interest to review. February 2014, Trustee received offer from relative from debtor on farm property and trustee evaluating offer; Trustee evaluating property values to determine best course to achieve value to estate
April 30, 2015, Trustee waiting on final checks to clear and then will proceed with TDR

**Initial Projected Date Of Final Report (TFR):** December 1, 2014 **Current Projected Date Of Final Report (TFR):** January 27, 2015 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 13-11743
**Case Name:** WINKLE, FRED VAN

**Taxpayer ID #:** **-***0682
**Period Ending:** 06/12/15

**Trustee:** Clarke C. Coll (510150)
**Bank Name:** Rabobank, N.A.
**Account:** ******3366 - Checking Account
**Blanket Bond:** $1,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 10/16/14 | {3} | Tammy Sprague | Per Order 10/15/2014 DOC 44 purchase of real property interest | | 1110-000 | 12,500.00 | | 12,500.00 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 12,490.00 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 16.16 | 12,473.84 |
| 12/01/14 | {14} | Tammy L. Sprague | Turnover of CRP payments received post-petition on Farm property before sell | | 1221-000 | 5,518.00 | | 17,991.84 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 27.74 | 17,964.10 |
| 01/09/15 | 101 | Steve W. Johnson, CPA, LLC | Accountant Fees and Costs Per Order 1/8/2015 DOC 55 | | | | 491.71 | 17,472.39 |
| | | | Fees approved per Order 1/8/2015 DOC 55 | 454.50 | 3410-000 | | | 17,472.39 |
| | | | Costs/GRT approved per Order 1/8/2015 DOC 55 | 37.21 | 3420-000 | | | 17,472.39 |
| 01/11/15 | 102 | Coll Bros. Law , LLC | Approved Fees and Cost per Order 1/9//2015 DOC 56 | | | | 1,882.24 | 15,590.15 |
| | | | Approved Fees | 1,720.00 | 3110-000 | | | 15,590.15 |
| | | | Approved costs and GRT | 162.24 | 3120-000 | | | 15,590.15 |
| 04/19/15 | 103 | Richard Hawthorne, Esq. | Dividend Paid Pursuant to Order Approving Trustee's Final Report, Court Costs, and Trustee's Commision and Expenses Entered by the Court on 4/16/2015 DOC 69. | | 7100-000 | | 4,409.26 | 11,180.89 |
| 04/19/15 | 104 | Yarbro & Associates, P.A. | Dividend Paid Pursuant to Order Approving Trustee's Final Report, Court Costs, and Trustee's Commision and Expenses Entered by the Court on 4/16/2015 DOC 69. | | 7100-000 | | 6,193.12 | 4,987.77 |
| 04/19/15 | 105 | CANDICA, LLC | Dividend Paid Pursuant to Order Approving Trustee's Final Report, Court Costs, and Trustee's Commision and Expenses Entered by the Court on 4/16/2015 DOC 69. | | 7100-000 | | 2,117.60 | 2,870.17 |
| 04/19/15 | 106 | Clarke C. Coll | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | | 2,870.17 | 0.00 |
| | | | Dividend paid 100.00% on $2,551.80; Claim# ; Filed: $2,551.80 | 2,551.80 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $318.37; Claim# ; Filed: $318.37 | 318.37 | 2200-000 | | | 0.00 |
| | | | Subtotals : | | | $18,018.00 | $18,018.00 | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 13-11743
**Case Name:** WINKLE, FRED VAN

**Taxpayer ID #:** **-***0682
**Period Ending:** 06/12/15

**Trustee:** Clarke C. Coll (510150)
**Bank Name:** Rabobank, N.A.
**Account:** ******3366 - Checking Account
**Blanket Bond:** $1,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **18,018.00** | **18,018.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **18,018.00** | **18,018.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$18,018.00** | **$18,018.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******3366** | **18,018.00** | **18,018.00** | **0.00** |
| | **$18,018.00** | **$18,018.00** | **$0.00** |