Dennis Chavez Federal Building and United States Courthouse
500 Gold Avenue SW, 10th Floor
PO Box 546
Albuquerque, NM 87103−0546
505−348−2500/866−291−6805
www.nmb.uscourts.gov

Case No.:   13−11743−j7
Chapter:  7
Judge:  Robert H. Jacobvitz
Judge/341 Location:  JR

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

**In re Debtor(s):**

Fred Dale Van Winkle
PO Box 1691
Ruidoso, NM 88355
SSN/ITIN(if any):  xxx−xx−9361

## FINAL DECREE

The estate of the debtor(s) having been fully administered,

IT IS ORDERED that Clarke C. Coll is discharged as trustee of the estate, the bond is cancelled, and this chapter 7 case is closed.

 

 

Robert H. Jacobvitz
United States Bankruptcy Judge

nm_finaldecree.jsp