# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1084–1 | User: colling | Date Created: 6/25/2015 |
| Case: 13–11743–j7 | Form ID: fnldecre | Total: 2 |

**Recipients of Notice of Electronic Filing:**
tr        Clarke C. Coll
aty       Clarke C. Coll      clarkecoll@gmail.com

TOTAL: 2