UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

**FRED DALE VAN WINKLE,**

    Debtor.                                             Case No. 13-11743-t7

## DEBTOR'S MOTION TO REOPEN CASE
## PURSUANT TO 11 U.S.C. SECTION 350(b)

COMES NOW, Tammy Sprague as personal representative of the Estate of Fred Dale Van Winkle, Debtor, by and through his attorney of record, R. "Trey" Arvizu, III and files this Motion to Re-open his chapter 7 bankruptcy based on the following:

1. Tammy Sprague, as personal representative for the Debtor, filed Adversary Case No. 15-1047-t based on Contempt of Court for violating this Court's orders in this matter.

2. The Court has determined that this matter needs to be reopened. See Docket #27, Adversary No. 15-1047-t.

WHEREFORE, Debtor respectfully requests that the case be reopened for the specific purpose as set forth above.

                                              Respectfully submitted,
                                              Arvizulaw.com, Ltd.


                                              <u>Electronically filed</u>
                                              R. "Trey" Arvizu, III
                                              Attorney for Debtor
                                              PO Box 1479
                                              Las Cruces NM 88004-1479
                                              (575) 527-8600
                                              (575) 527-1199 fax
                                              trey@arvizulaw.com

1

## CERTIFICATE OF SERVICE

I CERTIFY that the foregoing was electronically filed with the Court via the CM/ECF system. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on this 20th day of January 2016.

- Jennie Behles    filings@jdbehles.com, tammir@jdbehles.com;lawfirm@jdbehles.com

- Clarke C. Coll   , nm14@ecfcbis.com

- Clarke C. Coll    clarkecoll@gmail.com, nm14@ecfcbis.com

- W. T. Martin Jr.    martinlaw@zianet.com

- Alice Nystel Page    Alice.N.Page@usdoj.gov

- United States Trustee    ustpregion20.aq.ecf@usdoj.gov

Electronically filed
R. "Trey" Arvizu, III