UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re: FRED DALE VAN WINKLE,           Case No. 7-13-11743 JR

Debtor.

## ORDER REOPENING CASE

Tammy Sprague as personal representative of the Estate of Fred Dale Van Winkle, Debtor, filed a motion to reopen this bankruptcy case ("Motion") and has filed a complaint initiating Adversary Proceeding No. 15-1047t, alleging violations of the Court's orders entered in this bankruptcy case. *See* Docket No. 73 and Adversary Proceeding No. 15-1047t. The Court has determined that the bankruptcy case should be reopened so that the Court may adjudicate the claims raised in the pending adversary proceeding. *See* Adversary Proceeding No. 15-1047t – Docket No. 28.

IT IS ORDERED that the Motion is GRANTED.

ORDERED FURTHER, that this bankruptcy case is hereby reopened for the sole purpose of adjudicating Adversary Proceeding No. 15-1047t.

ORDERED FINALLY, that the appointment of a trustee is not necessary because there are no assets in this bankruptcy case to be administered, nor are there other services that could be rendered by a trustee in this bankruptcy case.

_____
Hon. David T. Thuma
United States Bankruptcy Judge

Entered: January 27, 2016

Copy to:

R. Trey Arvizu, III
PO Box 1479
Las Cruces, NM 88004-1479