# Notice Recipients

District/Off: 1084–1     User: phennessy     Date Created: 1/27/2016
Case: 13–11743–j7     Form ID: pdfor1     Total: 1

**Recipients of Notice of Electronic Filing:**
aty     R Trey Arvizu, III     trey@arvizulaw.com

TOTAL: 1