UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: FRED DALE VAN WINKLE,  Case No. 7-13-11743 TR

Debtor.

## ORDER REASSIGNING THE PRESIDING JUDGE IN THIS BANKRUPTCY CASE

It appearing to the Court that the reassignment of this case to another judge is appropriate.

IT IS ORDERED that the above case is reassigned to the Honorable David T. Thuma. All future documents filed in this bankruptcy case should bear the judge and location initials above.

_____
ROBERT H. JACOBVITZ
United States Bankruptcy Judge

Date entered on docket: January 27, 2016

R. Trey Arvizu, III
PO Box 1479
Las Cruces, NM 88004-1479

United States Trustee
PO Box 608
Albuquerque, NM 87103-0608