# Notice Recipients

District/Off: 1084–1     User: phennessy     Date Created: 1/27/2016
Case: 13–11743–t7     Form ID: pdfor1     Total: 2

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     ustpregion20.aq.ecf@usdoj.gov
aty     R Trey Arvizu, III     trey@arvizulaw.com

TOTAL: 2