# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEW MEXICO

IN RE:

| | | |
|---|---|---|
| **FRED DALE VAN WINKLE**, | § § | |
| Debtor, | § § | Case No. 13-11743 t7 |
| **TAMMY SPRAGUE, PERSONAL REPRESENTATIVE OF THE ESTATE OF FRED DALE VAN WINKLE,** | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Adv. No. 15-01047 t |
| **JOHN WILLIAMS AND ELLEN B. WILLIAMS**, husband and wife, and **BELLEVIEW VALLEY LAND CO.**, Inc. | § § § § | |
| Defendants. | § | |

# AMENDED CERTIFICATE OF SERVICE

**MARTIN, DUGAN & MARTIN**
W. T. Martin, Jr.
509 W. Pierce St.
P.O. Box 2168
Carlsbad, NM 88221-2168
(575) 887-3528
Fax (575) 887-2136
E-mail:  martinlaw@zianet.com

**COMES NOW**, Defendants, by and through one of their attorneys, W. T. Martin, Jr., of Martin, Dugan & Martin, and certifies that they have emailed the *Notice of Deposition of Tammy Sprague* to Trey Arvizu, attorney for Plaintiff, on the April 4, 2017.

In conformity with the agreement reached by e-mail, between counsel regarding the taking of the deposition of Ms. Tammy Sprague, please take note that the Defendants, by and through one of their attorney of record, W. T. Martin, Jr., of the Martin, Dugan & Martin, will take the deposition of Ms. Tammy Sprague on **Monday, April 10, 2017, beginning at 9:00 a.m.** The deposition will be conducted by a certified court reporter at the offices of Gary Mitchell, located at 443 Mechem Drive, Ruidoso, New Mexico.

**Martin, Dugan & Martin**

By _____
**W. T. Martin, Jr.**
509 W. Pierce
P.O. Box 2168
Carlsbad, NM 88221-2168
(575) 887-3528
Fax (575) 887-2168
*Attorney for Defendants*