THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:
FRED DALE VAN WINKLE,

Debtor

CASE NO# 13-11743-17
CASE NO# 15-1047
Cause No D-1215-CV-2010-1054
Division II

TAMMY SPRAGUE, personal representitive
of the estate of FRED DALE VAN WINKLE,

and

BRIAN VAN WINKLE, defendant-in-Intervention

V.

JOHN H. WILLIAMS, and
ELLEN B. WILLIAMS,
BELLEVIEW VALLEY LAND CO. INC,

Judge James Waylon Counts
**FILED**
at 3:45 o'clock p M

JUN 18 2019

United States Bankruptcy Court
Albuquerque, New Mexico

MOTION REQUEST FOR RECOGNIZING BRIAN VAN WINKLE 'S RIGHT OF INTERVENTION
AS ESTATE PERSONAL REPRESENTITIVE and, similtanious
REQUEST FOR REMOVAL OF A STATE COURT RULING ACTION.

The Debtors Estate of FRED VAN WINKLE, respectfully moves that the court grant an order
removing Tammy Sprague personal representitive, and recognizing Defendant-in-Intervention
BRIAN VAN WINKLE's as the Estate representitive of FRED VAN WINKLE and, upon doing so,
the Debtors Estate of FRED VAN WINKLE, respectfully moves that the court grant an order
Of Removal to The twelfth Judicial Didtrict court, county of Otero, State of New Mexico's ruling
Cause No D-1215-CV-2010-1054, Division II.
Upon Appointment as Personal Representitive, Brian Van Winkle request that this court
wave normal Motion and Court proceedures and allow This court to act in its full capacity to
remove the state ruling as soon as possible. If a removal request motion is filed and the trustee
does not have the funds in the Account, the judge can defer the fee until funds become available.
The Alter Ego Role of this Court has been usurped and it's role as Alter Ego
of the Estate of Fred Van Winkle has been applied to rulings of District State Court
upsetting the equitable balance between Debtor and Creditor as has been determined

Motion to Remove

by this court.

Wherefore, Brian Van Winkle respectfully request the court allow his request to be appointed as personal representitive of the Estate of Fred Van Winkle and, to issue an order concerning State Actions of District State Court for Removal and Allow this court to act in its full capacity as Alter Ego of the Estate of Fred Van Winkle and in doing so allow this court to proceed under it's own violition to achieve Removal of the State court action.

Brian Van Winkle also request that any fees be waved until the Estate account is reopen and has Funds.

*(signature)* 6-18-2019

Brian Van Winkle, defendant-in-Intervention
P.O. Box 2595
Ruidoso, N.M. 88355
e-mail Brianvw62@gmail.com
ph( 575)-430-4370