Text to Tammy Sprague requesting equal estate status.

**REQUEST FOR INTERVENTION OF RIGHTS**
to Estate Representitive Tammy Sprague
From Intervenor of right: Brian Van Winkle

On Monday May 20th 2019 After explainung via text prior to this request
( available if required ) the details and condition of Removal to Estate rep.
Tammy Sprague,  Brian VW felt uncomfortable with her lack of  response As
Estate representitive, and there was concern this case would not go to B.C. for
a Removal Request. The following is reproduced from a portion of text
communication that occured between Tammy Sprague Estate rep. and
Brian VW Intervenor requestor.
 To Tammy: " I'am requesting you allow me to be put back on as equal
representation of Dads Estate.  I should'nt have to go through you nor
should they( the Atty's) in order for me to speak my thoughts or make request.
 Why should the attorney be required to get your permission to meet/ speak
with me?
My interest dont feel like they are being considered and actions being taken
dont seem to be geared towards enhancing my best interest.
This is my right as a Defendent in Interevention.
Are you Willing to request Trey Name me beck on the case from here on?"....

..." I would like for you to write a note we can give to Trey and Kyle stating that
I'am electing to exercise my rights as an Defendant in intervention and that
I 'am from this point foward on equal footing with you as representitive of the
estate.  I want to present it to them at our meeting tomorrow."...
..." What is Going on with Kyle and minutes Now?
 Did you request Kyle add Mandatory Remand info to minutes?"

BrianVW recieved no response from Tammy Sprague, personal representitive
of the Estate of Fred Van Winkle. BrianVW typed up a request to be allowed
equal status with Tammy and took it the next day and confronted Tammy with
it prior to the meeting with both the State and the Bankruptcy attorney.

Text to Tammy Sprague requesting equal estate status.
A Copy is attached. Brian VW wrote it ,Tammy typed it up.
Brian VW requested Tammy take out the redacted lines she added and initial.
 she declined , this occured on May 21st, 2019.