Tammy and Defendant in intervention

Tammy,
 I have made many request over the past several years to be placed legally back on the case. You and the attorneys have continually pushed that request aside. The following is the definition of a Defendant in intervention;

" Intervention of right arises when the intervenor , the person who seeks to become a party to an existing law suit, can satisfactorily show that his interest is not adequately being represented by the parties , that the interest relates to the action and that the disposition of the action might in some way impair his/her ability to protect such interest. "


There are three Items that will show a court that my interest are not being adequatley represented.
1. The BAP opinion was wrongly interepreted by both Attorneys and you. when I brought forth the true meaning of the BAP opinion, i was rebuked and told I thought I new more than the Attorneys... you supported the attorneys. it took three meetings infront of the State and our Bankruptcy attorneys to give and admit the view I brought forth was applicable. this is not serving my best interest.

2. I discovered" Mandatory Remand " the day after Counts handed down his opinion on the lien reattachment...here we are three weeks later and the only response I got concerning mandatory Remand was from Trey Arvizu which stated...
     " I think filing a motion would be frivolous. If you would like to get a second opinion, you would not hurt my feelings. there are a couple of good attorneys in ABQ I could refer you to- Spencer Edelman at the Modrall firm or Sam Roybal with Walker and assoc."

I contacted Mr.Royball. he would not even listen to my arguement and stated that he would not take the case because he supports Treys opinion. He came to that conclussion without any real understanding or review of our case.

I have had to go to extraordanary lengths to get " Mandatory Remand" heard by our attorney's( we go into Treys office tomorrow to re-discuss the case,)  This meeting is a direct result of me pushing the issue very hard,  if I had not, the entire litigation would have fallen apart.
I by-passed you and contacted our bankruptcy attorney directly with the Sky Country Remand case and requested that he explain directly to me why  this case does not work for us in our

Tammy and Defendant in intervention

best interest, without my direct contact, the case would now end in state court, if Trey does not agree to file for Mandatory remand, I will have no other option than to file it on my own accord and in doing so will, by necessity to meet Defendant in intervention qualifications, bring this to the Banruptcy courts attention.

I have my 8 acres in Tularosa with a home and a shop that I desperatly need to get back, plus I have the house that liz has left which I have allowed Dave Sivage to place a lien for loaning us the 150k plus a third of Dads condo. I have two and a third homes, and my shop which is my livelyhood in Jeopardy, a bad ruling would leave me homeless and destitute. do you understand this?

I sent forwarding letters explaining the relevance yet there is still stiff resistance to explore the Sky Country Estate remand. Thumas ruling on that is directly related to winning this .
I believe Mandatory Remand seen by Thuma will be accompanied by sanctions that Thuma says are applicable for Williams' actions pursuing perpetual lien reattchment and the use of 'Alter Ego" in state court .

I blatently /exhaustivelly have lined out our case to you , but because you wanted to be our main contact between attournies. If you had forwarded my email and texted comments to you in support of the Sky Country remand to our attorneys, they may have been more receptive to examining the case... but you elected to change my explanation and present the arguements from your un researched opinion this was not in an defendant in interventions best interest. The information concerning that case and its relationship to ours is obviouse yet you were unable to convey the importance of it to our attorney's which is evident by Trey's response which basically said the case has no merit or bearing on our case.

You are jeapordizing our right to have the Bankruptcy court perform for us in its full capacity by not seeking our attorneys to pursue this case, instead you send me an email repremanding me for contacting the Attorney personally and bringing their attention to Sky Country remand.
What did you mean when you made the statement to me that:

"You are going to make us both fall through the ice here. Please step back and take a breath."
it feels like your on Williams side?

If I had not raised such a fuss , which you explain off to family , friends and attorneys that I am unstable and should not be listened to, we would be in a very tough position with the State ruling.

2. The estate Accounting you have given to me to review is basically worthless considering there are no cancelled checks and the bankstatements are missing pages and months of records have been left out . There is no way to consolidate the transaction activities of this acount without those records, Also, you have commingled your own personal account with Dad's estate account, then you closed the account. this is most definantly not in the Defendant in interventions

Tammy and Defendant in intervention

best interest. If I file for "Defendant in Interevention" status, the court will want all estate banking records including deposits and cancelled checks, the ones you neglected to include in the statements you provided to me.

This is my last request to you to allow me to what I am entitled and place me back on as equal power to you or if you would rather, I can make it a formal request to the court?

So, let this be notice that Iam formally request to be placed back in equal status legally concerning any further litigation matters concerning Dads estate.

*[signature]* 5/24/19