To whom it may concern and for what ever it is worth, Brian Van Winkle, Haley Van Winkle and I together make decisions for the Estate of Fred Van Winkle in agreement with one another as agreement can be made. Brian seeks the opportunity to discuss legal matters, as they affect him personally, ~~not the just~~ the estate with attorneys, and not have to rely upon me, as personal representative to be an intermediary. ~~His request is secure legal counsel for himself as a person of interest in the affairs of the estate.~~ He retains his interest in the 3 way vote of the handling the estate to the extent that it does not present legal conflict of interest.

~~He, as he is individually affected by these legal actions, is seeking legal counsel for representation of his personal interests.~~

All professional accommodations that can be extended to him are fully at the professional discretion of the attorney.

Tammy Sprague

*Tammy Sprague* (signature)