4B-103. Order of informal appointment of personal representative (no will).

STATE OF NEW MEXICO
IN THE PROBATE COURT
<u>Lincoln</u> COUNTY

No. <u>2728</u>

IN THE MATTER OF THE ESTATE OF
<u>Fred D. Van Winkle</u>, DECEASED.

## ORDER OF INFORMAL
## APPOINTMENT OF PERSONAL REPRESENTATIVE
## (NO WILL)[1]

This matter comes before the court on the Application for Informal Appointment of Personal Representative of the Estate and the court having considered the application, FINDS THAT:

1. The Application for Informal Appointment of Personal Representative is complete;

2. The applicant has made oath or affirmation that the statements contained in the application are true to the best of the applicant's knowledge and belief;

3. On the basis of the statements in the application, this court has jurisdiction;

4. On the basis of the statements in the application, venue is proper;

5. Applicant has made oath or affirmation that after the exercise of reasonable diligence, applicant is unaware of any unrevoked last will and testament or other testamentary instrument relating to property in this state or under the laws of New Mexico, and the request for the appointment does not relate to any will;

6. On the basis of the statements in the application, the applicant gave notice of the filing of the application to each person demanding notice, if any;

8

7. It appears from the application that this proceeding was commenced within the time limitations prescribed by the laws of the State of New Mexico;

8. The applicant is an interested person as defined by law, and is not disqualified to serve as personal representative of the estate of the decedent;

9. From the statements in the application, the applicant has priority entitling applicant to be appointed as personal representative of the estate of the decedent;

10. According to the application, no other personal representative has been appointed in New Mexico or in any other state.

THEREFORE, THIS COURT ORDERS that:

A. The application is granted.

B. The applicant Tammy Sprague *(name of applicant)* is informally appointed as the personal representative of the estate of the decedent, without bond, in an unsupervised administration.

C. Letters of Administration shall be issued to applicant upon applicant's acceptance of the office of personal representative.

Probate Judge  SG. Spencer
7 June 2004

Submitted by:

Signature of applicant

2

9

Tammy Sprague
Printed name

1007 Ellendale
Street address

Las Cruces, NM  88005
City, state and zip code

(575) 526-2832
Telephone number

## USE NOTE

1. *See* Section 45-3-308 NMSA 1978 for proof and findings required prior to appointment of personal representative and Section 45-3-307 NMSA 1978 for informal appointment of personal representative.

[Approved, effective September 15, 2000; as amended by Supreme Court Order No. 07-8300-05, effective March 1, 2007.]

3

10