**4B-106. Letters of administration (no will).**

STATE OF NEW MEXICO
IN THE PROBATE COURT
Lincoln      COUNTY

No. 2728

IN THE MATTER OF THE ESTATE OF
Fred D. Van Winkle    , DECEASED.

## LETTERS OF ADMINISTRATION
## (NO WILL)[1]

TO WHOM IT MAY CONCERN:

Notice is now given that ___Tammy Sprague___ *(name of personal representative)*, has been appointed to serve as the personal representative of the estate of Fred D. Van Winkle, and has qualified as the decedent's personal representative by filing with the court a statement of acceptance of the duties of that office.

The personal representative has all of the powers and authorities provided by law and specifically, by Section 45-3-715 NMSA 1978.

Issued this 4th day of June, 2014.

Rhonda B. Burrows
Clerk of the Probate Court

By: Charlotte Emmons
Deputy Clerk

13

*(Seal)*

## USE NOTE

1.  *See* Section 45-3-103 NMSA 1978 and Section 45-3-601 NMSA 1978 for issuance of letters.

[Approved, effective September 15, 2000; as amended by Supreme Court Order No. 07-8300-05, effective March 1, 2007.]

2

Case 13-11743-t7    Doc 79-2    Filed 06/26/19    Entered 06/26/19 15:29:23 Page 2 of 2