Pete V. Domenici U.S. Courthouse
333 Lomas Blvd. NW, 5th Floor
Albuquerque, NM 87102
505−415−7999/866−291−6805
www.nmb.uscourts.gov

Case No.: 13−11743−t7
Chapter: 7
Judge: David T. Thuma
Judge/341 Location: TR

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

**In re Debtor(s):**

Fred Dale Van Winkle
PO Box 1691
Ruidoso, NM 88355
SSN/ITIN(if any): xxx−xx−9361

## NOTICE OF PRELIMINARY HEARING

Notice is hereby given that a preliminary hearing will be held on:

**Monday, August 12, 2019 at 09:30 AM, before the Honorable David T. Thuma, Judge Thuma's Hearing Room, Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd. NW, 5th Floor, Albuquerque, NM 87102.**

(Document number, referenced docket text, and filer as shown below):

*78* – Motion Request for recognizing Brian Van Winkle's right of intervention as Estate Personal Representitive and, similtanious request for removal of a State Court ruling action. Filed by Creditor Brian Van Winkle. (Attachments: # 1 Attachment, # 2 Attachment, # 3 Attachment, # 4 Attachment, # 5 Attachment, # 6 Attachment, # 7 Attachment, # 8 Pic 1, # 9 Pic 2, # 10 pic 3, # 11 Pic 4, # 12 Pic 5, # 13 Pic 6, # 14 Pic 7, # 15 Pic 8) (pts)

**BY ORDER OF THE COURT**
Lana Merewether
Clerk of Court

_____

Appearing by telephone: Counsel/parties may appear via telephone if a request is made in advance by calling the chambers of Judge Thuma at (505) 600−4640 or by e−mail to thumastaff@nmb.uscourts.gov.