# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1084–1 | User: kwidenhou | Date Created: 7/10/2019 |
| Case: 13–11743–t7 | Form ID: ntchrgph | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty    W. T. Martin Jr.    martinlaw@zianet.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr        Brian Van Winkle    PO Box 141    La Luz, NM 88337
3225791  Brian Van Winkle    P.O. Box 141    La Luz, NM 88337
           Tammy Sprague    1007 Elledale    Las Cruces, NM 88005

TOTAL: 3