```
                          United States Bankruptcy Court
                             District of New Mexico
In re:                                                      Case No. 13-11743-t
Fred Dale Van Winkle                                        Chapter 7
         Debtor              CERTIFICATE OF NOTICE
District/off: 1084-1          User: kwidenhou         Page 1 of 1         Date Rcvd: Jul 10, 2019
                              Form ID: ntchrgph       Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2019.
                +Tammy Sprague,   1007 Elledale,   Las Cruces, NM 88005-1236
3225791         +Brian Van Winkle,   P.O. Box 141,   La Luz, NM 88337-0141

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Brian Van Winkle,   PO Box 141,   La Luz, NM 88337-0141
                                                                                       TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2019 at the address(es) listed below:
              Alice Nystel Page   on behalf of U.S. Trustee    United States Trustee Alice.N.Page@usdoj.gov
              Clarke  C. Coll    on behalf of Trustee Clarke C. Coll clarkecoll@gmail.com,  nm14@ecfcbis.com
              Clarke C. Coll    clarkecoll@gmail.com,  nm14@ecfcbis.com
              Jennie  Behles    on behalf of Defendant John  Williams filings@jdbehles.com,
               tammir@jdbehles.com;lawclerk3@jdbehles.com
              Jennie  Behles    on behalf of Defendant    Belleview Valley Land Co., Inc. filings@jdbehles.com,
               tammir@jdbehles.com;lawclerk3@jdbehles.com
              Jennie  Behles    on behalf of Defendant Ellen B. Williams filings@jdbehles.com,
               tammir@jdbehles.com;lawclerk3@jdbehles.com
              R Trey Arvizu, III    on behalf of Debtor Fred Dale Van Winkle trey@arvizulaw.com,
               eva@arvizulaw.com;shawna@arvizulaw.com;lydia@arvizulaw.com
              R Trey Arvizu, III    on behalf of Plaintiff    Tammy Sprague as PR for the estate of Fred Dale Van
               Winkle trey@arvizulaw.com,  eva@arvizulaw.com;shawna@arvizulaw.com;lydia@arvizulaw.com
              United States Trustee    ustpregion20.aq.ecf@usdoj.gov
              W. T. Martin Jr.    on behalf of Defendant John  Williams martinlaw@zianet.com,
               cgalloway@lawmdm.com
              W. T. Martin Jr.    on behalf of Defendant    Belleview Valley Land Co., Inc. martinlaw@zianet.com,
               cgalloway@lawmdm.com
              W. T. Martin Jr.    on behalf of Creditor    Belleview Land Co., Inc. martinlaw@zianet.com,
               cgalloway@lawmdm.com
              W. T. Martin Jr.    on behalf of Defendant Ellen B. Williams martinlaw@zianet.com,
               cgalloway@lawmdm.com
                                                                                             TOTAL: 13

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re Debtor(s):

Fred Dale Van Winkle
PO Box 1691
Ruidoso, NM 88355
SSN/ITIN(if any): xxx−xx−9361

## NOTICE OF PRELIMINARY HEARING

Notice is hereby given that a preliminary hearing will be held on:

**Monday, August 12, 2019 at 09:30 AM, before the Honorable David T. Thuma, Judge Thuma's Hearing Room, Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd. NW, 5th Floor, Albuquerque, NM 87102.**

(Document number, referenced docket text, and filer as shown below):

*78* – Motion Request for recognizing Brian Van Winkle's right of intervention as Estate Personal Representitive and, similtanious request for removal of a State Court ruling action. Filed by Creditor Brian Van Winkle. (Attachments: # 1 Attachment, # 2 Attachment, # 3 Attachment, # 4 Attachment, # 5 Attachment, # 6 Attachment, # 7 Attachment, # 8 Pic 1, # 9 Pic 2, # 10 pic 3, # 11 Pic 4, # 12 Pic 5, # 13 Pic 6, # 14 Pic 7, # 15 Pic 8) (pts)

**BY ORDER OF THE COURT**
Lana Merewether
Clerk of Court

_____

Appearing by telephone: Counsel/parties may appear via telephone if a request is made in advance by calling the chambers of Judge Thuma at (505) 600−4640 or by e−mail to thumastaff@nmb.uscourts.gov.

nm_ntchrgph.jsp – 7/10/19