THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

The Estate of Fred Van Winkle, deceased,
    Debtor

TAMMY SPRAGUE, personal Representitive
of the Estate of FRED VAN WINKLE

and

in re: BRIAN DALE VAN WINKLE, infant/minor
    Plaintiff

Brian Dale Van Winkle-Beneficiary
Real Party in interest ( jus personarum)

    Plaintiff.

FILED
at 2:55 o'clock p M

JUL 29 2019

United States Bankruptcy Court
Albuquerque, New Mexico

CAUSE NO. B.C. 313-11743-t7
BAP#315-1047
District#D-1215-CV2010-10

Vs

Belleview Valley Land Co, a New Mexico
corporation, and John Williams and
Ellen B. Williams, Husband and wife.

    Defendant,
)
)
)

    PLAINTIFFS' EMERGENCY MOTION FOR STAY OF
        DISTRICT COURT PROCEEDINGS.

1. On 3/6/19 U.S.B.C. Judge Thuma in re: case No. 13-11743t7 , Adv No. 15-01047, ordered $39,241.46,was owed the Plaintiff and The judgement shall bear interest from February 22, 2019, until paid at the federal judgement rate.
On January 27, 2015, Judge Thuma issued a Stipulated order resolving a judicial

Emergency Motion for stay of State Court Ruling

lien in the Amount of $40,000.00 that was owed the Defendant leaving a difference of $758.54.

2. State Court in Otero County on August 13, 2010 cause No. D-1215–CV-200800076 has ordered that $243,944.31 is owed by Plaintiff. State Court in Otero County on 4/28/19 cause No. D-1215-CV-2010-1054 has ordered that in the event Defendants and/or Defendants in intervention redeem the property, plaintiffs judgement lien will be reinstated. Defendants shall be entitled to simulatanious foreclosure of their lien and the property shall be placed for sale under the same terms and conditions previously imposed in direct controversy with the findings of this court.

3. A hearing has been set in Otero County, cause No. CV-2015-00065, on Aug 9, 2019 @ 9:30am.

4. This court has a hearing set on Aug 12, 2019 at 9:30 am.

It is imperative this court rule on the pending motions prior to the state Court hearing. If the District Court is allowed to conviene on Aug 9,2019, Redemption funds will be released or applied and irreperable harm could occur because the state court has refused to recognize the ruling of the federal Bankruptcy Court. Intervening parties request this court enter a stay of the state court proceeding until after the hearing in this court on Aug 12, 2019 at 9:30 am.

Wherefore, intervenor respectfully request this court to enter a stay of the Otero County Cause No. CV-2015-00065. until after Aug 12, 2019.

Respectfully submitted

_signature_  date: 07- 29-2019

Brian Van Winkle,
Pro-se
as; complaintant and Equitable beneficial holder


Brian Van Winkle ,Beneficiary , Pro-se
P.O. Box 2595
Ruidoso,N.M.88355
575-430-4370