# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

**In Re Fred Dale Van Winkle,**
    **Debtor,**

**Tammy Sprague,** personal representative
of the estate of **Fred Dale Van Winkle,**
    **Plaintiff-Appellee,**

v.	    Bankr. No. 13-11743-t7
    Adv. No 15-01047

**John Williams, Ellen B. Williams,** and	    Chapter 7
**Belleview Valley Land Co., Inc.**
    **Defendants-Appellants.**

## ENTRY OF APPEARANCE

**Martin, Dugan & Martin**
Kenneth D. Dugan
509 W. Pierce St.
P.O. Box 2168
Carlsbad, NM 88221-2168
(575) 887-3528
Fax (575) 887-2136
E-mail: kdugan@lawmdm.com

**COMES NOW**, Kenneth D. D, of Martin, Dugan & Martin and hereby enters his appearance as additional counsel of record for John Williams, Ellen B. Williams and Belleview Valley Land Co., Inc.

Martin, Dugan & Martin

By /s/ Kenneth D. Dugan
Kenneth D. Dugan
P.O. Box 2168
Carlsbad, New Mexico 88221-2168
(575) 887-3528
Fax (575) 887-2136
E-mail: kdugan@lawmdm.com
Attorney for John Williams

Martin, Dugan & Martin certifies on the 6th day of August 2019, it filed the foregoing pleading electronically, requesting that opposing counsel of record be served by electronic means.

/s/ Kenneth D. Dugan
Kenneth D. Dugan

2