# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1084−1 | User: admin | Date Created: 8/8/2019 |
| Case: 13−11743−t7 | Form ID: pdfor1 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty     R Trey Arvizu, III     trey@arvizulaw.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr     Brian Van Winkle     PO Box 2595     Ruidoso, NM 88355

TOTAL: 1