# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

**In Re Fred Dale Van Winkle,**          **Debtor, Bankr. No. 13-11743-t7**

## WITHDRAWAL OF DOCUMENT

**Martin, Dugan & Martin**
W.T. Martin, Jr.
509 W. Pierce St.
P.O. Box 2168
Carlsbad, NM 88221-2168
(575) 887-3528
Fax (575) 887-2136
E-mail: martinlaw@zianet.com

Reason for withdrawal is document filled incorrectly.

**Martin, Dugan & Martin**

By_____
      W. T. Martin, Jr.
      P.O. Box 2168
      Carlsbad, New Mexico 88221-2168
      (575) 887-3528
      Fax (575) 887-2136
      e-mail: martinlaw@zianet.com

2