# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

In Re Fred Dale Van Winkle,         Debtor, Bankr. No. 13-11743-t7

## ENTRY OF APPEARANCE

**Martin, Dugan & Martin**
Kenneth D. Dugan
509 W. Pierce St.
P.O. Box 2168
Carlsbad, NM 88221-2168
(575) 887-3528
Fax (575) 887-2136
E-mail: kdugan@lawmdm.com

**COMES NOW**, Kenneth D. Dugan, of Martin, Dugan & Martin and hereby enters his appearance as additional counsel of record for Belleview Valley Land Co., Inc.

Respectfully Submitted,
**Martin, Dugan & Martin**

By _____
Kenneth D. Dugan
509 W. Pierce St.
P.O. Box 2168
Carlsbad, NM 88221-2168
(575) 887-3528
Fax (575) 887-2136
*Attorney for Plaintiff*

Martin, Dugan & Martin certifies on the 9th day of August 2019, it filed the foregoing pleading electronically, requesting that opposing counsel of record be served by electronic means.

By _____
Kenneth D. Dugan

2