# Notice Recipients

District/Off: 1084–1  User: admin  Date Created: 8/16/2019
Case: 13–11743–t7  Form ID: pdfor1  Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr     Brian Van Winkle     PO Box 2595     Ruidoso, NM 88355

TOTAL: 1