```
United States Bankruptcy Court
     District of New Mexico
```

In re:                                                        Case No. 13-11743-t
Fred Dale Van Winkle                                          Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 1084-1      User: admin      Page 1 of 1      Date Rcvd: Aug 16, 2019
                         Form ID: pdfor1     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2019.
cr          +Brian Van Winkle,    PO Box 2595,    Ruidoso, NM 88355-2595

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2019                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2019 at the address(es) listed below:
        Alice Nystel Page    on behalf of U.S. Trustee    United States Trustee Alice.N.Page@usdoj.gov
        Clarke C. Coll    on behalf of Trustee Clarke C. Coll clarkecoll@gmail.com,    nm14@ecfcbis.com
        Clarke C. Coll    clarkecoll@gmail.com,    nm14@ecfcbis.com
        Jennie Behles    on behalf of Defendant John Williams filings@jdbehles.com,
         tammir@jdbehles.com;lawclerk3@jdbehles.com
        Jennie Behles    on behalf of Defendant    Belleview Valley Land Co., Inc. filings@jdbehles.com,
         tammir@jdbehles.com;lawclerk3@jdbehles.com
        Jennie Behles    on behalf of Defendant Ellen B. Williams filings@jdbehles.com,
         tammir@jdbehles.com;lawclerk3@jdbehles.com
        Kenneth Dugan    on behalf of Defendant    Belleview Valley Land Co., Inc. kdugan@lawmdm.com
        Kenneth Dugan    on behalf of Defendant John Williams kdugan@lawmdm.com
        Kenneth Dugan    on behalf of Defendant Ellen B. Williams kdugan@lawmdm.com
        Kenneth Dugan    on behalf of Creditor    Belleview Land Co., Inc. kdugan@lawmdm.com
        R Trey Arvizu, III    on behalf of Debtor Fred Dale Van Winkle trey@arvizulaw.com,
         eva@arvizulaw.com;shawna@arvizulaw.com;lydia@arvizulaw.com
        R Trey Arvizu, III    on behalf of Plaintiff    Tammy Sprague as PR for the estate of Fred Dale Van
         Winkle trey@arvizulaw.com,    eva@arvizulaw.com;shawna@arvizulaw.com;lydia@arvizulaw.com
        United States Trustee    ustpregion20.aq.ecf@usdoj.gov
        W. T. Martin Jr.    on behalf of Defendant John Williams martinlaw@zianet.com,
         cgalloway@lawmdm.com
        W. T. Martin Jr.    on behalf of Defendant    Belleview Valley Land Co., Inc. martinlaw@zianet.com,
         cgalloway@lawmdm.com
        W. T. Martin Jr.    on behalf of Creditor    Belleview Land Co., Inc. martinlaw@zianet.com,
         cgalloway@lawmdm.com
        W. T. Martin Jr.    on behalf of Defendant Ellen B. Williams martinlaw@zianet.com,
         cgalloway@lawmdm.com
                                                                TOTAL: 17

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:

FRED DALE VAN WINKLE,  Case No. 13-11743 t7

Debtor.

**ORDER ON MOTION REQUEST FOR RECOGNIZING BRIAN VAN WINKLE'S RIGHT OF INTERVENTION AS ESTATE PERSONAL REPRESENTATIVE AND, REQUEST FOR REMOVAL OF A STATE COURT RULING ACTION**

On August 12, 2019 at 9:30 a.m., the Court held a preliminary hearing on the Motion Request for Recognizing Brian Van Winkle's Right of Intervention as Estate Personal Representative and Request ror Removal of a State Court Ruling Action, filed June 18, 2019, doc. 78 (the "Motion"), by Brian Van Winkle ("Movant"). Appearances were noted on the record. Being sufficiently advised, the Court HEREBY ORDERS:

1. If Movant becomes the successor representative of the deceased debtor's probate estate, the Court will allow Movant to appear for such estate. If applicable law requires Movant to be represented by counsel (the Court makes no ruling on this issue at this time), then Movant shall retain counsel.

2. If Movant wishes the Court to reopen this bankruptcy case, he should file a motion to reopen.

3. If Movant removes the pending state court foreclosure action to this Court and Belleview Land Co., Inc. files a motion to remand the action, the Court will rule on the motion to remand at that time.

Hon. David T. Thuma
United States Bankruptcy Judge

Entered: August 16, 2019

Copies to: counsel of record

Brian Dale Van Winkle
P.O. Box 2595
Ruidoso, NM 88355