UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF NEW MEXICO

In re:

FRED DALE VAN WINKLE, and,            Case No. 13-11743-t7

    Debtor.

## NOTICE OF DEADLINE TO OBJECT TO MOTION TO REOPEN CASE

On November 19, 2019, BRIAN VAN WINKLE ("**Van Winkle**") and TAMMY SPRAGUE ("**Sprague**" and, collectively with Van Winkle, "**Movants**"), by and through their undersigned counsel GAFFNEY LAW, PC (Joel Alan Gaffney, Esq.), filed a Motion to Reopen Case (the "Motion"). The motion seeks to reopen this Chapter 7 case to permit the filing of an adversary complaint related to alleged violations of the Debtor's discharge.

If you object to the Motion, you must file a written objection with the Clerk of the United States Bankruptcy Court, Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd NW, Ste 360, Albuquerque, New Mexico 87102 **within 21 days of the date of service of this notice**. (*See* Fed.R.Bankr.P. 9006(f) regarding whether additional time is added). You must also serve a copy of your objection on Movant's counsel, whose name and address appear below. If you are an attorney, you must file your objection electronically.

If a timely objection is filed, a preliminary hearing to consider the Motion and objection will be scheduled on further notice. If no objection is timely filed the Movant may submit to the Court, for entry without further notice or hearing, a proposed order granting the Motion.

                               GAFFNEY LAW, PC

                                *s/ Joel Alan Gaffney*
              By:    Joel Alan Gaffney, Esq
                         6565 America's Parkway # 200
                         Albuquerque, NM 87110
                         (505) 563-5508
                         joel@gaffneylaw.com
                         *Attorneys for Movants*

Certificate of Service

On November 19, 2019, electronic notice via CM/ECF to counsel of record was completed by the filing of the Motion. Because the Motion seeks only administrative relief that will not impair any substantive rights, the Movants maintain that no further notice is required for the Motion.

NM LF 2002