# EXHIBIT A - 2 PAGES

FILED
12th JUDICIAL DISTRICT COURT
Lincoln County
10/30/2019 3:36 PM
KATINA WATSON
CLERK OF THE COURT
Ashley Ventura

STATE OF NEW MEXICO
COUNTY OF LINCOLN
TWELFTH JUDICIAL DISTRICT COURT

BRIAN VAN WINKLE,

    Plaintiff,

v.                                                       Cause No. D-1226-CV-2019-00184
                                                                   Judge Daniel A. Bryant

TAMMY SPRAGUE, personal representative
of the ESTATE OF FRED VAN WINKLE, deceased,

    Defendant.

## LETTERS OF ADMINISTRATION

TO WHOM IT MAY CONCERN:

Notice is now given that **BRIAN VAN WINKLE** and **TAMMY SPRAGUE** have been appointed to serve as the co-personal representatives of the estate of **FRED VAN WINKLE**, and have qualified as such by filing with the court statements of acceptance of the duties of that office.

The co-personal representatives have all of the powers and authorities provided by law and specifically, by Section 45-3-715 NMSA 1978, and the concurrence of Brian Van Winkle and Tammy Sprague shall be required on all acts connected with the administration and distribution of the estate, except to the extent permitted by NMSA 1978, Section 45-3-717(A), and except as follows:

    1.    Brian Van Winkle shall have the exclusive authority to make any and all decisions regarding filing an action to remove from the Twelfth Judicial District Court of the State of New Mexico to a federal court the redemption proceeding that Tammy Sprague commenced as personal representative of the estate in the case of *Belleview Valley Land Co. et al. v. Tammy Sprague, Personal Representative of the Estate of Fred Van Winkle, deceased*, which the Court identifies as

Case No. D-1215-CV-2010-01054, and, if that proceeding is removed to a federal court, to make any and all decisions regarding the prosecution of that proceeding.

2. Tammy Sprague shall have the exclusive authority to make any and all decisions regarding the prosecution or defense of any litigation concerning the estate in a state court, including with respect to the redemption proceeding described above if it is not removed to a federal court or if it is remanded to a state court after its removed to a federal court and with respect to the foreclosure action filed against the estate in the Twelfth Judicial District Court of the State of New Mexico in the case of *Belleview Valley Land Co. et al. v. Estate of Fred Van Winkle, deceased,* which the Court identifies as Case No. D-1215-CV-2010-01054.

Issued this 30TH day of October 2019.

                               KATINA WATSON
                               CLERK OF THE DISTRICT COURT

                      By:   /s/ Ashley Ventura
                             Deputy Clerk

\\Lawofficeserver\e\Dox\CLIENT\1072\001\00019458.WPD