UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF NEW MEXICO

In re:

FRED DALE VAN WINKLE,                      Case No. 13-11743-t7

    Debtor.

## NOTICE OF PRELIMINARY HEARING

Notice is hereby given that a preliminary hearing will be held on:

**Monday, January 13, 2020 at 09:30 AM, before the Honorable David T. Thuma, Judge Thuma's Hearing Room, Pete V. Domenici U.S. Courthouse, 333 Lomas Boulevard NW, 5th Floor, Albuquerque, NM 87102.**

(Document number, referenced docket text, and filer as shown below):

*97* – Motion to Reopen Chapter 7 Case to bring an adversary proceeding for violation of the discharge under Section 524. Receipt Number NOT DUE, Fee Amount of $ 260 is Not Due. Filed by Debtors Designated Representatives Brian Van Winkle, Tammy Sprague. (Gaffney, Joel) (Entered: 11/19/2019 at 12:26:23)

                         Respectfully submitted,
                         GAFFNEY LAW, PC

                         *s/ Joel Alan Gaffney*
     By:    Joel Alan Gaffney, Esq
                6565 America's Parkway # 200
                Albuquerque, NM 87110
                (505) 563-5508
                joel@gaffneylaw.com
                *Attorneys for Movants*

Appearing by telephone: Counsel/parties may appear via telephone if a request is made in advance by calling the chambers of Judge Thuma at (505) 600-4640 or by e-mail to thumastaff@nmb.uscourts.gov.

1

Notice of Hearing
Case 13-11743-t7    Doc 101    Filed 12/30/19    Entered 12/30/19 10:38:32 Page 1 of 1