CERTIFIED a true copy of page(s) 4
of the original filed in the office of the Clerk,
United States Bankruptcy Court.

Renee Baca

Deputy Clerk

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

FRED DALE VAN WINKLE
    Debtor(s).

Case No. 13-11743-t7

TAMMY SPRAGUE, as PR for the estate
Of Fred Dale Van Winkle
    Plaintiff(s),

v.

Adv. Pro. No. 15-01047

JOHN WILLIAMS, ELLEN B.
WILLIAMS, and BELLEVIEW
VALLEY LAND CO., INC.,
    Defendant(s).

### TRANSCRIPT OF JUDGMENT

Nature of Action: Willful
Violation of the Automatic Stay

Judgment Creditor(s)
TAMMY SPRAGUE

Judgment Debtor(s)
JOHN WILLIAMS, ELLEN B.
WILLIAMS, and BELLEVIEW
VALLEY LAND CO., INC.

Judgment Amount:

| | |
|---|---|
| Damages | $ 50,000.00 |
| Costs | $ |
| Total | $ 50,000.00 |
| Rate of Interest | Federal Judgment Rate |

Date of Judgment: June 23, 2017

Date of Docketing Judgment: June 23, 2017

Issuance and Return of Executions, If Any: None

NM LF 5003-5

EXHIBIT A

REC DATE:9/1/17 REC TIME:11:37:45 AM INSTR#:201707043 CLK: 84
OTERO COUNTY,ROBYN HOLMES COUNTY CLERK PAGE 2 OF 4

Attorney for Creditor: R. "Trey" Arvizu
PO Box 1479
Las Cruces, NM 88004
(575) 527-8600
Fax: (575) 527-1199

Does the docket indicate the judgment has been satisfied in full or in part? __NO__ .
If yes, indicate the amount paid: _____ .

    I, Patty Stephens, a deputy clerk of the United States Bankruptcy Court for the District of New Mexico, do hereby certify that the foregoing is a true transcript of the docket of a judgment of this court, now of record in the Office of the Clerk.

Witness my hand and the seal of this court, this 28th day of July 2017.

CLERK OF COURT

By: _____
Deputy Clerk
500 Gold Avenue SW, 10th Floor
PO Box 546
Albuquerque, NM 87103-0546
Telephone: 505-348-2500

-2-

```
REC DATE:9/1/17 REC TIME:11:37:45 AM INSTR# 201707043 CLK: SH
OTERO COUNTY,ROBYN HOLMES COUNTY CLERK PAGE 3 OF 4
```

```
MIME-Version:1.0
From:CMECF_cmecfdataquality@nmb.uscourts.gov
To:CMECF_cmecfdataquality@nmb.uscourts.gov
Bcc: CMECF_TOrders@nmb.uscourts.gov, david_thuma@nmb.uscourts.gov, filings@jdbehles.com,
Do not notice for BK case:

Message-Id:<5143135@nmb.uscourts.gov>
Subject:15-01047-t Doc. 118 Tammy Sprague as PR for the estate of Fred Dale Va v. Willia
```

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

## U.S. BANKRUPTCY COURT

### District of New Mexico

Notice of Electronic Filing

The following transaction was received from pts entered on 7/28/2017 at 3:37 PM MDT and filed on 7/28/2017

**Case Name:** Tammy Sprague as PR for the estate of Fred Dale Va v. Williams et al
**Case Number:** 15-01047-t
**Document Number:** 118

**Docket Text:**
Issued Transcript of Judgment in triplicate in favor of Tammy Sprague, as personal representative for the estate of Fred Dale Van Winkle and against John Williams, Ellen B. Williams, and Belleview Valley Land Co., Inc., in the amount of $50,000.00, plus costs of $0.00, for a total of $50,000.00, plus interest at the rate of Federal Judgment Rate (RE: related document(s)[109] Judgment). (pts)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 15-1047.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1021991579 [Date=7/28/2017] [FileNumber=5143133-0
] [840e5fcc71ab4365d8f62fa03f84e98a119830724ca827ce80090052cb2d107577c
5aac7bdb324c53dfb43ce1181d7135e4c5af4df13482fa2527cda07af58c3]]

