UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:

FRED DALE VAN WINKLE,            Case No. 13-11743 tr7

    Debtor.

## ORDER GRANTING MOTION TO REOPEN CASE

This matter came before the Court on Brian Van Winkle's and Tammy Sprague's Motion to Reopen Case, filed November 19, 2019, doc. 97 (the "Motion"). For the reasons set forth in the Opinion entered herewith, the Court finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the Motion is GRANTED. This case shall be reopened until further order of the Court.

_____
Hon. David T. Thuma
United States Bankruptcy Judge

Entered: March 13, 2020

Copies to: counsel of record