# Notice Recipients

District/Off: 1084−1         User: admin               Date Created: 3/13/2020
Case: 13−11743−t7            Form ID: pdfor1           Total: 12

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | ustpregion20.aq.ecf@usdoj.gov |
| tr  | Clarke C. Coll        | clarkecoll@gmail.com |
| aty | Alice Nystel Page     | Alice.N.Page@usdoj.gov |
| aty | Clarke C. Coll        | clarkecoll@gmail.com |
| aty | Joel Alan Gaffney     | joel@gaffneylaw.com |
| aty | Kenneth Dugan         | kdugan@lawmdm.com |
| aty | R Trey Arvizu, III    | trey@arvizulaw.com |
| aty | W. T. Martin Jr.      | martinlaw@zianet.com |

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db  | Fred Dale Van Winkle    | PO Box 1691           | Ruidoso, NM 88355 | |
| cr  | Belleview Land Co., Inc.| P.O. Box 2168         | Carlsbad, NM 88220 | |
| cr  | Brian Van Winkle        | PO Box 2595           | Ruidoso, NM 88355 | |
| acc | Steven W. Johnson       | 119 E. Marcy St., Ste. 106 | Santa Fe, NM 87504 | |

TOTAL: 4