```
                        United States Bankruptcy Court
                           District of New Mexico
```

In re:                                                              Case No. 13-11743-t
Fred Dale Van Winkle                                                Chapter 7
         Debtor                    **CERTIFICATE OF NOTICE**

District/off: 1084-1          User: admin              Page 1 of 1             Date Rcvd: Mar 13, 2020
                              Form ID: pdfor1          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2020.
db             +Fred Dale Van Winkle,    PO Box 1691,    Ruidoso, NM 88355-1691
cr             +Belleview Land Co., Inc.,    P.O. Box 2168,   Carlsbad, NM 88221-2168
cr             +Brian Van Winkle,    PO Box 2595,   Ruidoso, NM 88355-2595
acc            +Steven W. Johnson,    119 E. Marcy St., Ste. 106,   Santa Fe, NM 87501-2092

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2020 at the address(es) listed below:
              Alice Nystel Page    on behalf of U.S. Trustee    United States Trustee Alice.N.Page@usdoj.gov
              Clarke  C. Coll    on behalf of Trustee Clarke C. Coll clarkecoll@gmail.com,    nm14@ecfcbis.com
              Clarke C. Coll    clarkecoll@gmail.com,   nm14@ecfcbis.com
              Jennie  Behles    on behalf of Defendant John  Williams filings@jdbehles.com,
               tammir@jdbehles.com;lawclerk3@jdbehles.com
              Jennie  Behles    on behalf of Defendant   Belleview Valley Land Co., Inc. filings@jdbehles.com,
               tammir@jdbehles.com;lawclerk3@jdbehles.com
              Jennie  Behles    on behalf of Defendant Ellen B. Williams filings@jdbehles.com,
               tammir@jdbehles.com;lawclerk3@jdbehles.com
              Joel Alan Gaffney    on behalf of Debtors Designated Representative Tammy  Sprague
               joel@gaffneylaw.com,   5519@notices.nextchapterbk.com
              Joel Alan Gaffney    on behalf of Debtors Designated Representative Brian  Van Winkle
               joel@gaffneylaw.com,   5519@notices.nextchapterbk.com
              Kenneth  Dugan    on behalf of Defendant    Belleview Valley Land Co., Inc. kdugan@lawmdm.com
              Kenneth  Dugan    on behalf of Defendant John  Williams kdugan@lawmdm.com
              Kenneth  Dugan    on behalf of Defendant Ellen B. Williams kdugan@lawmdm.com
              Kenneth  Dugan    on behalf of Creditor    Belleview Land Co., Inc. kdugan@lawmdm.com
              R Trey Arvizu, III    on behalf of Plaintiff   Tammy Sprague as PR for the estate of Fred Dale Van
               Winkle trey@arvizulaw.com,    eva@arvizulaw.com;shawna@arvizulaw.com;lydia@arvizulaw.com
              R Trey Arvizu, III    on behalf of Debtor Fred Dale Van Winkle trey@arvizulaw.com,
               eva@arvizulaw.com;shawna@arvizulaw.com;lydia@arvizulaw.com
              United States Trustee    ustpregion20.aq.ecf@usdoj.gov
              W. T.  Martin Jr.    on behalf of Defendant Ellen B. Williams martinlaw@zianet.com,
               cgalloway@lawmdm.com
              W. T.  Martin Jr.    on behalf of Defendant   Belleview Valley Land Co., Inc. martinlaw@zianet.com,
               cgalloway@lawmdm.com
              W. T.  Martin Jr.    on behalf of Defendant John  Williams martinlaw@zianet.com,
               cgalloway@lawmdm.com
              W. T.  Martin Jr.    on behalf of Creditor   Belleview Land Co., Inc. martinlaw@zianet.com,
               cgalloway@lawmdm.com
                                                                                              TOTAL: 19

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:

FRED DALE VAN WINKLE,   Case No. 13-11743 tr7

Debtor.

## ORDER GRANTING MOTION TO REOPEN CASE

This matter came before the Court on Brian Van Winkle's and Tammy Sprague's Motion to Reopen Case, filed November 19, 2019, doc. 97 (the "Motion"). For the reasons set forth in the Opinion entered herewith, the Court finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the Motion is GRANTED. This case shall be reopened until further order of the Court.

_____
Hon. David T. Thuma
United States Bankruptcy Judge

Entered: March 13, 2020

Copies to: counsel of record