UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW MEXICO

IN RE:
FRED DALE VAN WINKLE,
        Debtor.         No.    13-11743-t7

## NOTICE OF APPOINTMENT OF TRUSTEE

Pursuant to the Court Order entered herein on March 13, 2020 (Docket No. 106), the United States Trustee hereby appoints Clarke C. Coll, as trustee pursuant to 11 U.S.C. § 703(c)(1) in the above referenced proceeding. The amount of the bond of the panel trustees in the District of New Mexico is covered by a blanket bond, a copy of which is on file with the Court.

        Respectfully submitted,

        ILENE J. LASHINSKY
        United States Trustee

        *Mary L. Johnson*
        Mary L. Johnson
        Assistant U.S. Trustee
        Office of the United States Trustee
        P. O. Box 608
        Albuquerque, NM 87103
        (505) 248-6549

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above pleading was filed electronically on March 16, 2020. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system. I additionally certify that the above pleading has been provided to the below mentioned parties via U.S. Mail, postage prepaid on March 16, 2020.

Clarke C. Coll
Chapter 7 Panel Trustee
P.O. Box 2288
Roswell NM 88202

R Trey Arvizu, III
Attorney for Debtor
PO Box 1479
Las Cruces NM 88004

*Mary L. Johnson*
Mary L. Johnson

1