# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| I<small>N</small> R<small>E</small> F<small>RED</small> D<small>ALE</small> V<small>AN</small> W<small>INKLE</small>, ) | |
| ) | |
| Debtor, ) | |
| ) | |
| T<small>AMMY</small> S<small>PRAGUE</small>, personal representative of ) | Bankr. No. 13–11743 |
| the estate of F<small>RED</small> D<small>ALE</small> V<small>AN</small> W<small>INKLE</small> and ) | Chapter 7 |
| B<small>RIAN</small> V<small>AN</small> W<small>INKLE</small> ) | |
| ) | |
| Plaintiffs–Appellees, ) | |
| ) | |
| vs. ) | |
| ) | |
| J<small>OHN</small> W<small>ILLIAMS</small>, E<small>LLEN</small> B. W<small>ILLIAMS</small> ) | |
| and B<small>ELLEVIEW</small> V<small>ALLEY</small> L<small>AND</small> C<small>O</small>., ) | |
| I<small>NC</small>. ) | |
| ) | |
| Defendants–Appellants. ) | |

## NOTICE OF APPEAL & STATEMENT OF ELECTION

**Martin, Dugan & Martin**
W. T. Martin, Jr.
509 W. Pierce St.
P.O. Box 2168
Carlsbad, NM 88221-2168
(575) 887-3528
Fax (575) 887-2136
e-mail: martinlaw@zianet.com

1. **Identity of the Appellants**

    a. <u>Names of Appellants</u>: **John Williams**, **Ellen B. Williams**, husband and wife, and **Belleview Valley Land. Co., Inc.**

    b. <u>Position of Appellants in this matter that is the subject of this appeal</u>: All are Appellants from the Bankruptcy Court's *Order Granting Motion to Reopen Case*.

2. **Identify the Subject of this Appeal:**

    a. Describe the judgment, order or decree appealed from:

        i. The Bankruptcy Court has entered its *Order Granting Motion to Reopen Case*. (*See Exhibit "A" attached hereto*) It also entered its *Opinion* in relation to its *Order Granting Motion to Reopen Case*. (*See Exhibit "B" attached hereto*) The appeal is from the *Order Granting Motion to Reopen Case*.

        ii. The *Order Granting Motion to Reopen Case* was entered on March 13, 2020. The *Opinion* in relation to its *Order Granting Motion to Reopen Case* was also entered on March 13, 2020.

        iii. This was a final decision subject to appeal.

            1) **11 U.S.C. §350(b)** authorizes the reopening of a closed bankruptcy case. An order granting a motion to reopen a bankruptcy case is a final order and is appealable. A final order of the bankruptcy court may be appealed by right under **28 U.S.C. § 158(a)(1)**. The Bankruptcy Court's order granting the trustee's motion to reopen

the bankruptcy case to administer an asset is a final order. [*See*: **In re Parker, 264 B.R. 685, 689 (B.A.P. 10th Cir.2001)**, *aff'd,* **313 F.3d 1267 (10th Cir.2002)** & **In re Petroleum Production Management, Inc., 282 B.R. 9 (P.A.P. 10th Cir. 2002**].

3. **Identify the Other Parties to the Appeal**: [List the names of all parties to the Decision appealed from and the name, address and telephone number of the attorney]

    i. Tammy Sprague, Personal Representative of the Estate of Fred Dale Van Winkle, deceased, and Brian Van Winkle are the other parties to the appeal.

    ii. Tammy Sprague's and Brian Van Winkle's attorney is: Joel Alan Gaffney, 6565 Americas Pkwy, Suite 200, Albuquerque, NM 87110 – Phone: (505) 563-5508; e-mail is: joel@gaffneylaw.com

    　　1) R Trey Arvizu, III is also an attorney of record. His address is P.O. Box 1479m, Las Cruces, NM 88004; Phone – (575) 527-1199; e-mail is: trey@arvizulaw.com

    iii. Clarke C. Coll has been appointed Trustee by the Bankruptcy Court in the Order re-opening the case. His address is: 408 West College Blvd., Roswell, NM 88202; Phone is: (575) 623-2288; e-mail is: clarkecoll@gmail.com

4. **Optional Election to have Appeal Heard by District Court:**

    a. Not applicable–Appellants **do not** elect to have the appeal heard by the District Court. Appellants are not waiving their right to obtain appellate determination by the tenth Circuit Court of Appeals.

5. **Sign Below:**

Date: March 26, 2020

**Martin, Dugan & Martin**

By _____
    W. T. Martin, Jr.
    Kenneth D. Dugan
    509 W. Pierce St.
    P.O. Box 2168
    Carlsbad, NM 88221-2168
    (575) 887-3528
    Fax (575) 887-2136
    e-mail: martinlaw@zianet.com
    Attorney for Appellants

**CERTIFICATE OF SERVICE**

      I, W. T. Martin, Jr., certify that on March 26th 2020, I served copies of the foregoing *Notice of Appeal and Statement of Election* on the following counsel of record and the Chapter 7 Trustee by way of CM/ECF and e-mail:

Joel Alan Gaffney, 6565 Americas Pkwy, Suite 200, Albuquerque, NM 87110 – Phone: (505) 563-5508; e-mail is: joel@gaffneylaw.com

R Trey Arvizu, III is also attorney of record. His address is P.O. Box 1479, Las Cruces, NM 88004; Phone – (575) 527-1199; e-mail is: trey@arvizulaw.com

Clarke C. Coll, 408 West College Blvd., Roswell, NM 88202; Phone is: (575) 623-2288; e-mail is: clarkecoll@gmail.com

                                      **Martin, Dugan & Martin**

                                      By_____
                                                W. T. Martin, Jr.