UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

FRED DALE VAN WINKLE,            Case No. 13-11743-t7

Debtor(s).

## NOTICE OF CHANGE OF RESPONSIBLE ATTORNEY

Debtor Fred Dale Van Winkle, deceased, by and through his undersigned counsel, hereby gives notice to all creditors and other parties in interest that Gaffney Law, PC (Joel Alan Gaffney, Esq.) substitutes for R. "Trey" Arvizu, III, Esq. as counsel for the Debtor in this case.

Date: March 27, 2020          GAFFNEY LAW, PC

By:     *s/ Joel Alan Gaffney, Esq.*
Joel Alan Gaffney, Esq.
6565 America's Parkway Ste 200
Albuquerque, NM 87110
(505) 563-5508
joel@gaffneylaw.com

Approved by:

*/s/ R. "Trey" Arvizu, III, Esq.*      *Approved by email 3/27/2020*
R. "Trey" Arvizu, III, Esq             Date