UNITED STATES BANKRUPTCY APPELLATE PANEL
OF THE TENTH CIRCUIT

Blaine F. Bates  
Clerk of Court

OFFICE OF THE CLERK

Byron White U.S. Courthouse  
1823 Stout St., Denver, CO 80257  
(303) 335-2900

April 21, 2020

| | |
|---|---|
| TO: | All Parties |
| RE: | John Williams, et al v. Fred Van Winkle, et al |
| BAP No.: | NM-20-015 |
| Bk. No.: | 13-11743-t7 |

Enclosed is a copy of the Judgment. The order or decision of the Court in the captioned case has been entered today. In accordance with Tenth Circuit BAP Local Rule 8024-3(a), the mandate will issue promptly after the time to file a motion for rehearing expires.

Please contact this office if you have any questions.

Blaine F. Bates  
Clerk of Court

cc:    BK - NM