UNITED STATES BANKRUPTCY APPELLATE PANEL
OF THE TENTH CIRCUIT

| | | |
|---|---|---|
| Blaine F. Bates | OFFICE OF THE CLERK | Byron White U.S. Courthouse |
| Clerk of Court | | 1823 Stout St., Denver, CO 80257 |
| | | (303) 335-2900 |

May 06, 2020

TO:　　　　All Parties
RE:　　　　John Williams, et al v. Fred Van Winkle, et al
BAP No:　　NM-20-015
Bk. No.:　　13-11743-t7

Please be advised that the mandate for this case has issued today. The clerk of the originating court shall file accordingly.

Please contact this office if you have any questions.

Blaine F. Bates
Clerk of Court

cc: NM
BK