# UNITED STATES BANKRUPTCY COURT
# FOR THE
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| **In re:** | )<br>) |
| **Fred Dale Van Winkle**, | ) Case No. 13-11743-t7<br>) |
| Debtor, | )<br>) |
| and | )<br>) |
| **Brian Van Winkle**, not in his personal capacity but solely as co–personal representative of the estate of Fred Van Winkle, and **Tammy Sprague**, not in her personal capacity but solely as co–personal representative of the estate of Fred Van Winkle, | )<br>)<br>)<br>) Adv. No. 20-01022<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| **Belleview Valley Land Co.**, a New Mexico corporation, **John H. Williams**, and **Ellen B. Williams**, | )<br>)<br>) |
| Defendants. | )<br>) |

**DEFENDANTS' CERTIFICATE OF SERVICE AS TO ITS REQUEST FOR PRODUCTION TO BRIAN VAN WINKLE AND TAMMY SPRAGUE**

COME NOW **Belleview Valley Land Co.,** a New Mexico corporation (*hereinafter referred to as "Belleview"*), **John H. Williams**, and **Ellen B. Williams** (*the Williams are hereinafter jointly referred in the singular to as "Williams"*)(*Williams and Belleview are jointly referred to as "Defendants"*) by and through their attorney, W. T. Martin, Jr., of Martin, Dugan & Martin, and certifies that it has served Defendants' Request for Production via e-mail on June 8, 2020 on Plaintiffs' attorney of record, Joel Gaffney at joel@gaffneylaw.com.

**Martin, Dugan & Martin**

By_____
W. T. Martin, Jr.
509 W. Pierce St.
P.O. Box 2168
Carlsbad, NM 88221-2168
(575) 887-3528
Fax (575) 887-2136
e-mail: martinlaw@zianet.com
Attorney for Defendants

## CERTIFICATE OF SERVICE

On June 8, 2020, opposing counsel was served by electronic filing.

**Martin, Dugan & Martin**

By_____
W. T. Martin, Jr.