# UNITED STATES BANKRUPTCY COURT
## FOR THE
## DISTRICT OF NEW MEXICO

In re:                             )
                                   )

**Fred Dale Van Winkle**,        )     Case No. 13-11743-t7
                                   )

            Debtor,            )
                                   )
and                              )

**Brian Van Winkle**, not in his personal capacity  )
but solely as co–personal representative        )
of the estate of Fred Van Winkle, and **Tammy**  )
**Sprague**, not in her personal capacity but solely as  )     Adv. No. 20-01022
co–personal representative of the estate of Fred Van  )
Winkle,                                 )
                                   )

           Plaintiffs,         )
                                   )
vs.                                )
                                   )

**Belleview Valley Land Co.**, a New Mexico    )
corporation, **John H. Williams**, and **Ellen B.**  )
**Williams**,                               )
                                   )
           Defendants.       )
                                   )

## DEFENDANTS' CERTIFICATE OF SERVICE AS TO ITS WRITTEN INTERROGATORIES TO BRIAN VAN WINKLE AND TAMMY SPRAGUE

**COME NOW Belleview Valley Land Co.,** a New Mexico corporation (*hereinafter referred to as "Belleview"*), **John H. Williams,** and **Ellen B. Williams** (*the Williams are hereinafter jointly referred in the singular to as "Williams"*)(*Williams and Belleview are jointly referred to as "Defendants"*) by and through their attorney, W. T. Martin, Jr., of Martin, Dugan & Martin, and certifies that it has served Defendants' Written Interrogatories via e-mail on June 8, 2020 on Plaintiffs' attorney of record, Joel Gaffney at joel@gaffneylaw.com.

**Martin, Dugan & Martin**

By_____
                W. T. Martin, Jr.
                509 W. Pierce St.
                P.O. Box 2168
                Carlsbad, NM 88221-2168
                (575) 887-3528
                Fax (575) 887-2136
                e-mail: martinlaw@zianet.com
                Attorney for Defendants

**CERTIFICATE OF SERVICE**

On June 8, 2020, opposing counsel was served by electronic filing.

**Martin, Dugan & Martin**

By_____

                W. T. Martin, Jr.