# UNITED STATES BANKRUPTCY COURT
# FOR THE
# DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **Fred Dale Van Winkle**, | ) | Case No. 13-11743-t7 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **Brian Van Winkle**, not in his personal capacity but solely as co-personal representative of the estate of Fred Van Winkle, and **Tammy Sprague**, not in her personal capacity but solely as co-personal representative of the estate of Fred Van Winkle, | ) ) ) ) ) ) ) ) | Adv. No. 20-01022 |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **Belleview Valley Land Co.**, a New Mexico corporation, **John H. Williams**, and **Ellen B. Williams**, | ) ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANTS' NOTICE OF INCORRECT FILING IN CASE NO. 13-11743-t7

**COME NOW** Defendants, **Belleview Valley Land Co.,** a New Mexico corporation, **John H. Williams** and **Ellen B. Williams** (*Williams and Belleview are jointly referred to as "Defendants"*) by and through their attorney, W. T. Martin, Jr., of Martin, Dugan & Martin, and gives notice to the Court as follows:

Defendants' Motion for Summary Judgment with accompanying Exhibits and the Memorandum Brief were incorrectly filed in Bankruptcy Court Case No. 13-11743-t7 on October 29, 2020 and were subsequent correctly filed in Bankruptcy Court Adversary Case No. 20-01022 on the same day, October 29, 2020. Defendants' Motion for Summary Judgment with accompanying Exhibits and the Memorandum Brief are being withdrawn in Bankruptcy Court Case No. 13-11743-t7, because they relate to Bankruptcy Court Adversary Case No. 20-01022 in which the same Defendants' Motion for Summary Judgment with accompanying Exhibits and the Memorandum Brief have been filed. This is a withdrawal of the filing in Bankruptcy Court Case No. 13-11743-t7 and NOT a withdrawal of the filing in Bankruptcy Court Adversary Case No. 20-0102. Defendants' Motion for Summary Judgment with accompanying Exhibits and the Memorandum Brief are to remain filed in Bankruptcy Court Adversary Case No. 20-0102.

**Martin, Dugan & Martin**

1

come NOW Defendants Baker v. Valley Land Co., a New Mexico corporation, John S. Williams and Ellen B. Williams (Williams and Belleview cityjointly referred to as "Defendants") by and through their attorney, W. T. Martin Jr. of Martin, Dugan & Martin, and give notice to the Court as follows:

Defendants' Motion for Summary Judgment with accompanying Exhibits and the Memorandum Brief incorrectly filed in Bankruptcy Court Case No. 13-11743-t7 on October 29, 2020 and were subsequently correctly filed in Bankruptcy Court Adversary Case No. 20-01022 on the same day, October 29, 2020. Defendants' Motion for Summary Judgment with accompanying Exhibits and the Memorandum Brief are being withdrawn in Bankruptcy Court Case No. 13-11743-t7, however they relate to Bankruptcy Court Adversary Case No. 20-01022 in which the same Defendants' Motion for Summary Judgment of Foreclosure with its Memorandum Brief have been filed. This is a withdrawal of the filing in Bankruptcy Court Case No. 13-11743-t7 and NOT a withdrawal of the filing in Bankruptcy Court Adversary Case No. 20-01022. Defendants' Motion for Summary Judgment with accompanying Exhibits and the Memorandum Brief are to remain Filed in Bankruptcy Court Adversary Case No. 20-01022.

Martin, Dugan & Martin

By_____
W. T. Martin, Jr.
509 W. Pierce St.
P.O. Box 2168
Carlsbad, NM 88221-2168
(575) 887-3528
Fax (575) 887-2136
e-mail: martinlaw@zianet.com
Attorney for Defendants

## CERTIFICATE OF SERVICE

I certify that on **October 30, 2020**, I filed the forgoing Notice electronically through the CM/ECF system, which caused all parties or counsel requesting notice to be served by electronic means on the date of filing. I further certify that the foregoing Motion for Summary Judgment was served via email to the following:

Joel Gaffney
joel@gaffneylaw.com


Martin, Dugan & Martin

By_____
W. T. Martin, Jr.

2