Pete V. Domenici U.S. Courthouse
333 Lomas Blvd. NW, 5th Floor
Albuquerque, NM 87102
505−415−7999/866−291−6805
www.nmb.uscourts.gov

Case No.:   13−11743−t7
Chapter:  7
Judge:  David T. Thuma
Judge/341 Location:  TR

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

**In re Debtor(s):**

Fred Dale Van Winkle
PO Box 1691
Ruidoso, NM 88355
SSN/ITIN(if any):  xxx−xx−9361

## NOTICE OF STATUS CONFERENCE

Notice is hereby given that a status conference will be held on:

**Monday, June 14, 2021 at 10:00 AM, before the Honorable David T. Thuma, Judge Thuma's Hearing Room, Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd. NW, 5th Floor, Albuquerque, NM 87102.**

(Document number, referenced docket text, and filer as shown below):

*1* − Chapter 7 Voluntary Petition. Fee Amount $306 Filed by Fred Dale Van Winkle. (Arvizu, R)

**BY ORDER OF THE COURT**
Lana Merewether
Clerk of Court

_____

<u>Appearing by telephone</u>: Counsel/parties may appear via telephone if a request is made in advance by calling the chambers of Judge Thuma at (505) 600−4640 or by e−mail to thumastaff@nmb.uscourts.gov.

nm_ntchrgph.jsp − 5/21/21