# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1084−1 | User: admin | Date Created: 5/21/2021 |
| Case: 13−11743−t7 | Form ID: ntchrgph | Total: 12 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion20.aq.ecf@usdoj.gov |
| tr | Clarke C. Coll | clarkecoll@gmail.com |
| aty | Clarke C. Coll | clarkecoll@gmail.com |
| aty | Jaime A. Pena | jaime.a.pena@usdoj.gov |
| aty | Joel Alan Gaffney | joel@gaffneylaw.com |
| aty | Kenneth Dugan | kdugan@lawmdm.com |
| aty | W. T. Martin Jr. | martinlaw@zianet.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Fred Dale Van Winkle | PO Box 1691 | Ruidoso, NM 88355 |
| cr | Belleview Land Co., Inc. | P.O. Box 2168 | Carlsbad, NM 88220 |
| cr | Brian Van Winkle | PO Box 2595 | Ruidoso, NM 88355 |
| acc | Steven W. Johnson | 119 E. Marcy St., Ste. 106 | Santa Fe, NM 87504 |
| misc | Associated Case in BAP | BAP NM−20−015−Dismissed 4/21/20 | |

TOTAL: 5