United States Bankruptcy Court
District of New Mexico

In re:  Case No. 13-11743-t
Fred Dale Van Winkle  Chapter 7
Associated Case in BAP
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 1084-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 21, 2021 | Form ID: ntchrgph | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Fred Dale Van Winkle, PO Box 1691, Ruidoso, NM 88355-1691 |
| cr | + | Belleview Land Co., Inc., P.O. Box 2168, Carlsbad, NM 88221-2168 |
| cr | + | Brian Van Winkle, PO Box 2595, Ruidoso, NM 88355-2595 |
| acc | + | Steven W. Johnson, 119 E. Marcy St., Ste. 106, Santa Fe, NM 87501-2092 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| misc | | Associated Case in BAP, BAP NM-20-015-Dismissed 4/21/20 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 23, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Clarke C. Coll | on behalf of Trustee Clarke C. Coll clarkecoll@gmail.com  nm14@ecfcbis.com |
| Clarke C. Coll | clarkecoll@gmail.com  nm14@ecfcbis.com |
| Jaime A. Pena | on behalf of U.S. Trustee United States Trustee jaime.a.pena@usdoj.gov Lynn.ReneDiamond@usdoj.gov;Mary.L.Johnson@usdoj.gov |

| | |
|---|---|
| Jennie Behles | on behalf of Defendant John Williams filings@jdbehles.com tammir@jdbehles.com;lawclerk3@jdbehles.com |
| Jennie Behles | on behalf of Defendant Belleview Valley Land Co. Inc. filings@jdbehles.com, tammir@jdbehles.com;lawclerk3@jdbehles.com |
| Jennie Behles | on behalf of Defendant Ellen B. Williams filings@jdbehles.com tammir@jdbehles.com;lawclerk3@jdbehles.com |
| Joel Alan Gaffney | on behalf of Plaintiff Brian Van Winkle joel@gaffneylaw.com 5519@notices.nextchapterbk.com;paul@gaffneylaw.com |
| Joel Alan Gaffney | on behalf of Debtors Designated Representative Tammy Sprague joel@gaffneylaw.com 5519@notices.nextchapterbk.com;paul@gaffneylaw.com |
| Joel Alan Gaffney | on behalf of Debtors Designated Representative Brian Van Winkle joel@gaffneylaw.com 5519@notices.nextchapterbk.com;paul@gaffneylaw.com |
| Joel Alan Gaffney | on behalf of Plaintiff Tammy Sprague joel@gaffneylaw.com 5519@notices.nextchapterbk.com;paul@gaffneylaw.com |
| Joel Alan Gaffney | on behalf of Debtor Fred Dale Van Winkle joel@gaffneylaw.com 5519@notices.nextchapterbk.com;paul@gaffneylaw.com |
| Kenneth Dugan | on behalf of Defendant Belleview Valley Land Co. Inc. kdugan@lawmdm.com |
| Kenneth Dugan | on behalf of Defendant John Williams kdugan@lawmdm.com |
| Kenneth Dugan | on behalf of Defendant Ellen B. Williams kdugan@lawmdm.com |
| Kenneth Dugan | on behalf of Creditor Belleview Land Co. Inc. kdugan@lawmdm.com |
| R Trey Arvizu, III | on behalf of Plaintiff Tammy Sprague as PR for the estate of Fred Dale Van Winkle trey@arvizulaw.com eva@arvizulaw.com;shawna@arvizulaw.com;lydia@arvizulaw.com |
| United States Trustee | ustpregion20.aq.ecf@usdoj.gov |
| W. T. Martin Jr. | on behalf of Defendant John H. Williams martinlaw@zianet.com cgalloway@lawmdm.com |
| W. T. Martin Jr. | on behalf of Defendant Belleview Valley Land Co. martinlaw@zianet.com cgalloway@lawmdm.com |
| W. T. Martin Jr. | on behalf of Defendant Ellen B. Williams martinlaw@zianet.com cgalloway@lawmdm.com |
| W. T. Martin Jr. | on behalf of Defendant John Williams martinlaw@zianet.com cgalloway@lawmdm.com |
| W. T. Martin Jr. | on behalf of Defendant Belleview Valley Land Co. Inc. martinlaw@zianet.com, cgalloway@lawmdm.com |
| W. T. Martin Jr. | on behalf of Creditor Belleview Land Co. Inc. martinlaw@zianet.com, cgalloway@lawmdm.com |

TOTAL: 23

| | |
|---|---|
| Pete V. Domenici U.S. Courthouse<br>333 Lomas Blvd. NW, 5th Floor<br>Albuquerque, NM 87102<br>505−415−7999/866−291−6805<br>www.nmb.uscourts.gov | Case No.: 13−11743−t7<br>Chapter: 7<br>Judge: David T. Thuma<br>Judge/341 Location: TR |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

**In re Debtor(s):**

Fred Dale Van Winkle
PO Box 1691
Ruidoso, NM 88355
SSN/ITIN(if any): xxx−xx−9361

## NOTICE OF STATUS CONFERENCE

Notice is hereby given that a status conference will be held on:

**Monday, June 14, 2021 at 10:00 AM, before the Honorable David T. Thuma, Judge Thuma's Hearing Room, Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd. NW, 5th Floor, Albuquerque, NM 87102.**

(Document number, referenced docket text, and filer as shown below):

    *1* − Chapter 7 Voluntary Petition. Fee Amount $306 Filed by Fred Dale Van Winkle. (Arvizu, R)

 

**BY ORDER OF THE COURT**
Lana Merewether
Clerk of Court

_____

Appearing by telephone: Counsel/parties may appear via telephone if a request is made in advance by calling the chambers of Judge Thuma at (505) 600−4640 or by e−mail to thumastaff@nmb.uscourts.gov.

nm_ntchrgph.jsp − 5/21/21