# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1084–1 | User: admin | Date Created: 6/17/2021 |
| Case: 13–11743–t7 | Form ID: ntchrgph | Total: 13 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
dbrep    Brian Van Winkle
dbrep    Tammy Sprague

TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust    United States Trustee    ustpregion20.aq.ecf@usdoj.gov
tr    Clarke C. Coll    clarkecoll@gmail.com
aty    Clarke C. Coll    clarkecoll@gmail.com
aty    Jaime A. Pena    jaime.a.pena@usdoj.gov
aty    Kenneth Dugan    kdugan@lawmdm.com
aty    W. T. Martin Jr.    martinlaw@zianet.com

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Fred Dale Van Winkle    PO Box 1691    Ruidoso, NM 88355
cr    Belleview Land Co., Inc.    P.O. Box 2168    Carlsbad, NM 88220
cr    Brian Van Winkle    PO Box 2595    Ruidoso, NM 88355
acc    Steven W. Johnson    119 E. Marcy St., Ste. 106    Santa Fe, NM 87504
misc    Associated Case in BAP    BAP NM–20–015–Dismissed 4/21/20

TOTAL: 5