Tammy Sprague

Personal Representative, Estate of Fred D Van Winkle

1007 Ellendale

Las Cruces, NM 88005

575 526 2832

FILED at 1:49 o'clock P M
OCT 25 2021
United States Bankruptcy Court
Albuquerque, New Mexico

Judge Thuma,

I am requesting to be notified when any decision is made going forward with the bankruptcy case for the Estate of Fred Van Winkle, of which I am the personal representative.

We had a mediation with Mr. John Williams in attempt to settle the issues. Our representation was Mr. Ron Holmes, and the mediation attorney was Mr. Paul Fish.

While we signed an agreement, I learned in late September that my brother, Brian Van Winkle, objected to the agreement after the fact and withdrew his agreement. We were told on August 25th, by Mr. Holmes that should we decide to not honor the binding agreement, he would no longer represent us. When I learned of Brian's pro se withdrawal and objection to the mediation agreement, I reached out to Mr. Holmes to find that he no longer represents the estate.

I find myself without legal representation, and wish to be notified when any decision is made regarding this case.

Sincerely,

Tammy Sprague    10/22/2021

gtsprague@comcast.net