Pete V. Domenici U.S. Courthouse
333 Lomas Blvd. NW, Suite 360
Albuquerque, NM 87102
505–415–7999/866–291–6805
www.nmb.uscourts.gov

Case No.:   13–11743–t7
Chapter:  7
Judge:  David T. Thuma
Judge/341 Location:  TR

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

**In re Debtor(s):**

Fred Dale Van Winkle
PO Box 1691
Ruidoso, NM 88355
SSN/ITIN(if any):  xxx–xx–9361

## FINAL DECREE

The estate of the debtor(s) having been fully administered,

IT IS ORDERED that Clarke C. Coll is discharged as trustee of the estate, the bond is cancelled, and this chapter 7 case is closed.

                                                David T. Thuma
                                                United States Bankruptcy Judge