# Notice Recipients

District/Off: 1084–1     User: admin     Date Created: 6/28/2022
Case: 13–11743–t7     Form ID: fnldecre     Total: 2

**Recipients of Notice of Electronic Filing:**
tr     Clarke C. Coll     clarkecoll@gmail.com
aty     Clarke C. Coll     clarkecoll@gmail.com

TOTAL: 2