**15-01047-t Notice will be electronically mailed to:**

R Trey Arvizu, III on behalf of Plaintiff Tammy Sprague as PR for the estate of Fred Dale Van Winkle

trey@arvizulaw.com,
polly@arvizulaw.com;eva@arvizulaw.com;office@arvizulaw.com;laptop@arvizulaw.com

Jennie Behles on behalf of Defendant Belleview Valley Land Co., Inc.
filings@jdbehles.com, tammir@jdbehles.com;lawclerk3@jdbehles.com

Jennie Behles on behalf of Defendant Ellen B. Williams
filings@jdbehles.com, tammir@jdbehles.com;lawclerk3@jdbehles.com

Jennie Behles on behalf of Defendant John Williams
filings@jdbehles.com, tammir@jdbehles.com;lawclerk3@jdbehles.com

W. T. Martin Jr. on behalf of Defendant Belleview Valley Land Co., Inc.
martinlaw@zianet.com

W. T. Martin Jr. on behalf of Defendant Ellen B. Williams
martinlaw@zianet.com

W. T. Martin Jr. on behalf of Defendant John Williams
martinlaw@zianet.com

United States Trustee
ustpregion20.aq.ecf@usdoj.gov

**15-01047-t Notice will not be electronically mailed to:**

Kenneth Dugan on behalf of Defendant Belleview Valley Land Co., Inc.
Martin, Dugan and Martin Law Firm
509 W. Pierce St
PO Box 2168
Carlsbad, NM 88221-2168

Kenneth Dugan on behalf of Defendant Ellen B. Williams
Martin, Dugan and Martin Law Firm
509 W. Pierce St
PO Box 2168
Carlsbad, NM 88221-2168

Kenneth Dugan on behalf of Defendant John Williams
Martin, Dugan and Martin Law Firm
509 W. Pierce St
PO Box 2168
Carlsbad, NM 88221-2168



2 of 2    REC DATE:9/1/17 REC TIME:11:37:45 AM INSTR# 201707043 CLK:SH
OTERO COUNTY,ROBYN HOLMES COUNTY CLERK PAGE 4 OF 4    8/1/2017 1:17 PM

Case 13-11743-t7    Doc 104-1    Filed 01/31/20    Entered 01/31/20 15:34:56 Page 4 of 12

CERTIFIED a true copy of page(s) 4 of the original filed in the office of the Clerk, United States Bankruptcy Court

Renee Baca
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

FRED DALE VAN WINKLE
    Debtor(s).

Case No. 13-11743

TAMMY SPRAGUE, as PR for the estate
Of Fred Dale Van Winkle
    Plaintiff(s),

v.

Adv. Pro. No. 15-01047

JOHN WILLIAMS, ELLEN B.
WILLIAMS, and BELLEVIEW
VALLEY LAND CO., INC.,
    Defendant(s).

## TRANSCRIPT OF JUDGMENT

Nature of Action: Willful
Violation of the Automatic Stay

Judgment Creditor(s)
TAMMY SPRAGUE

Judgment Debtor(s)
JOHN WILLIAMS, ELLEN B.
WILLIAMS, and BELLEVIEW
VALLEY LAND CO., INC.

Judgment Amount:

| | |
|---|---|
| Damages | $ 50,000.00 |
| Costs | $ |
| Total | $ 50,000.00 |
| Rate of Interest | Federal Judgment Rate |

Date of Judgment: June 23, 2017

Date of Docketing Judgment: June 23, 2017

Issuance and Return of Executions, If Any: None

NM LF 5003-5

LINCOLN COUNTY-NM
RHONDA B BURROWS, CLERK
201704909
Book 2017    Page 4909
1 of 4
09/05/2017 08:04:49 AM


EXHIBIT B

Attorney for Creditor: R. "Trey" Arvizu
PO Box 1479
Las Cruces, NM 88004
(575) 527-8600
Fax: (575) 527-1199

Does the docket indicate the judgment has been satisfied in full or in part? __NO__ .
If yes, indicate the amount paid: _____.

I, Patty Stephens, a deputy clerk of the United States Bankruptcy Court for the District of New Mexico, do hereby certify that the foregoing is a true transcript of the docket of a judgment of this court, now of record in the Office of the Clerk.

Witness my hand and the seal of this court, this 28th day of July 2017.

CLERK OF COURT

By: _____
Deputy Clerk
500 Gold Avenue SW, 10th Floor
PO Box 546
Albuquerque, NM 87103-0546
Telephone: 505-348-2500

LINCOLN COUNTY-NM
RHONDA B BURROWS, CLERK
201704909
Book 2017    Page    4909
2    of    4
09/05/2017 08:04:49 AM

-2-

Case 15-01047-t    Doc 118    Filed 07/28/17    Entered 07/28/17 15:37:07    Page 2 of 2

Case 13-11743-t7    Doc 104-1    Filed 01/31/20    Entered 01/31/20 15:34:56    Page 6 of 12

```
LINCOLN COUNTY-NM
RHONDA B BURROWS,CLERK
201704909
Book  2017    Page  4909
      3   of   4
09/05/2017 08:04:49 AM
```

MIME-Version:1.0
From:CMECF_cmecfdataquality@nmb.uscourts.gov
To:CMECF_cmecfdataquality@nmb.uscourts.gov
Bcc: CMECF_TOrders@nmb.uscourts.gov, david_thuma@nmb.uscourts.gov, filings@jdbehles.com,
Do not notice for BK case:

Message-Id:<5143135@nmb.uscourts.gov>
Subject:15-01047-t Doc. 118 Tammy Sprague as PR for the estate of Fred Dale Va v. Willia

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

# U.S. BANKRUPTCY COURT

## District of New Mexico

Notice of Electronic Filing

The following transaction was received from pts entered on 7/28/2017 at 3:37 PM MDT and filed on 7/28/2017

**Case Name:** Tammy Sprague as PR for the estate of Fred Dale Va v. Williams et al
**Case Number:** 15-01047-t
**Document Number:** 118

**Docket Text:**
Issued Transcript of Judgment in triplicate in favor of Tammy Sprague, as personal representative for the estate of Fred Dale Van Winkle and against John Williams, Ellen B. Williams, and Belleview Valley Land Co., Inc., in the amount of $50,000.00, plus costs of $0.00, for a total of $50,000.00, plus interest at the rate of Federal Judgment Rate (RE: related document(s)[109] Judgment). (pts)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**15-1047.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1021991579 [Date=7/28/2017] [FileNumber=5143133-0
] [840e5fcc71ab4365d8f62fa03f84e98a119830724ca827ce80090052cb2d107577c
5aac7bdb324c53dfb43ce1181d7135e4c5af4df13482fa2527cda07af58c3]]

**15-01047-t Notice will be electronically mailed to:**

R Trey Arvizu, III on behalf of Plaintiff Tammy Sprague as PR for the estate of Fred Dale Van Winkle

trey@arvizulaw.com,
polly@arvizulaw.com;eva@arvizulaw.com;office@arvizulaw.com;laptop@arvizulaw.com

Jennie Behles on behalf of Defendant Belleview Valley Land Co., Inc.
filings@jdbehles.com, tammir@jdbehles.com;lawclerk3@jdbehles.com

Jennie Behles on behalf of Defendant Ellen B. Williams
filings@jdbehles.com, tammir@jdbehles.com;lawclerk3@jdbehles.com

Jennie Behles on behalf of Defendant John Williams
filings@jdbehles.com, tammir@jdbehles.com;lawclerk3@jdbehles.com

W. T. Martin Jr. on behalf of Defendant Belleview Valley Land Co., Inc.
martinlaw@zianet.com

W. T. Martin Jr. on behalf of Defendant Ellen B. Williams
martinlaw@zianet.com

W. T. Martin Jr. on behalf of Defendant John Williams
martinlaw@zianet.com

United States Trustee
ustpregion20.aq.ecf@usdoj.gov

**15-01047-t Notice will not be electronically mailed to:**

Kenneth Dugan on behalf of Defendant Belleview Valley Land Co., Inc.
Martin, Dugan and Martin Law Firm
509 W. Pierce St
PO Box 2168
Carlsbad, NM 88221-2168

Kenneth Dugan on behalf of Defendant Ellen B. Williams
Martin, Dugan and Martin Law Firm
509 W. Pierce St
PO Box 2168
Carlsbad, NM 88221-2168

Kenneth Dugan on behalf of Defendant John Williams
Martin, Dugan and Martin Law Firm
509 W. Pierce St
PO Box 2168
Carlsbad, NM 88221-2168

LINCOLN COUNTY-NM
RHONDA B BURROWS,CLERK
201704909
Book 2017   Page 4909
4   of   4
09/05/2017 08:04:49 AM

CERTIFIED a true copy of page(s) 4
of the original filed in the office of the Clerk,
United States Bankruptcy Court
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

FRED DALE VAN WINKLE
    Debtor(s).

Case No. 13-11743-t

TAMMY SPRAGUE, as PR for the estate
Of Fred Dale Van Winkle
    Plaintiff(s),

v.

Adv. Pro. No. 15-01047

JOHN WILLIAMS, ELLEN B.
WILLIAMS, and BELLEVIEW
VALLEY LAND CO., INC.,
    Defendant(s).

## TRANSCRIPT OF JUDGMENT

Nature of Action: Willful Violation of the Automatic Stay

| Judgment Creditor(s) | Judgment Debtor(s) |
|---|---|
| TAMMY SPRAGUE | JOHN WILLIAMS, ELLEN B. WILLIAMS, and BELLEVIEW VALLEY LAND CO., INC. |

Judgment Amount:

| | |
|---|---|
| Damages | $ 50,000.00 |
| Costs | $ |
| Total | $ 50,000.00 |
| Rate of Interest | Federal Judgment Rate |

Date of Judgment: June 23, 2017

Date of Docketing Judgment: June 23, 2017

Issuance and Return of Executions, If Any: None

NM LF 5003-5

20172657  09/05/2017 11:22:54 AM
Page: 1 of 4    Fee: 25.00    TJ
DeAun D Searl, Roosevelt Co. Clk., Roosevelt, NM

Attorney for Creditor: R. "Trey" Arvizu
PO Box 1479
Las Cruces, NM 88004
(575) 527-8600
Fax: (575) 527-1199

Does the docket indicate the judgment has been satisfied in full or in part? __NO__ .
If yes, indicate the amount paid: _____ .

    I, Patty Stephens, a deputy clerk of the United States Bankruptcy Court for the District of New Mexico, do hereby certify that the foregoing is a true transcript of the docket of a judgment of this court, now of record in the Office of the Clerk.

Witness my hand and the seal of this court, this 28th day of July 2017.

CLERK OF COURT

By: _____
Deputy Clerk
500 Gold Avenue SW, 10th Floor
PO Box 546
Albuquerque, NM 87103-0546
Telephone: 505-348-2500

20172657  09/05/2017  11:22:54 AM
Page: 2 of 4    Fee: 25.00    TJ
DeAun D Searl, Roosevelt Co. Clk., Roosevelt, NM

-2-

```
MIME-Version:1.0
From:CMECF_cmecfdataquality@nmb.uscourts.gov
To:CMECF_cmecfdataquality@nmb.uscourts.gov
Bcc: CMECF_TOrders@nmb.uscourts.gov, david_thuma@nmb.uscourts.gov, filings@jdbehles.com,
Do not notice for BK case:

Message-Id:<5143135@nmb.uscourts.gov>
Subject:15-01047-t Doc. 118 Tammy Sprague as PR for the estate of Fred Dale Va v. Willia
```

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

## U.S. BANKRUPTCY COURT

### District of New Mexico

Notice of Electronic Filing

The following transaction was received from pts entered on 7/28/2017 at 3:37 PM MDT and filed on 7/28/2017

**Case Name:**      Tammy Sprague as PR for the estate of Fred Dale Va v. Williams et al
**Case Number:**    15-01047-t
**Document Number:** 118

**Docket Text:**
Issued Transcript of Judgment in triplicate in favor of Tammy Sprague, as personal representative for the estate of Fred Dale Van Winkle and against John Williams, Ellen B. Williams, and Belleview Valley Land Co., Inc., in the amount of $50,000.00, plus costs of $0.00, for a total of $50,000.00, plus interest at the rate of Federal Judgment Rate (RE: related document(s)[109] Judgment). (pts)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 15-1047.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1021991579 [Date=7/28/2017] [FileNumber=5143133-0
] [840e5fcc71ab4365d8f62fa03f84e98a119830724ca827ce80090052cb2d107577c
5aac7bdb324c53dfb43ce1181d7135e4c5af4df13482fa2527cda07af58c3]]

```
20172657  09/05/2017 11:22:54 AM
Page: 3 of 4   Fee: 25.00    TJ
DeAun D Searl, Roosevelt Co. Clk., Roosevelt, NM
```

**15-01047-t Notice will be electronically mailed to:**

R Trey Arvizu, III on behalf of Plaintiff Tammy Sprague as PR for the estate of Fred Dale Van Winkle

Case 13-11743-t7    Doc 104-1    Filed 01/31/20    Entered 01/31/20 15:34:56    Page 11 of 12

trey@arvizulaw.com,
polly@arvizulaw.com;eva@arvizulaw.com;office@arvizulaw.com;laptop@arvizulaw.com

Jennie Behles on behalf of Defendant Belleview Valley Land Co., Inc.
filings@jdbehles.com, tammir@jdbehles.com;lawclerk3@jdbehles.com

Jennie Behles on behalf of Defendant Ellen B. Williams
filings@jdbehles.com, tammir@jdbehles.com;lawclerk3@jdbehles.com

Jennie Behles on behalf of Defendant John Williams
filings@jdbehles.com, tammir@jdbehles.com;lawclerk3@jdbehles.com

W. T. Martin Jr. on behalf of Defendant Belleview Valley Land Co., Inc.
martinlaw@zianet.com

W. T. Martin Jr. on behalf of Defendant Ellen B. Williams
martinlaw@zianet.com

W. T. Martin Jr. on behalf of Defendant John Williams
martinlaw@zianet.com

United States Trustee
ustpregion20.aq.ecf@usdoj.gov

**15-01047-t Notice will not be electronically mailed to:**

Kenneth Dugan on behalf of Defendant Belleview Valley Land Co., Inc.
Martin, Dugan and Martin Law Firm
509 W. Pierce St
PO Box 2168
Carlsbad, NM 88221-2168

Kenneth Dugan on behalf of Defendant Ellen B. Williams
Martin, Dugan and Martin Law Firm
509 W. Pierce St
PO Box 2168
Carlsbad, NM 88221-2168

Kenneth Dugan on behalf of Defendant John Williams
Martin, Dugan and Martin Law Firm
509 W. Pierce St
PO Box 2168
Carlsbad, NM 88221-2168



20172657  09/05/2017 11:22:54 AM
Page: 4 of 4   Fee: 25.00   TJ
DeAun D Searl, Roosevelt Co. Clk., Roosevelt, NM

